# In The United States Court of Federal Claims

No. 05-1223 T

(Filed: January 26, 2006)

---

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPTIAL, TAX
TAX MATTERS PARTNER

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On January 19, 2006, defendant filed a motion for a 60 day extension of time in which to respond to plaintiff's complaint. Plaintiff filed its opposition to this motion on January 24, 2006. Defendant's motion is hereby **GRANTED**. Accordingly, on or before March 21, 2006, defendant shall file its response to plaintiff's complaint. **No further enlargements of this deadline will be granted**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge