**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CLEARMEADOW INVESTMENTS, LLC, CLEARMEADOW CAPITAL, TAX TAX MATTERS PARTNER** | ) | |
| **Plaintiff,** | ) | **No. 05-1223 T** |
| | ) | **(Judge Allegra)** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Cory A. Johnson, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Cory A. Johnson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

s/ Cory A. Johnson
Cory A. Johnson
Court of Federal Claims Section
Tax Division
Department of Justice
(202) 307-3046
(202) 514-9440 (Fax)

April 27, 2006