# In The United States Court of Federal Claims

No. 05-1223 T

(Filed: May 17, 2006)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPTIAL, TAX
TAX MATTERS PARTNER

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A preliminary telephonic status conference will be held in this case on Thursday, May 25, 2006, at 10:00 (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge