**No. 05 – 1223**
**(Judge Francis M. Allegra)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CLEARMEADOW INVESTMENTS, LLC, CLEARMEADOW CAPITAL, TAX MATTERS PARTNER.,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

# NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S COUNSEL

ROBERT J. STIENTJES
ATTORNEY FOR PLAINTIFF
GASAWAY & STIENTJES LLC
1120 Olivette Executive Parkway,
Suite 220
Olivette, MO 63132
Telephone: (314) 872-3988
Facsimile: (314) 872-7374

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CLEARMEADOW INVESTMENTS, LLC, CLEARMEADOW CAPITAL, TAX MATTERS PARTNER.,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S COUNSEL**

COMES NOW, Robert J. Stientjes, Counsel for Plaintiff, and gives notice that effective immediately, Plaintiff's Counsel's Address is as follows:

Robert J. Stientjes
Gasaway & Stientjes LLC
1120 Olivette Executive Parkway, Suite 220
Olivette, MO 63132
Telephone: (314) 872-3988
Facsimile: (314) 872-7374

RESPECTFULLY SUBMITTED,

Date: May 19, 2006

By: *s/ Robert J. Stientjes*

Robert J. Stientjes
Counsel For Plaintiff
**Gasaway & Stientjes LLC**
1120 Olivette Executive Parkway,
Suite 220
Olivette, MO 63132
Telephone: (314) 872-3988
Facsimile: (314) 872-7374