# In The United States Court of Federal Claims

No. 05-1223 T

(Filed: May 26, 2006)

---

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPTIAL CORP., TAX
MATTERS PARTNER

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

## ORDER

---

A status conference was held in this case on May 25, 2006. Participating in the conference were Robert J. Stientjes, on behalf of plaintiff, and Cory A. Johnson, on behalf of defendant. Pursuant to the discussion held therein:

(i) On or before March 2, 2007, fact and expert discovery shall be completed.

(ii) On or before March 16, 2007, the parties shall file a joint status report indicating how this case should proceed.

(iii) During this discovery period, if either party believes that a motion under Rule 56 of the Rules of the Court of Federal Claims becomes appropriate, it shall file a status report proposing a briefing schedule with the court.

The court expects that both parties will cooperate in good faith during this period of discovery.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge