**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**No. 05-1223 T**
**(Judge Francis M. Allegra)**

**CLEARMEADOW INVESTMENTS, LLC &**
**CLEARMEADOW CAPITAL CORP., TAX MATTERS PARTNERS,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA**

**Defendant**

---

**SECOND MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW Plaintiff Clearmeadow Investments LLC and its tax matters partner Clearmeadow Capital Corp. ("Plaintiff") pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims and for it Second Motion for Substitution of Counsel states as follows:

1. On or about November 22, 2005, Plaintiff filed its Complaint in the above captioned matter.

2. At the time of filing of the Complaint, attorney Robert J. Stientjes was handling this matter for Plaintiff.

3. Since the time of filing of the Complaint, Plaintiff has retained a new lead attorney in regards to the above captioned matter.

4. Plaintiff requests that Thomas C. Pliske be substituted as Counsel for Plaintiff.

5. Service of all papers by opposing parties and this Court should be addressed to:

Thomas C. Pliske
16 Bridle Spur Court
St. Charles, MO 63303-4400
314-795-7800 telephone
314-872-7374 facsimile

6. Plaintiff's original counsel, Robert J. Stientjes, has no objection to this motion.

7. Respondent's counsel has no objection to this motion.

8. The Affidavit of Appointment executed by Thomas C. Pliske is filed contemporaneously herewith this Motion.

Date: July 17, 2006

/s/: Robert J. Stientjes
Robert J. Stientjes
Gasaway & Stientjes, LLC
1120 Olivette Exec. Pkwy, Ste. 220
St. Louis, MO 63132
314-872-3988 Phone
314-872-7374 Facsimile

/s/: Thomas C. Pliske
Thomas C. Pliske
Attorney at Law
16 Bridle Spur Court
St. Charles, MO 63303-4400
314-795-7800 telephone
314-872-7374 facsimile