**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**No. 05-1223 T**
**(Judge Francis M. Allegra)**

**CLEARMEADOW INVESTMENTS, LLC &**
**CLEARMEADOW CAPITAL CORP., TAX MATTERS PARTNERS,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA**

**Defendant**

---

**AFFIDAVIT OF APPOINTMENT**

Affiant Thomas C. Pliske declares under penalty of law that Plaintiff Clearmeadow Investments, LLC & Clearmeadow Capital Corp., its tax matters partner, has appointed me as counsel of record in regards to the above referenced proceeding.

FURTHER YOUR AFFIANT SAITH NOT.

Thomas C. Pliske

STATE OF MISSOURI )
)
COUNTY OF ST. LOUIS )

Subscribed and sworn to before me, this 17th day of July, 2006.

Evita Tolu, Notary Public

My commission expires: March 2, 2010.

EVITA TOLU
Notary Public - State of Missouri
County of St. Louis
My Commission Expires Mar. 2, 2010
Commission #068447540