**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CLEARMEADOW INVESTMENTS, LLC, CLEARMEADOW CAPITAL, TAX TAX MATTERS PARTNER** | ) | |
| **Plaintiff,** | ) | **No. 05-1223 T** |
| | ) | **(Judge Allegra)** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**<u>JOINT MOTION TO ENLARGE DISCOVERY SCHEDULE</u>**

Plaintiff and defendant jointly move to enlarge the discovery schedule in this case. The parties request that the deadline for completion of fact and expert discovery be extended by approximately four months, to July 13, 2007.

The current discovery schedule was set by the Court on May 26, 2006, and provides for the completion of all discovery by March 2, 2007. To date, the parties have engaged in significant document discovery. The parties have exchanged documents under RCFC 26(a)(1), and plaintiff has provided responses to the United States' document requests and interrogatories. The United States also has obtained, pursuant to subpoena, documents from several third-parties, and intends to serve subpoenas for documents on additional third-parties in the near future. Efforts to secure full compliance with the subpoenas, and negotiation of protective orders requested by third-parties, however, has delayed the production of some of the documents from

these third-parties.[1] In part because the parties have not yet completed this document discovery, they have not begun deposition discovery.

The parties' request for an extension of the discovery schedule is also substantially due to the fact that they have been discussing settlement of this case. During these settlement discussions, discovery activity was essentially suspended in the hope that the burden and expense of additional discovery would be unnecessary. The parties intend to continue to discuss the possibility of settlement, but believe that discovery should be allowed to continue so that they are able to obtain information that may be relevant to settlement discussions and in order to prepare for trial, if necessary. Additional time is necessary for this discovery.

The parties request that the deadline for completion of all discovery be extended by 133 days, to July 13, 2007. The parties have not previously requested an enlargement of the discovery schedule.

Plaintiff's counsel has agreed that defendant's counsel may electronically file this document as a joint filing.

Respectfully submitted,

*s/ Thomas C. Pliske*

THOMAS C. PLISKE
Attorney at Law
Bridle Spur Court
St. Charles, MO 63303
314-795-7800
314-872-7374 (facsimile)

Attorney for Plaintiff

---

[1] The United States intends to file the proposed protective orders with the Court shortly.

______________________________

*s/ Cory A. Johnson*
CORY A. JOHNSON
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims

*s/ David Gustafson*
Of Counsel

Attorney for the United States

Dated: February 1, 2007