# In The United States Court of Federal Claims

No. 05-1223 T

(Filed: February 5, 2007)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPTIAL CORP., TAX
MATTERS PARTNER

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On February 1, 2007, defendant filed a joint motion to enlarge the discovery schedule. This motion is hereby **GRANTED**, **in part**, and **DENIED**, **in part**. Accordingly,

(i) On or before May 14, 2007, fact and expert discovery shall be completed.

(ii) On or before May 29, 2007, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge