**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CLEARMEADOW INVESTMENTS, LLC,<br>CLEARMEADOW CAPITAL, TAX<br>TAX MATTERS PARTNER** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-1223 T<br>(Judge Allegra)** |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

# CONSENT MOTION FOR ENTRY OF A PROTECTIVE ORDER

The defendant, the United States served a Rule 45 subpoena on Societe Generale ("SG") in the above-referenced action. In order to protect the privacy of confidential tax and financial information of individuals whose transactions are not directly in dispute in this case, and the confidentiality of proprietary and trade secret information of SG, SG and the defendant ask the Court to enter a protective order with respect to certain documents to be produced in response to that subpoena. SG and the defendant have agreed upon the terms of such a protective order, which is filed with this document as an appendix.

SG has agreed that the defendant's trial attorney may submit this document with its consent.

WHEREFORE SG and the defendant ask the Court to issue a protective order in the form of the attached appendix. Once the order is issued, the defendant will mail a copy to Societe Generale through its attorney.

Respectfully submitted,

s/ Robert Stoddart

ROBERT STODDART
Attorney of Record
U.S. Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

March 15, 2007

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 15th day of March, 2007, been made on Societe Generale's attorney by mailing a copy in a postage prepaid envelope to the following address:

Marshall H. Fishman, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036-2714

s/ Robert Stoddart
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
(202) 307-6440