IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1223 T
(Judge Allegra)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPITAL CORP.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

As the Court requested in an Order of May 26, 2006, the parties present this joint status report and their suggestions concerning how this case should proceed.

Since entering an appearance on February 7, 2007, the defendant's trial attorney has been negotiating the production of documents with third parties, most of whom have demanded the entry of protective orders. He expects that he will soon be able to move for entry of such orders and that the third parties will then begin producing the requested documents. He has also asked the plaintiff to supplement its responses to interrogatories and document requests. Once the trial attorney receives the requested information, he will notice the deposition of the plaintiff and will arrange to depose certain third parties. He hopes to finish all necessary discovery by May 29, 2007, when the Court's Order of February 5, 2007, asked the parties to file another joint status report; but he believes that an extension of the discovery period may be necessary because the case requires the cooperation of many third parties.

The defendant believes that this case must be tried and anticipates that trial may be held before the end of this year.

The plaintiff's attorney has agreed that the defendant's trial attorney may present this document as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

March 16, 2007