IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1223 T
(Judge Allegra)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPITAL CORP.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

As the Court requested in an Order of February 5, 2007, the parties present this joint status report and their suggestions concerning how this case should proceed.

The defendant suggests that the case should be decided on cross-motions for summary judgment. The defendant hopes to file its motion and opening brief by July 9, 2007. To explain a request for what might seem to be an unusually long period in which to prepare the brief, the defendant states that discovery has produced several boxes and CDs of documents, and the defendant has taken three depositions, the transcripts of which it received only recently. In addition, the trial attorney has scheduled a long vacation in June, which he cannot conveniently reschedule.

The plaintiff suggests that there may be sufficient facts in dispute that a motion for summary judgment may not be appropriate for resolution of this matter on such a motion and that trial by the parties will be necessary.

The plaintiff's attorney has agreed that the defendant's trial attorney may present this document as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Justice Department, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

May 29, 2007