IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1223 T
(Judge Allegra)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPITAL CORP.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
IN WHICH TO FILE A MOTION FOR SUMMARY JUDGMENT

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a 21-day enlargement of time, from July 9 through July 30, 2007, inclusive, within which to file its motion for summary judgment. This is the first enlargement the defendant has sought for this purpose. The defendant's trial attorney has discussed this motion with the plaintiff's attorney, who stated that he will not object to its allowance.

As good cause for this motion, the defendant states the following: In a joint status report filed on May 29, 2007, the defendant said that it "hopes to file its motion and opening brief by July 9, 2007." Since filing the status report, the defendant's attorney has drafted most of the necessary proposed factual findings, but has determined that he requires an additional affidavit from an IRS agent who knows relevant facts–including whether correspondence in the files was mailed to the plaintiff. He has also received copies of a deposition and a statement made under

oath by certain promoters of the investment the plaintiff in this case purchased. That deposition and statement were taken in a case brought by another investor, *NHB X, LLC, Norman H. Bevan, Tax Matters Partner, v. Commissioner*, No. 17453 (Tax Ct.). These documents provide useful background information concerning the investment before the Court, and the defendant's attorney will need the extra time to incorporate the information into his own motion. The defendant's attorney has sent copies of the deposition and of the statement to the plaintiff's attorney.

WHEREFORE the defendant asks the Court to grant this motion.

Respectfully submitted,

s/Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

s/ David Gustafson

July 2, 2007