# In The United States Court of Federal Claims

No. 05-1223 T

(Filed: July 11, 2007)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPTIAL CORP., TAX
MATTERS PARTNER

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference will be held in this case on Friday, July 20, 2007, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge