# In The United States Court of Federal Claims

No. 05-1223 T

(Filed: July 26, 2007)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPTIAL CORP., TAX
MATTERS PARTNER

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference was held in this case on Friday, July 20, 2007. Participating in the conference were Thomas C. Pliske, on behalf of plaintiff, and Robert Charles Stoddart, on behalf of defendant. Pursuant to the discussions conducted therein, on or before August 15, 2007, defendant shall file its motion for summary judgment and memorandum in support thereof. All remaining motions and briefs shall be filed in accordance with the timing provisions established by the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge