IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 05-1223 T
(Judge Allegra)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPITAL CORP.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
IN WHICH TO FILE A MOTION FOR SUMMARY JUDGMENT

---

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a seven-day enlargement of time, from August 15 through August 22, 2007, inclusive, within which to file its motion for summary judgment. This is the first enlargement the defendant has sought for this purpose since the Court set the August 15 deadline. The defendant's trial attorney has discussed this motion with the plaintiff's attorney, who stated that he will not object to its allowance.

As good cause for this motion, the defendant states the following: The trial attorney has finished the proposed findings and much of the brief, but the case is factually complex and presents legal issues in which the IRS and other components of the Justice Department have expressed an interest. The defendant needs the extra week to circulate a draft and collect comments.

As the Court requested in the Special Procedures Order of January 20, 2006, ¶ 3(a), the trial attorney will fax a copy of this motion to chambers.

WHEREFORE the defendant asks the Court to grant this motion.

Respectfully submitted,

s/Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson

August 9, 2007