No. 05-1223 T
(Judge Allegra)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPITAL CORP.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

APPENDIX B TO THE BRIEF IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

---

RICHARD T. MORRISON
Acting Assistant Attorney General

DAVID GUSTAFSON
ROBERT STODDART
Attorneys
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
TEL: (202) 307-6445
FAX: (202) 514-9440

## TABLE OF CONTENTS

*Page*

Declaration of Robert Stoddart. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

| Exhibit Number | Description |
|---|---|
| 1 | Letter from Cantley & Sedacca, LLP, to Mark Hutton (Oct. 5, 2001). . . . . . . . . . . . 5 |
| 2 | Certificate of Formation of Clearmeadow Investments, LLC. . . . . . . . . . . 8 |
| 3 | Operating Agreement of Clearmeadow Investments, LLC. . . . . . . . . . . . 10 |
| 4 | Certificate of Incorporation of Clearmeadow Capital Corp.. . . . . . . . . . . . 19 |
| 5 | IRS Form 2553, Election by a Small Business Corporation. . . . . . . . . . . 21 |
| 6 | Certificate of Filing for Certificate of Incorporation of Clearmeadow Capital Corp... . . . . . . . . . . . 23 |
| 7 | Deutsche Bank Alex Brown Client Statement (Oct. 31, 2001). . . . . . . . . 24 |
| 8 | Deutsche Bank Alex Brown Client Statement (Nov. 30, 2001). . . . . . . . 30 |
| 9 | Deutsche Bank Alex Brown Client Statement (Dec. 31, 2001).. . . . . . . . 34 |
| 10 | Deutsche Bank Alex Brown Client Statement, Canadian Dollars (Dec. 31, 2001). . . . . . . . . . . . 39 |
| 11 | Deutsche Bank Alex Brown Confirmation Statement, US Dollars (Dec. 14, 2001). . . . . . . . . . . . 42 |
| 12 | Deutsche Bank Alex Brown Confirmation Statement, Canadian Dollars (Dec. 14, 2001). . . . . . . . . . . . 43 |
| 13 | Deutsche Bank Alex Brown Confirmation Statement, Canadian Dollars (Dec. 27, 2001). . . . . . . . . . . . 44 |
| 14 | Deutsche Bank Alex Brown Confirmation Statement, US Dollars (Dec. 27, 2001). . . . . . . . . . . . 45 |
| 15A | Cover letter from Clarion Capital, LLC, to Mark Hutton. . . . . . . . . . . . 46 |

[Declaration of Robert Stoddart, continued]


| Exhibit Number | Description | *Page* |
|---|---|---|
| 15B | Clarion Capital Statement of Account for Clearmeadow Investments, LLC, as of 12/29/01. | 47 |
| 16 | Societe Generale, Confirmation for Currency Linked Deposit Swap, Clearmeadow Investments, LLC (Oct. 15, 2001). | 49 |
| 17 | Societe Generale, Confirmation for Currency Linked Deposit Swap, Clearmeadow Investments, LLC (Oct. 15, 2001). | 54 |
| 18 | Letter from Clearmeadow Investments, LLC, to Craig Brubaker (Oct. 15, 2001). | 58 |
| 19 | Letter from Clearmeadow Investments, LLC, to Craig Brubaker (Oct. 10, 2001). | 59 |
| 20 | Letter from Clearmeadow Investments, LLC, to Craig Brubaker (Dec. 18, 2001). | 60 |
| 21 | Assignment of Limited Liability Company Units and Joinder Agreement (Oct. 19, 2001). | 61 |
| 22 | Amended and Restated Operating Agreement of Clearmeadow Investments, LLC (Oct. 19, 2001). | 63 |
| 23 | Assignment of Limited Liability Company Units and Joinder Agreement (Dec. 18, 2001). | 88 |
| 24 | Letter from Clearmeadow Investments, LLC, to Craig Brubaker (Dec. 18, 2001). | 91 |
| 25A | Cover letter from Clearmeadow Investments, LLC, to Craig Brubaker, referencing a "Schedule A" (Oct. 10, 2001). | 92 |
| 25B | Schedule A. | 93 |
| 26 | Certificate of Assessments and Payments for Clearmeadow Investments, LLC. | 94 |

[Declaration of Robert Stoddart, continued]


| Exhibit Number | Description | *Page* |
| --- | --- | --- |
| 27 | Form 1065, 2001 U.S. Return of Partnership Income of Clearmeadow Investments, LLC. | 97 |
| 28 | Form 1120S, 2001 U.S. Income Tax Return for an S Corporation, Clearmeadow Capital Corp.. | 111 |
| 29 | Excerpts from Form 1040, 2001 U.S. Individual Income Tax Return of Mark E. Hutton and Mary S. Hutton. | 126 |
| 30 | Excerpts of a letter from Cantley & Sedacca, LLP, to Mark Hutton (Jan. 22, 2002). | 135 |
| 30A | Letter from Cantley & Sedacca to Mark Hutton (Jan. 23, 2002). | 146A |
| 31 | Excerpts from the transcript of the deposition of Mark Hutton (May 8, 2007). | 147 |
| 31A | Hutton Deposition Exhibit 1: Investor representations. | 187 |
| 31B | Huttton Deposition Exhibit 2: Letter from Clearmeadow Investments, LLC, to Craig Brubaker (Oct. 15, 2001). | 191 |
| 32 | Excerpts from the transcript of the deposition of Bryan Hanning (May 8, 2007). | 192 |
| 32A | Hanning Deposition Exhibit 1: Affidavit (Sept. 19, 2006). | 217 |
| 32B | Hanning Deposition Exhibit 2: Intake Summary. | 218 |
| 32C | Hanning Deposition Exhibit 3: Letter from Cantley & Sedacca, LLP, to Mark Hutton (Oct. 4, 2001). | 221 |
| 32D | Hanning Deposition Exhibit 4: Printout of e-mails to and from Mark Hutton, Bryan Hanning, and Jeremy Nerenberg (Nov. 30-Dec. 6, 2001). | 224 |
| 33 | Excerpts from the transcript of the deposition of Scott Hewitt (May 8, 2007). | 225 |

[Declaration of Robert Stoddart, continued]


*Page*

Exhibit Number Description

33A Hewitt Deposition Exhibit 2: Letter from Cantley & Sedacca, LLP, to Amy Klupny (March 1, 2002). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 253

33B Excerpt from Hewitt Deposition Exhibit 3: Draft Form 1065, 2001 U.S. Return of Partnership Income. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 254

34 Excerpts from the transcript of the deposition of Daniel Brooks taken in *NHB X, LLC, Norman H. Bevan, Tax Matters Partner v. Commissioner*, No 17453-05 (Tax Ct. Nov. 30, 2006). . . . . . . . . . . . . . 257

35 Excerpts from the statement under oath of Edward Sedacca, taken in *NHB X, LLC, Norman H. Bevan, Tax Matters Partner v. Commissioner*, No 17453-05 (Tax Ct. Jan. 26, 2007). . . . . . . . . . . . . . . . 323

36 Civil Docket for *Hutton et al. v. Deutsche Bank AG et al.*, No. 07-2041 (D. Kan.). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 353

37 Excerpts from the complaint filed in *Hutton et al. v. Deutsche Bank AG et al.*, No. 07-2041 (D. Kan.).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 360

38 Excerpts from an order and opinion filed in *Michael Ling et al. v. Deutsche Bank, AG, et al*, No. 04 CV 4566 (S.D.N.Y.). . . . . . . . . . . 369A

39 Order approving proposed notice and proof of claim, *Michael Ling et al. v. Deutsche Bank, AG, et al*, No. 04 CV 4566 (S.D.N.Y.) (Feb. 2, 2007).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 369D

40 Representative Exchange Rates for Selected Currencies for December 2001 (data archived by the International Monetary Fund). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 369I

41 Final Partnership Administrative Adjustment Letter.. . . . . . . . . . . . . . 369K

Declaration of Martha TenEyck.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 370

Exhibit Number Description

1 Letter from the IRS to Mark E. and Mary S. Hutton (May 20, 2004). . . 374

[TenEyck Declaration, continued]


| Exhibit Number | Description | *Page* |
|---|---|---|
| 2 | Form 15382, Notice of Election to Participate in Announcement 2004-46 Settlement Initiative. | 375 |
| 3 | Letter from the IRS to Mark E. and Mary S. Hutton (July 21, 2004). | 378 |
| 3A | Extract from Form 9984, Examining Officer's Activity Record. | 378A |
| 4 | Letter from the IRS to Anthony S. Gasaway (July 21, 2004). | 379 |
| 5 | Letter from the IRS to Mark E. and Mary S. Hutton (Dec. 22, 2004). | 380 |
| 6 | Letter from the IRS to Mark E. and Mary S. Hutton (Jan. 21, 2005). | 381 |
| 7 | Letter from the IRS to Mark E. and Mary S. Hutton (Feb. 7, 2005). | 384 |
| 8 | Letter from the IRS to Mark E. and Mary S. Hutton (March 24, 2005). | 385 |
| 9 | Letter from the IRS to Anthony S. Gasaway (March 24, 2005, 2005). | 388 |
| 10 | Letter from the IRS to Mark E. and Mary S. Hutton (March 29, 2005). | 389 |
| 11 | Letter from the IRS to Anthony S. Gasaway (March 24, 2005). | 390 |
| 12 | Letter faxed by Anthony S. Gasaway to Martie TenEyck, IRS (April 11, 2005). | 391 |
| 13 | Letter from the IRS to Anthony S. Gasaway (April 12, 2005). | 394 |
| 14 | Form 2848, Power of Attorney and Declaration of Representative. | 397 |
| 15 | Letter faxed by Anthony S. Gasaway to Martie TenEyck, IRS (June 8, 2005). | 399 |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1223 T
(Judge Allegra)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPITAL CORP.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DECLARATION OF ROBERT STODDART

I, Robert Stoddart, am an attorney employed by the Tax Division of the U.S. Department of Justice, and was assigned to defend this case on February 7, 2007. I am now the custodian of the files compiled by the attorneys who were assigned to defend this case before me. I make this declaration of my personal knowledge.

1. The attached Exhibits 1 through 6 and 8 through 25B are true copies of documents that the plaintiff sent to the Tax Division as required by RCFC 26(a)(1). The plaintiff never sent us documents concerning a loan from Deutsche Bank or any affiliate.

2. The attached Exhibit 7 is a true copy of a document subpoenaed from Scott Hewitt. It is substantially identical to a document the plaintiff produced as required by RCFC 26(a)(1), but it is clearer and better copied.

3. The attached Exhibit 26 is the original of a certificate of assessments and payments that the Internal Revenue Service sent to the Tax Division after this case was filed.

4. The attached Exhibits 27 and 28 are true copies of tax returns that the Internal Revenue Service sent to the Tax Division after this case was filed.

5. The attached Exhibit 29 is a true copy of selected pages from a tax return that the Internal Revenue Service sent to the Tax Division after this case was filed. The IRS files in my possession show no audit of Mark Hutton's 2001 personal income tax return.

6. The attached Exhibit 30 is a true copy of pages from Cantley & Sedacca's tax opinion, which the plaintiff's attorney sent to me at my request; Exhibit 30A is a true copy of a document I subpoenaed from Cantley & Sedacca.

7. The attached Exhibit 31 is the transcript of a deposition of Mark Hutton that I took on May 8, 2007, in Wichita, Kansas. It accurately reproduces the questions asked and the answers given. To save space, I have presented the exhibit (except for the reporter's certification) in an electronic form derived from a diskette the stenographer sent to me. The deponent made no corrections. The electronic form preserves the content of the paper version, including the page and line numbering. Exhibits 31A and 31B are true copies of exhibits attached to the deposition transcript; the deponent authenticated these two exhibits.

8. The attached Exhibit 32 is the transcript of a deposition of Bryan Hanning that I took on May 8, 2007, in Wichita, Kansas. It accurately reproduces the questions asked and the answers given. To save space, I have presented the exhibit in an electronic form derived from a diskette the stenographer sent to me. The electronic form preserves the content of the paper version, including the page and line numbering. Exhibits 32A, 32B, 32C, and 32D are true copies of exhibits attached to the deposition transcript; the deponent authenticated these exhibits.

9. The attached Exhibit 33 is an excerpt from a deposition of Scott Hewitt that I took on May 8, 2007, in Wichita, Kansas. It accurately reproduces the questions asked and the answers given. To save space, I have presented the exhibit in an electronic form derived from a diskette the stenographer sent to me. The electronic form preserves the content of the paper version, including the page and line numbering. I typed an exhibit number on the first page. We received no signature page or corrections from Mr. Hewitt.

10. The attached Exhibit 34 is an excerpt from a transcript of the deposition of Daniel Brooks taken in *NHB X, LLC, Norman H. Bevan, Tax Matters Partner v. Commissioner*, No 17453-05. John Aulettta, the IRS Chief Counsel attorney assigned to that case, sent me this transcript by e-mail. The exhibit accurately reproduces what he sent me, except that I typed an exhibit number on the first page. He also faxed me a copy of the reporter's certification, which I have appended to the transcript.

11. The attached Exhibit 35 is an excerpt from the statement under oath of Edward Sedacca, taken in *NHB X, LLC, Norman H. Bevan, Tax Matters Partner v. Commissioner*, No 17453-05. John Aulettta, the IRS Chief Counsel attorney assigned to that case, sent me this transcript by e-mail. The exhibit accurately reproduces an excerpt of what he sent me, except that I added an exhibit number to the first page. He also faxed me a copy of the reporter's certification, which I have appended to the transcript.

12. The attached Exhibit 36 is a true copy of a docket sheet of the U.S. District Court for the District of Kansas, which I downloaded from the PACER website.

13. The attached Exhibit 37 is a true copy of excerpts from a complaint filed with the U.S. District Court for the District of Kansas, which I downloaded from the PACER website.

14. The attached Exhibit 38 is a true copy of excerpts from an order and opinion filed in *Michael Ling et al. v. Deutsche Bank, AG, et al*, No. 04 CV 4566 (S.D.N.Y.), which I downloaded from the PACER website.

15. The attached Exhibit 39 is a true copy of excerpts from the order approving proposed notice and proof of claim filed in *Michael Ling et al. v. Deutsche Bank, AG, et al*, No. 04 CV 4566 (S.D.N.Y.), which I downloaded from the PACER website.

16. The attached Exhibit 40 is a true copy of a list of exchange rates for various foreign currencies, which I downloaded from a website maintained by the International Monetary Fund. It can be found online at http://www.imf.org/external/np/fin/data/rms_mth.aspx?SelectDate=2001-12-31&reportType=REP.

17. The attached Exhibit 41 is a true copy the Final Partnership Administrative Adjustment Letter issued to Clearmeadow Investments, LLC, for its 2001 taxable year. We received this document from the IRS. The plaintiff claims to have attached the document to its complaint (Compl. ¶ 3), but it is not attached to the copy served on the defendant. *See* the defendant's Answer, ¶ 3. The defendant cannot assume that the Court has a copy.

18. As required by General Order 42A, ¶ 25, I redacted all Social Security numbers and financial account numbers from the exhibits attached to this Declaration and to the Declaration of Martha TenEyck, which appears later in this Appendix B,

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 14, 2007.

s/ Robert Stoddart
ROBERT STODDART

CANTLEY & SEDACCA, LLP
ATTORNEYS AT LAW
3414 PEACHTREE ROAD, NE, SUITE 105
ATLANTA, GEORGIA 30326
TEL. (404) 442-2108
FAX (770) 234-6686

BECKETT G. CANTLEY
PARTNER

ATLANTA, GA
DALLAS, TX
SAN FRANCISCO, CA

October 5, 2001

Mr. Mark E. Hutton
2233 S. West Street
Wichita, KS 67213

PENGAD-Bayonne, N. J. DEFENDANT'S EXHIBIT 7

**Re: Agreement for Your Legal Services**

Dear Mark:

Our law firm appreciates having the opportunity to provide legal services to you regarding your tax planning. As part of our service to you, it is important that we both understand the scope of our representation and our agreement regarding fees. You have engaged us to review the tax ramifications of a **market link deposit** investment strategy (the "Investment") and to research and review the law supporting the issuance of a legal opinion letter for this Investment (the "Opinion") and to issue an Opinion. Also, we have not been engaged to provide any type of advice regarding investment matters. The Opinion will be based on the relevant facts provided to us by you and by **Deutsche Bank** ("Bank"), certain representations made to us by you and by Bank, and on the state of the law at the time it is rendered. It will express our best professional judgment, applying a "more likely than not" standard, and will not be a guarantee.

The total flat fee for this service is **$150,000** (the "Flat Fee"). We request that you now forward the Flat Fee to our client escrow account. The Flat Fee will be considered earned as of **October 5, 2001** and you agree that we may bill you for the service immediately and place the Flat Fee into our general funds. However, we agree to continue our review of the Investment until the Opinion is issued. If you have paid us the Flat Fee and we have not issued an Opinion by April 15, 2002, we will refund the Flat Fee. Your execution of this Agreement indicates your approval of this arrangement.

The Investment involves a substantial investment of your assets. You have agreed that you shall bear all the economic risk of the Investment. In making the Investment that will be required as a part of the Investment, you have relied solely upon your (and your financial advisor's) independent investigation of all matters or concerns regarding the Investment and the Investment. You (or your financial advisor) possess the knowledge and experience in financial and business matters that ensures your (and your financial advisor's) capability to evaluate the merits and risks of the Investment and you are therefore making an informed decision as to the Investment. To assist us in explaining the Investment to you, we have engaged one or more financial advisors whom we will pay a fee for their assistance to us. We are not financial advisors and have expressed no opinion as to the investment suitability of the Investment. Likewise, any financial advisor engaged by us has not expressed an opinion on the Investment on our behalf. You acknowledge that we have made no guarantee regarding the successful determination of this matter and that all expressions relative thereto are matters of our preliminary opinion based upon our current knowledge of the subject matter.

We emphasize that any information that you provide us during this representation must be complete and accurate to the best of your knowledge as we will be relying on such information in providing your legal services. We also emphasize that all advice and/or planning is based on the current status of the Internal Revenue Code of 1986, as amended, and related tax laws (the "Tax Law"). We cannot predict with any accuracy any future change in the Tax Law and do not represent that the Tax Law will not result in a need for a change to your planning. This agreement when signed represents the entire agreement of the parties and all of the prior discussions concerning the entire subject matter hereof are merged herein and shall be considered to be a part of this agreement and shall not survive the execution hereof. This agreement cannot be changed verbally and can only be changed by another written agreement that must be signed by an authorized representative of this firm. Please indicate your approval of each of the terms of this engagement and fee agreement by signing below. A copy of this agreement is also enclosed for your files.

As you are aware, investment in the Investment in the manner contemplated by Bank is anticipated to provide you with substantial tax benefits. Because of these benefits, there is a possibility that if your return is reviewed, the IRS will audit your tax return, and that your tax return will be scrutinized. Except as provided in the next paragraph, issuance of the Opinion to you ends our responsibility with regard to your investment and our engagement in this matter. We will have no obligation or responsibility thereafter for advising you of tax law developments. You should understand that your reliance on the Opinion will not absolve you of the need to demonstrate that, in addition to potential tax benefits, you invested in the Investment because you believed, based on your own independent evaluation, that you had a realistic possibility of realizing a reasonable economic profit from your investment without regard to any tax benefits.

We also agree to provide you an audit defense in the event that you alert us that your require our representation in connection with an examination by the Internal Revenue Service of the Investment as reported on your federal income tax return. Such audit defense shall be provided to you at both the audit stage and at the IRS Appeals Office stage (if necessary). Such audit defense shall not include representation at the U.S. Tax Court, U.S. District Court or Court of Claims, although we would be happy to discuss such a defense with you should the need arise. A second nonrefundable flat fee of $25,000 ("Second Fee") will be due upon your alerting us that you require our representation. The Second Fee is limited to representation in connection with the Investment and does not apply to any other items or transactions on your return that may be questioned by the Internal Revenue Service.

Our engagement is to represent you and only you. Our representation does not extend to any affiliate of yours, and you should be aware that we will not be considered to have established an attorney-client relationship with any such affiliate for any purpose.

Sincerely,

CANTLEY & SEDACCA, LLP

Beckett G. Cantley

APPROVED, AGREED TO AND ACCEPTED:

By: ______________________ Date: 10/5/01
Mark E. Hutton

*State of Delaware*

# *Office of the Secretary of State*

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "CLEARMEADOW INVESTMENTS, LLC", FILED IN THIS OFFICE ON THE TENTH DAY OF OCTOBER, A.D. 2001, AT 9 O'CLOCK A.M.

PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
2

*Harriet Smith Windsor, Secretary of State*

3444679 8100

010504828

AUTHENTICATION: 1385582

DATE: 10-11-01

# CERTIFICATE OF FORMATION

# OF

# CLEARMEADOW INVESTMENTS, LLC

The undersigned, an authorized natural person, for the purpose of forming a limited liability company (hereinafter called the "company"), under the provisions and subject to the requirements of the Delaware Limited Liability Company Act, hereby certifies that:

1. The name of the limited liability company is CLEARMEADOW INVESTMENTS, LLC

2. The address of the registered office and the name and the address of the registered agent of the limited liability company required to be maintained by Section 18-104 of the Delaware Limited Liability Company Act are National Registered Agents, Inc., 9 East Loockerman Street, Dover, Delaware 19901.

Executed on October 9, 2001.

Edward Sedacca, Esq.,
Authorized Representative

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 10/10/2001
010504828 – 3444679