DEUTSCHE BANC ALEX. BROWN INC.
P. O. BOX 1776
BALTIMORE MD 21203

CLENDENING/BRUBAKER
INVESTMENT REP # 182
200 CRESCENT COURT SUITE 500
DALLAS TX 75201-6959
(214) 740-7700 (800) 527-3903

# Deutsche Banc Alex. Brown
# Client Statement

DEFENDANT'S EXHIBIT 8

CLEARMEADOW INVESTMENTS LLC
ATTN MARK E HUTTON
2233 S WEST STREET
WITCHITA KS 67213-1113

30

## Portfolio Overview

### Assets

| | Value as of November 30, 2001 | % of total assets |
|---|---|---|
| Cash | $0.00 | 0.0% |
| Money funds | 254,470.45 | 100.0 |
| Common stocks | 0.00 | 0.0 |
| Preferred stocks | 0.00 | 0.0 |
| Mutual funds | 0.00 | 0.0 |
| Government debt issues | 0.00 | 0.0 |
| Corporate debt issues | 0.00 | 0.0 |
| Municipal debt issues | 0.00 | 0.0 |
| Certificates of deposit | 0.00 | 0.0 |
| Options | 0.00 | 0.0 |
| Limited partnerships | 0.00 | 0.0 |
| Annuities | 0.00 | 0.0 |
| Other | 0.00 | 0.0 |
| **Total assets** | **$254,470.45** | **100.0%** |

### Liabilities

| | Value as of November 30, 2001 | % of total assets |
|---|---|---|
| Cash debit | $0.00 | 0.0% |
| Margin debit | 0.00 | 0.0 |
| Short options | 0.00 | 0.0 |
| Other short securities | 0.00 | 0.0 |
| **Total liabilities** | **$0.00** | **0.0%** |

| | |
|---|---|
| Net Value of Your Account | $254,470.45 |
| Net Value as of December 31, 2000 | $0.00 |

### Activity

| | This period |
|---|---|
| Net value of your account as of October 31 | $250,065.92 |
| Net cash activity | 3,879.00 |
| Net securities into/out of account | 0.00 |
| Net return on your portfolio | 525.53 |
| **Net value of your account as of November 30** | **$254,470.45** |

### Income

| | This period | Year to date |
|---|---|---|
| Net income received | $525.53 | $649.16 |
| Current estimated annual income | $5,013.06 | |
| Current estimated annual yield | 1.97% | |

5-P

Statement of Account
November 1 to November 30, 2001
Account [redacted]

Deutsche Bank

**Deutsche Banc Alex. Brown**

Statement of Account
November 1 to November 30, 2001
Account [redacted]

# Cash Summary

## Opening Cash Balance $0.00

### Income Summary

| | This period | Year to date |
|---|---|---|
| Taxable dividends | $525 53 | $649.16 |
| Taxable interest | 0 00 | 0.00 |
| Capital gains distributions received | 0 00 | 0.00 |
| Non-taxable dividends | 0.00 | 0.00 |
| Jon-taxable interest | 0 00 | 0.00 |
| **Net income received** | **$525.53** | **$649.16** |

### Cash Activity

| | This period | Year to date |
|---|---|---|
| Deposits | $6,389.00 | $293,889.00 |
| Withdrawals | 2,510.00 - | 40,030.00 - |
| U.S. tax withheld | 0.00 | 37.71 - |
| Non-resident tax withheld | 0.00 | 0.00 |
| Foreign taxes withheld | 0.00 | 0.00 |
| Interest charges on cash debit | 0 00 | 0.00 |
| Interest charges on margin debit | 0.00 | 0.00 |
| **Net cash activity** | **$3,879.00** | **$253,821.29** |

### Purchases and Sales

| | This period | Year to date |
|---|---|---|
| Total purchases | $6,914.53 - | $294,500.45 - |
| Total sales | 2,510.00 | 40,030.00 |
| Other money fund sales | 0 00 | 0.00 |
| **Net purchases/sales(incl. money funds)** | **$4,404.53 -** | **$254,470.45 -** |

### Other Activity

| | This period | Year to date |
|---|---|---|
| Bond redemptions | $0.00 | $0.00 |
| Other activity | 0 00 | 0.00 |
| **Net other activity** | **$0.00** | **$0.00** |

## Closing Cash Balance $0.00

# Portfolio Summary

### Activity

| | This period | Year to date |
|---|---|---|
| Previous net account value | $250,065 92 | $0 00 |
| Net cash activity | 3,879.00 | 253,821 29 |
| Net securities into/out of account | 0.00 | 0 00 |
| **Adjusted previous account value** | **$253,944.92** | **$253,821.29** |
| Net change in market value | 0.00 | 0 00 |
| Net income received | 525.53 | 649.16 |
| **Net account value as of November 30, 2001** | **$254,470.45** | **$254,470.45** |
| Net return on portfolio | 525.53 | 649.16 |

# Portfolio Holdings

Prices are provided by an independent pricing service. For current market price quotations, call your Investment Representative.

## Cash and Equivalents

| | Amount | Estimated annual income | Current annual yield |
|---|---|---|---|
| DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES | $254,470.45 | $5,013.06 | 1.97% |
| **Total cash and equivalents** | **$254,470.45** | **$5,013.06** | |

32

# Portfolio Activity

## Dividends and Interest

| Date | Activity | Description | Amount |
|---|---|---|---|
| 11/27/2001 | Dividend | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES | $525.53 |
| **Total dividends and interest** | | | **$525.53** |

## Purchases and Sales

| Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 11/05/2001 | Purchased | Sweep | 3,122 | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES | $1 | $3,122.00 - |
| 11/15/2001 | Sold | Cash | 2,510 - | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES | 1 | 2,510.00 |
| 11/26/2001 | Purchased | Sweep | 3,267 | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES | 1 | 3,267.00 - |
| 11/27/2001 | Fund reinvested | Cash | 525.53 | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES MONTHLY DIVIDEND REINVESTED | 1 | 525.53 - |
| **Net purchases and sales** | | | | | | **$4,404.53 -** |

## Deposits

# Portfolio Activity continued

## Other Deposits

| Date posted | Description | Amount |
|---|---|---|
| 11/02/2001 | FUNDS RECEIVED BANKERS NYC | $3,122 00 |
| 11/23/2001 | FUNDS RECEIVED BANKERS NYC | $3,267.00 |
| **Total other deposits** | | **$6,389.00** |

## Withdrawals

### Other Withdrawals

| Date posted | Description | Amount |
|---|---|---|
| 11/15/2001 | FUNDS WIRED TO BANKERS TRUST COMPANY DB LONDON/FOREIGN EX | $2,500.00 - |
| 11/15/2001 | WIRE FEE | 10.00 - |
| **Total other withdrawals** | | **$2,510.00 -** |

# Market Indices

## Equities

| | Current | December 31, 2000 | Change year to date |
|---|---|---|---|
| Dow Jones Industrial Average | 9,851.56 | 10,786.85 | 8.7%- |
| NASDAQ Composite | 1,930.58 | 2,470.52 | 21.9%- |
| S & P 500 | 1,139.45 | 1,320.28 | 13.7%- |
| ;SCI EAFE | 1,148.35 | 1,492.41 | 23.1%- |

## Fixed Income Securities

| | Current | December 31, 2000 |
|---|---|---|
| Long term treasury bond yield | 5.27% | 5.46% |
| Lehman Brothers Intermediate US Credit Index | 10.47% | 9.46% |

DEUTSCHE BANC ALEX. BROWN INC.
P. O. BOX 1776
BALTIMORE MD 21203

CLENDENING/BRUBAKER
INVESTMENT REP #182
200 CRESCENT COURT SUITE 500
DALLAS TX 75201-6959
(214) 740-7700 (800) 527-3903

# Portfolio Overview

## Assets

| Assets | Value as of December 31, 2001 | % of total assets |
|---|---|---|
| Cash | $0.00 | 0.0% |
| 'loney funds | 282,100.26 | 100.0 |
| Common stocks | 0.00 | 0.0 |
| Preferred stocks | 0.00 | 0.0 |
| Mutual funds | 0.00 | 0.0 |
| Government debt issues | 0.00 | 0.0 |
| Corporate debt issues | 0.00 | 0.0 |
| Municipal debt issues | 0.00 | 0.0 |
| Certificates of deposit | 0.00 | 0.0 |
| Options | 0.00 | 0.0 |
| Limited partnerships | 0.00 | 0.0 |
| Annuities | 0.00 | 0.0 |
| Other | 0.00 | 0.0 |
| **Total assets** | **$282,100.26** | **100.0%** |

## Liabilities

| Liabilities | Value as of December 31, 2001 | % of total assets |
|---|---|---|
| ash debit | $0.00 | 0.0% |
| Margin debit | 0.00 | 0.0 |
| Short options | 0.00 | 0.0 |
| Other short securities | 0.00 | 0.0 |
| **Total liabilities** | **$0.00** | **0.0%** |

| | |
|---|---|
| Net Value of Your Account | $282,100.26 |
| Net Value as of December 31, 2000 | $0.00 |

Deutsche Bank

# Deutsche Banc Alex. Brown
# Client Statement

DEFENDANT'S EXHIBIT 9
PENGAD-Bayonne, N. J.

CLEARMEADOW INVESTMENTS LLC
ATTN MARK E HUTTON
2233 S WEST STREET
WITCHITA KS 67213-1113

34

## Activity

| Activity | This period |
|---|---|
| Net value of your account as of November 30 | $254,470.45 |
| Net cash activity | 27,940.00 |
| Net securities into/out of account | 0.00 |
| Net return on your portfolio | 310.19 - |
| **Net value of your account as of December 31** | **$282,100.26** |

## Income

| Income | This period | Year to date |
|---|---|---|
| Net income received | $366.73 | $1,015.89 |
| Current estimated annual income | $4,767.49 | |
| Current estimated annual yield | 1.69% | |

6-P

Statement of Account
December 1 to December 31, 2001
Accoun[redacted]

2237888400-021-00351532 R P

**Deutsche Banc Alex. Brown**

Statement of Account
December 1 to December 31, 2001
Accoun[redacted]



# Cash Summary

## Opening Cash Balance $0.00

## Income Summary

| | This period | Year to date |
|---|---|---|
| Taxable dividends | $366.73 | $1,015.89 |
| Taxable interest | 0.00 | 0.00 |
| Capital gains distributions received | 0.00 | 0.00 |
| Non-taxable dividends | 0.00 | 0.00 |
| ,on-taxable interest | 0.00 | 0.00 |
| **Net income received** | **$366.73** | **$1,015.89** |

## Cash Activity

| | This period | Year to date |
|---|---|---|
| Deposits | $35,450.00 | $329,339.00 |
| Withdrawals | 7,510.00 - | 47,540.00 - |
| U.S. tax withheld | 0.00 | 37.71 - |
| Non-resident tax withheld | 0.00 | 0.00 |
| Foreign taxes withheld | 0.00 | 0.00 |
| Interest charges on cash debit | 0.00 | 0.00 |
| Interest charges on margin debit | 0.00 | 0.00 |
| **Net cash activity** | **$27,940.00** | **$281,761.29** |

## Purchases and Sales

| | This period | Year to date |
|---|---|---|
| Total purchases | $37,139.81 - | $331,640.26 - |
| Total sales | 8,833.08 | 48,863.08 |
| 'Other money fund sales | 0.00 | 0.00 |
| **.Net purchases/sales(incl. money funds)** | **$28,306.73 -** | **$282,777.18 -** |

## Other Activity

| | This period | Year to date |
|---|---|---|
| Bond redemptions | $0.00 | $0.00 |
| Other activity | 0.00 | 0.00 |
| **Net other activity** | **$0.00** | **$0.00** |

## Closing Cash Balance $0.00

# Portfolio Summary

## Activity

| | This period | Year to date |
|---|---|---|
| Previous net account value | $254,470.45 | $0.00 |
| Net cash activity | 27,940.00 | 281,761.29 |
| Net securities into/out of account | 0.00 | 0.00 |
| **Adjusted previous account value** | **$282,410.45** | **$281,761.29** |
| Net change in market value | 676.92 - | 676.92 - |
| Net income received | 366.73 | 1,015.89 |
| **Net account value as of December 31, 2001** | **$282,100.26** | **$282,100.26** |
| Net return on portfolio | 310.19 - | 338.97 |

# News and Information

This is the last monthly statement for 2001, but your tax calculations should be based on the Form 1099 that we will send you soon. Please see the enclosed disclosure statement. We wish you a happy and prosperous 2002. Thank you.

17

# Portfolio Holdings

Prices are provided by an independent pricing service. For current market price quotations, call your Investment Representative.

## Cash and Equivalents

| | Amount | Estimated annual income | Current annual yield |
|---|---|---|---|
| DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES | $282,100.26 | $4,767.49 | 1.69% |
| **Total cash and equivalents** | **$282,100.26** | **$4,767.49** | |

# Portfolio Activity

36

## Dividends and Interest

| Date | Activity | Description | Amount |
|---|---|---|---|
| 12/26/2001 | Dividend | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES | $366.73 |
| **Total dividends and interest** | | | **$366.73** |

## Purchases and Sales

| Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 12/05/2001 | Sold | Cash | 5,010 - | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES | $1 | $5,010.00 |
| 12/13/2001 | Purchased | Sweep | 30,800 | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES | 1 | 30,800.00 - |
| 12/14/2001 | Sold | Sweep | 1,000 - | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES | 1 | 1,000.00 |
| 12/14/2001 | Purchased | Cash | 0 | ***FOREIGN EXCHANGE YOU BOUGHT CANADIAN DOLLAR VS U.S. DOLLAR CONV RATE 0.67226440 | | 1,000.00 - |
| 12/18/2001 | Sold | Cash | 2,500 - | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES | 1 | 2,500.00 |
| 12/20/2001 | Purchased | Sweep | 4,602 | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES | 1 | 4,602.00 - |

# Portfolio Activity continued

## Purchases and Sales

| Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 12/26/2001 | Purchased | Sweep | 48 | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC - PRIME SERIES | 1 | 48.00 |
| 12/26/2001 | Fund reinvested | Cash | 366.73 | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC - PRIME SERIES MONTHLY DIVIDEND REINVESTED | 1 | 366.73 |
| .2/27/2001 | Purchased | Sweep | 323.08 | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC - PRIME SERIES | 1 | 323.08 |
| 12/27/2001 | Sold | Cash | 0 | ***FOREIGN EXCHANGE YOU SOLD CANADIAN DOLLAR VS U.S. DOLLAR CONV RATE 0.54028600 | | 323.08 |
| **Net purchases and sales** | | | | | | **$28,306.73** |

# Deposits

## Other Deposits

| Date posted | Description | Amount |
|---|---|---|
| 12/12/2001 | FUNDS RECEIVED SOCIETE GENERALE | $30,800.00 |
| 12/19/2001 | FUNDS RECEIVED BANKERS NYC | $4,602.00 |
| 12/24/2001 | FUNDS RECEIVED AS OF 12-21 | $48.00 |
| **iotal other deposits** | | **$35,450.00** |

# Withdrawals

# Portfolio Activity continued

## Other Withdrawals

| Date posted | Description | Amount |
|---|---|---|
| 12/05/2001 | FUNDS WIRED TO BANKERS TRUST COMPANY DEUTSCHE BK LONDON/F | $5,000.00 - |
| 12/05/2001 | WIRE FEE | 10.00 - |
| 12/18/2001 | TRF TO CF ADV XXXVII A/O 12/18/01 REDEMPT PYMT | 2,500.00 - |
| ɹtal other withdrawals | | $7,510.00 - |

# Market Indices

| Equities | Current | December 31, 2000 | Change year to date |
|---|---|---|---|
| Dow Jones Industrial Average | 10,021 50 | 10,786.85 | 7.1%- |
| NASDAQ Composite | 1,950.40 | 2,470.52 | 21.1%- |
| S & P 500 | 1,148.08 | 1,320.28 | 13.0%- |
| MSCI EAFE | 1,154.95 | 1,492.41 | 22.6%- |

| Fixed Income Securities | Current | December 31, 2000 |
|---|---|---|
| Long term treasury bond yield | 5.47% | 5.46% |
| Lehman Brothers Intermediate US Credit Index | 9.77% | 9.46% |

38

# Deutsche Banc Alex. Brown
# Client Statement

DEFENDANT'S EXHIBIT 10
PENGAD-Bayonne, N. J.

DEUTSCHE BANC ALEX. BROWN INC.
P. O. BOX 1776
BALTIMORE MD 21203

CLENDENING/BRUBAKER
INVESTMENT REP # 182
200 CRESCENT COURT SUITE 500
DALLAS TX 75201-6959
(214) 740-7700 (800) 527-3903

CLEARMEADOW INVESTMENTS LLC
ATTN MARK E HUTTON
2233 S WEST STREET
WITCHITA KS 67213-1113

## Portfolio Overview

Currency is CANADIAN DOLLARS

### Assets

| Assets | Value as of December 31, 2001 | % of total assets |
|---|---|---|
| Cash | 889 53 | 100 0% |
| Money funds | 0.00 | 0.0 |
| Common stocks | 0.00 | 0.0 |
| Preferred stocks | 0.00 | 0.0 |
| Mutual funds | 0.00 | 0.0 |
| Government debt issues | 0.00 | 0.0 |
| Corporate debt issues | 0.00 | 0.0 |
| Municipal debt issues | 0.00 | 0.0 |
| Certificates of deposit | 0.00 | 0.0 |
| Options | 0.00 | 0.0 |
| Limited partnerships | 0.00 | 0.0 |
| Annuities | 0.00 | 0.0 |
| Other | 0.00 | 0.0 |
| **Total assets** | **889.53** | **100.0%** |

### Liabilities

| Liabilities | Value as of December 31, 2001 | % of total assets |
|---|---|---|
| Cash debit | 0.00 | 0.0% |
| Margin debit | 0.00 | 0.0 |
| Short options | 0.00 | 0.0 |
| Other short securities | 0.00 | 0.0 |
| **Total liabilities** | **0.00** | **0.0%** |

| | |
|---|---|
| Net Value of Your Account | 889.53 |
| Net Value as of December 31, 2000 | 0.00 |

## Activity

| Activity | This period |
|---|---|
| Net value of your account as of November 30 | 0.00 |
| Net cash activity | 0.00 |
| Net securities into/out of account | 0.00 |
| Net return on your portfolio | 889 53 |
| **Net value of your account as of December 31** | **889.53** |

## Income

| Income | This period | Year to date |
|---|---|---|
| Net income received | 0.00 | 0.00 |
| Current estimated annual income | 0.00 | |
| Current estimated annual yield | 0.00% | |

39

7-P

Statement of Account
December 1 to December 31, 2001
Account [redacted]

Deutsche Bank

**Deutsche Banc Alex. Brown**

Statement of Account
December 1 to December 31, 2001
Account [redacted]



# Cash Summary

## Opening Cash Balance 0.00

| Income Summary | This period | Year to date |
|---|---|---|
| Taxable dividends | 0.00 | 0.00 |
| Taxable interest | 0.00 | 0.00 |
| Capital gains distributions received | 0.00 | 0.00 |
| Non-taxable dividends | 0.00 | 0.00 |
| Jon-taxable interest | 0.00 | 0.00 |
| **Net income received** | **0.00** | **0.00** |

| Cash Activity | This period | Year to date |
|---|---|---|
| Deposits | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| U.S. tax withheld | 0.00 | 0.00 |
| Non-resident tax withheld | 0.00 | 0.00 |
| Foreign taxes withheld | 0.00 | 0.00 |
| Interest charges on cash debit | 0.00 | 0.00 |
| Interest charges on margin debit | 0.00 | 0.00 |
| **Net cash activity** | **0.00** | **0.00** |

| Purchases and Sales | This period | Year to date |
|---|---|---|
| Total purchases | 597.98 - | 597.98 - |
| Total sales | 1,487.51 | 1,487.51 |
| Other money fund sales | 0.00 | 0.00 |
| **Net purchases/sales(incl. money funds)** | **889.53** | **889.53** |

| Other Activity | This period | Year to date |
|---|---|---|
| Bond redemptions | 0.00 | 0.00 |
| Other activity | 0.00 | 0.00 |
| **Net other activity** | **0.00** | **0.00** |

## Closing Cash Balance 889.53

# Portfolio Summary

| Activity | This period | Year to date |
|---|---|---|
| Previous net account value | 0.00 | 0.00 |
| Net cash activity | 0.00 | 0.00 |
| Net securities into/out of account | 0.00 | 0.00 |
| **Adjusted previous account value** | **0.00** | **0.00** |
| Net change in market value | 889.53 | 889.53 |
| Net income received | 0.00 | 0.00 |
| **Net account value as of December 31, 2001** | **889.53** | **889.53** |
| Net return on portfolio | 889.53 | 889.53 |

# News and Information

This is the last monthly statement for 2001, but your tax calculations should be based on the Form 1099 that we will send you soon. Please see the enclosed disclosure statement. We wish you a happy and prosperous 2002. Thank you.

# Portfolio Holdings

Prices are provided by an independent pricing service. For current market price quotations, call your Investment Representative.

## Cash and Equivalents

| | Amount | Estimated annual income | Current annual yiel |
|---|---|---|---|
| NET CASH BALANCE | 889.53 | | |
| **Total cash and equivalents** | **889.53** | | |

# Portfolio Activity

## Purchases and Sales

| Settlement date | Activity | Type | Quantity | Description | Unit price | Amoun |
|---|---|---|---|---|---|---|
| 12/14/2001 | Sold | Cash | 0 | ***FOREIGN EXCHANGE<br>YOU BOUGHT CANADIAN DOLLAR<br>VS U.S. DOLLAR<br>CONV RATE 0.67226440 | | 1,487.5 |
| 12/27/2001 | Purchased | Cash | 0 | ***FOREIGN EXCHANGE<br>YOU SOLD CANADIAN DOLLAR<br>VS U.S. DOLLAR<br>CONV RATE 0.54028600 | | 597.9 |
| **Net purchases and sales** | | | | | | **889.5** |

# Market Indices

| Equities | Current | December 31, 2000 | Change year to date |
|---|---|---|---|
| Dow Jones Industrial Average | 10,021.50 | 10,786.85 | 7.1%- |
| NASDAQ Composite | 1,950.40 | 2,470.52 | 21.1%- |
| S & P 500 | 1,148.08 | 1,320.28 | 13.0%- |
| MSCI EAFE | 1,154.95 | 1,492.41 | 22.6%- |

| Fixed Income Securities | Current | December 31, 2000 |
|---|---|---|
| Long term treasury bond yield | 5.47% | 5.46% |
| Lehman Brothers Intermediate US Credit Index | 9.77% | 9.46% |

41

Deutsche Bank

DEFENDANT'S EXHIBIT
11
PENGAD-Bayonne, N. J.

23

Deutsche Banc Alex. Brown

Deutsche Banc Alex. Brown Inc.
P O BOX 1776, BALTIMORE, MD 21203 · (410) 727

HEREBY CONFIRM THE FOLLOWING TRANSACTION SUBJECT
THE AGREEMENT ON THE REVERSE SIDE HEREOF.*

| QUANTITY | RICE | |
|---|---|---|
| 0 | | M8* C7* |

***FOREIGN EXCHANGE
YOU BOUGHT CANADIAN DOLLAR VS U.S. DOLLAR
CONV RATE 0.67226440

PRINCIPAL 1,000.00

NET AMOUNT 1,000.00

| PROCESS DATE | TRADE DATE | SETTLEMENT DATE | SYMBOL | CUSIP NUMBER | SECURITY NUMBER |
|---|---|---|---|---|---|
| 12/13/01 | 12/13/01 | 12/14/01 | | 001 | 9047524 |

ACCOUNT NO.: [redacted] IR: 182 TAX I.D. NUMBER: 48-1251013

FOR THE ACCOUNT OF:

US

CLEARMEADOW INVESTMENTS LLC
ATTN MARK E HUTTON
2233 S WEST STREET
WITCHITA KS 67213-1113

IF CHECK OR SECURITIES DUE US, PLEASE FORWARD TO.

Deutsche Banc Alex. Brown Inc.
200 CRESCENT COURT
SUITE 500
DALLAS TX 75201-6959

42

RETAIN FOR INCOME TAX PURPOSES.

Deutsche Bank

024 1-147651 D7968F B-03
I ODLX 504 12141 0034 0535

8-P

DEFENDANT'S EXHIBIT 12

PENGAD-Bayonne, N. J.

Deutsche Banc Alex. Brown

Deutsche Banc Alex. Brown Inc.
P.O. BOX 1776, BALTIMORE, MD 21203 · (410) 727-1700

WE HEREBY CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE HEREOF.*

| QUANTITY | PRICE | | | |
|---|---|---|---|---|
| 0 | | C$ | M*8 | C*7 |

***FOREIGN EXCHANGE
YOU BOUGHT CANADIAN DOLLAR VS U.S. DOLLAR
CONV RATE 0.67226440

PRINCIPAL 1,487.51

CAD

NET AMOUNT C$ 1,487.51

| PROCESS DATE | TRADE DATE | SETTLEMENT DATE | SYMBOL | CUSIP NUMBER | SECURITY NUMBER |
|---|---|---|---|---|---|
| 12/13/01 | 12/13/01 | 12/14/01 | | 001 | 9047524 |

ACCOUNT NO.: [redacted] IR: 182 TAX I.D. NUMBER: 48-1251013

FOR THE ACCOUNT OF:

CLEARMEADOW INVESTMENTS LLC
ATTN MARK E HUTTON
2233 S WEST STREET
WITCHITA KS 67213-1113

IF CHECK OR SECURITIES DUE US, PLEASE FORWARD TO

Deutsche Banc Alex. Brown Inc.
200 CRESCENT COURT
SUITE 500
DALLAS TX 75201-6959

10-P

43

RETAIN FOR INCOME TAX PURPOSES.

Deutsche Bank

024 1-147652
T ODUX 505 12141 0034 0535
D7965F S 07

25

DEFENDANT'S EXHIBIT 13

PENGAD-Bayonne, N. J.

26

**Deutsche Banc Alex. Brown**

Deutsche Banc Alex. Brown Inc.
P O BOX 1776, BALTIMORE, MD 21203 - (410) 727-1700

WE HEREBY CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE HEREOF.*

| QUANTITY | PRICE | | | |
|---|---|---|---|---|
| 0 | | C$ | M* 8 | C* 7 |

***FOREIGN EXCHANGE
YOU SOLD CANADIAN DOLLAR VS U.S. DOLLAR
CONV RATE 0.54028600

PRINCIPAL 597.98

CAD

NET AMOUNT C$ 597.98

| PROCESS DATE | TRADE DATE | SETTLEMENT DATE | SYMBOL | CUSIP NUMBER | SECURITY NUMBER |
|---|---|---|---|---|---|
| 12/24/01 | 12/24/01 | 12/27/01 | | 001 | 9047524 |

ACCOUNT NO.: [redacted] IR: 182 TAX I.D. NUMBER: 48-1251013

FOR THE ACCOUNT OF:

CLEARMEADOW INVESTMENTS LLC
ATTN MARK E HUTTON
2233 S WEST STREET
WITCHITA KS 67213-1113

IF CHECK OR SECURITIES DUE US, PLEASE FORWARD TO.

Deutsche Banc Alex. Brown Inc.
200 CRESCENT COURT
SUITE 500
DALLAS TX 75201-6959

11-P

44

RETAIN FOR INCOME TAX PURPOSES.

**Deutsche Bank**

069
12761 0032 0205 B1194P B-03 M

DEFENDANT'S EXHIBIT 14

PENGAD-Bayonne, N. J.

Deutsche Banc Alex. Brown

Deutsche Banc Alex. Brown Inc.
P O BOX 1776, BALTIMORE, MD 21203 - (410) 727-1700

WE HEREBY CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE HEREOF.*

| QUANTITY | PRICE | | |
|---|---|---|---|
| 0 | | M* 8 | C* 7 |

***FOREIGN EXCHANGE
YOU SOLD CANADIAN DOLLAR VS U.S. DOLLAR
CONV RATE 0.54028600

PRINCIPAL 323.08

US

NET AMOUNT 323.08

| PROCESS DATE | TRADE DATE | SETTLEMENT DATE | SYMBOL | CUSIP NUMBER | SECURITY NUMBER |
|---|---|---|---|---|---|
| 12/24/01 | 12/24/01 | 12/27/01 | | 001 | 9047524 |

ACCOUNT NO.: [redacted] IR: 182 TAX I.D. NUMBER: 48-1251013

FOR THE ACCOUNT OF:

CLEARMEADOW INVESTMENTS LLC
ATTN MARK E HUTTON
2233 S WEST STREET
WITCHITA KS 67213-1113

IF CHECK OR SECURITIES DUE US, PLEASE FORWARD TO:

Deutsche Banc Alex. Brown Inc.
200 CRESCENT COURT
SUITE 500
DALLAS TX 75201-6959

9-P

RETAIN FOR INCOME TAX PURPOSES.

Deutsche Bank

024 1 055070 B1198F 5 02
L ODLX 209 122261 0032 0205



24