# CLARION CAPITAL, LLC

10 Bay Street
Westport, Connecticut 06880


**Mark Hutton** **CF Advisors XXXVII, LLC**

Please find attached a summary of transactions done in "**Clearmeadow Investments, LLC?**" for the calendar year 2001. You will find a listing of all transactions done and a cash summary for the partnership.

2001, was a year in the currency markets that was marked with uncertainty. For much of the first three quarters, the major currencies stayed in a fairly tight range waiting for some stimulus to cause a break-out. After the unfortunate events of September 11th, this uncertainty was augmented and the ranges established in most currencies were strengthened. We were left with markets that were 'volatile in a range', meaning extremely choppy but not breaking out. The only exception to this was the Japanese Yen which weakened materially in the last quarter of the year.

2002, has begun with a bias towards a stronger US Dollar. The feeling in the currency markets is that global uncertainty has once again established our currency as the safe haven in the world. Our effectiveness in handling the Afghanistan war, and our showing of strength militarily has underscored to the rest of the world our predominant position. However, there are issues to be considered before jumping on the dollar band-wagon:

1) US Equity market – are corporate earnings which are weak already going to be greatly eroded if current accounting practices are changed and corporations forced to show their real debt on the balance sheet.

2) Bush Administration – will W. be able to maintain the nation's focus on his agenda against terror.

3) Additional Terror – will there be further incidents against the US and its allies? I am not sure that the market really knows how to react to this type of uncertainty.

Thank you for using 'Clarion entity' as a part of your overall investment strategy. We appreciate your business and hope to be of service in the future.

Please call the following with any questions:


Daniel Brooks
Clarion Capital, LLC
(203) 341- 8585

Cynthia Soriano
Clarion Capital, LLC
Back Office
(212) 750-1774

Martin Gannon
Barron Gannon & Co.
Accounting
(203) 259-7876


DEFENDANT'S EXHIBIT 15A

PENGAD-Bayonne, N. J.



22-P

14-P

CLARION CAPITAL, LLC

10 Bay Street, Westport, CT 06880
Tel: 203-3418585 Fax: 203-3418755

DEFENDANT'S EXHIBIT 15B

# Statement of Account
## As of 12/29/01

Clearmeadow Investments, LLC

| Trade Date | Description | | | Amount | Balance |
|---|---|---|---|---|---|
| 10/12/01 | **Beginning Cash Balance** | | | | $ 287,500.00 |
| 10/22/2001 | **CHF CALL/Strike price: 1.6590 (Exp. Dt. 11/22/01)** | | | $ (2,500.00) | |
| 10/29/2001 | Sold CHF CALL | | | $ 3,122.00 | |
| 11/7/2001 | **JPY PUT/Strike price: 121.1500 (Exp. Dt. 12/06/01)** | | | $ (2,500.00) | |
| 11/16/2001 | Sold JPY PUT | | | $ 3,315.00 | |
| 11/21/2001 | **CAD CALL/Strike price: 1.5985 (Exp. Dt. 12/06/01)** | | | $ (2,500.00) | |
| | Trade Expired | | | $ - | |
| 11/21/2001 | **GBP CALL/Strike price: 1.4190 (Exp. Dt. 12/06/01)** | | | $ (2,500.00) | |
| | Trade Expired In The Money | | | $ 4,602.00 | |
| 10/15/2001 | **Long Market Linked Deposit (MLD)/Strike price** | | **USD/JPY 124.65** | | |
| | Fixed Interest (3.665% annualized actual/360) | | USD 150,163 | | |
| | Deposit Amount | EUR 27,472,520 | USD 25,000,000 | | |
| | Premium Paid | EUR 2,747,252 | USD 2,500,000 | | |
| | Bonus Coupon (Variable Interest Income) | | USD 2,800,000 | | |
| 10/15/2001 | **Short Market Linked Deposit (MLD)/Strike price** | | **USD/JPY 124.67** | | |
| | Fixed Interest (3.665% annualized actual/360) | | USD 150,163 | | |
| | Deposit Amount | EUR 27,472,520 | USD 25,000,000 | | |
| | Premium Received | EUR 2,717,033 | USD 2,472,500 | | |
| | Bonus Coupon (Variable Interest Expense) | | USD 2,769,200 | | |
| | Net Market Linked Deposit (Premium) | | | $ (27,500.00) | |
| 12/11/01 | Net Market Linked Deposit Variable Interest | | | $ 30,800.00 | |
| | **Net cash from trading activity** | | | | $ 4,339.00 |
| | **Clarion Capital Fee** | | | | $ (10,000.00) |
| | Dividend earned YTD | | | $ 1,015.89 | |
| | Tax Withholding | | | $ (37.71) | |
| | CAD/GATEX (Buy)/Sell | | | $ (676.92) | |
| | Wire fees | | | $ (40.00) | |





31

CLARION CAPITAL, LLC

10 Bay Street, Westport, CT 06880
Tel: 203-3418585 Fax: 203-3418755

Statement of Account
As of 12/29/01

Clearmeadow Investments, LLC

| | | |
|---|---|---|
| Net cash from other income/(expense) | $ | 261.26 |
| Ending Cash Balance as of 12/29/01 | $ | 282,100.26 |

SG

October 15, 2001

| | | | |
|---|---|---|---|
| To: | CLEARMEADOW INVESTMENTS, LLC | From: | Liliana Gowdie / IRD Dept. |
| Attn: | Mr. Jason Saffran, Cantley & Sedacca | Tel: | 212-278-7145 |
| Fax: | 214-722-1713 | Fax: | 212-278-7650 |

Re: SG NY Ref # 200101714

CONFIRMATION FOR CURRENCY LINKED DEPOSIT SWAP

The purpose of this Instrument (this "Confirmation") is to confirm the terms and conditions of the Transactions entered into between us on the Trade Date specified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Swap Definitions") and in the 1998 FX and Currency Option Definitions, as published by the International Swaps and Derivatives Association, Inc., the Emerging Markets Traders Association and the Foreign Exchange Committee (the "1998 Definitions," and together with the Swap Definitions, the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Swap Definitions and the 1998 Definitions, the 1998 Definitions will govern. In the event of any inconsistency between the Definitions and this Confirmation, this Confirmation will govern.

a) This Confirmation evidences a complete and binding agreement between you and us as to the terms of the Transactions to which this Confirmation relates. In addition, if we have not already done so, you and we agree to use all reasonable efforts to negotiate, execute and deliver an agreement in the form of the ISDA Master Agreement (Multicurrency-Cross Border), including the Schedule thereto that forms a part thereof (the "ISDA Form"), except that Subparagraph (ii) of Section 2(c) thereof will not apply and with such other modifications as you and we will in good faith agree. Upon the execution by you and us of such an agreement, this Confirmation will supplement, form part of, and be subject to that agreement. All provisions contained in or incorporated by reference in that agreement upon its execution will govern this Confirmation except as expressly modified below. Until you and we execute and deliver that agreement, this Confirmation, together with all other documents referring to the ISDA Form (each a "Confirmation") confirming transactions (each a "Transaction") entered into between us (notwithstanding anything to the contrary in a Confirmation), shall supplement, form a part of, and be subject to, an agreement in the form of the ISDA Form as if you and we had executed an agreement in such form (but without any Schedule except for the election of "law" as the governing law and US Dollars as the Termination Currency) on the Trade Date of the Transactions confirmed hereby. In the event of any inconsistency between the provisions of that agreement and this Confirmation, this Confirmation will prevail for the purpose of these Transactions.

In the event that Deposit Recipient shall not have received a complete, duly executed ISDA Form from the Depositor no later than seven (7) Business Days after the Trade Date, Deposit Recipient shall have the right in its discretion, but shall not be required, to terminate any Transaction under this Confirmation.

17-P



Société Générale
1221 Avenue of the Americas
New York NY 10020
tel 212 278 6000

PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT 16

b) i) The following terms form a part of the currency-linked deposit swap Transaction confirmed hereby:

| | |
|---|---|
| Reference: | 200101714 |
| Trade Date: | October 15, 2001 |
| Depositor: | CLEARMEADOW INVESTMENTS, LLC |
| Deposit Recipient: | Societe Generale, NY |
| Deposit Amount: | EUR 27,472,520 |
| Deposit Settlement Amount: | EUR 27,472,520 |
| Fixed Deposit Rate: | 3.6650 % |
| Premium Deposit Rate: | EUR 4,395,604 (16% Absolute) |
| Day Count Fraction: | 30/360 |
| Date of Deposit: | October 16, 2001 |
| Maturity Date: | December 14, 2001 |
| Expiration Time: | 10:00 am New York |
| Expiration Date: | December 14, 2001 |
| Settlement Date: | December 18, 2001 |
| Premium: | EUR 2,747,252 |
| Premium Payment Date: | October 16, 2001 |
| Reference Exchange Rate: | USD/JPY |
| Threshold Rate: | USD/JPY 124.65 |

ii) Other applicable terms are as follows:

| | |
|---|---|
| Business Day Convention: | Following Banking Day: |
| Calculation Agent: | Societe Generale, New York Branch |
| Address for notice to the Depositor: | CLEARMEADOW INVESTMENTS, LLC<br>2233 South West Street<br>Wichita, Kansas 67213 |

Address for notice to the Deposit Recipient: Societe Generale, New York Branch

1221 Avenue of the Americas

New York NY 10020

c. The following terms form a part of the initial spot currency exchange Transaction confirmed hereby:

| | |
|---|---|
| Reference: | |
| Trade Date: | October 15, 2001 |
| Settlement Date: | October 16, 2001 |
| Spot Seller: | CLEARMEADOW INVESTMENTS, LLC |
| Spot Purchaser: | Societe Generale, New York Branch |
| Currency Sold: | USD 27,500.00 |
| Currency Paid: | EUR 30,219.78 |
| Spot Exchange Rate: | 0.9100 |

d. On the Expiration Date the Deposit Recipient will convert the Euro amount payable pursuant to Section 3.a to United States Dollars at the then spot exchange rate for such currencies in the Spot Market and will pay such Dollars to the Depositor on the Settlement Date at the account specified for the Depositor in the ISDA Master Agreement between the parties.

e) i) On the Maturity Date, the Deposit Recipient shall pay to the Depositor an amount equal to the sum of (i) the Deposit Settlement Amount, plus (ii) the Fixed Yield, plus (iii) the Premium Yield, if any.

ii) "Fixed Yield" means interest on the Deposit Amount from the Date of Deposit to the Maturity Date calculated at the Deposit Interest Rate on the basis of the Day Count Fraction.

iii) "Premium Yield", if any, means an amount equal to the product of the Premium Deposit Rate (flat) and the Deposit Amount. If, at the Expiration Time on the Expiration Date, the Reference Exchange Rate on the Spot Market is equal to or greater than the Threshold Rate, on the Settlement Date the Deposit Recipient shall pay to the Depositor the Premium Yield.

iv) If, at the Expiration Time on the Expiration Date, the Reference Exchange Rate is less than the Threshold Rate: no payment of the Premium Yield shall be due; no other payment or indemnity shall be due by either party to the other as a result

of such Reference Exchange Rate; and the Premium shall be retained by the Deposit Recipient.

v) For the purposes of this Section 3:

"Spot Market" means the global spot foreign exchange market between banks (independent of the Calculation Agent) and/or brokers, including spot foreign exchange transactions concluded via electronic dealing systems, and which shall be deemed to be open continuously any week from Monday 5:00 a.m. Sydney time to Friday 6:00 p.m. New York time.

"Depositor Business Day" means any day which is a Banking Day in the place where the Address of the Depositor is located.

d) Each party represents to the other party that (a) except as provided in the ISDA Form, it does not rely on any representation (whether written or oral) whatsoever made by such other party with respect to the Transaction confirmed hereby, (b) it has the knowledge and sophistication to independently appraise and understand the financial, legal and tax terms, conditions and risks of this Transaction, (c) it is not relying on any information or communication (written or oral) from the other party as investment advice or a recommendation, and it acknowledges that the other party has not provided any investment advice or recommendation to enter this Transaction or any assurance as to the expected results of this Transaction, (d) to the extent necessary it has consulted its own independent legal, financial, tax and other advisors and has determined that this Transaction is appropriate for it and made the decision to enter into this Transaction upon its own judgment and the advice of such advisors, and (e) the other party is not acting as a fiduciary for or adviser to it.

5. CLEARMEADOW INVESTMENTS, LLC represents to Societe Generale that CLEARMEADOW INVESTMENTS, LLC does not receive deposits of monies from third parties and is not engaged in the business of receiving deposits of monies from third parties

6. Notwithstanding Section 7 of the ISDA Form, this Confirmation, together with the completed ISDA Form, may, pursuant to a duly executed Assignment and Acceptance Agreement in the form of Exhibit A to the Schedule that forms a part of the signed ISDA Form, be assigned by Depositor to a single corporation, limited liability company, partnership or other entity that is majority-owned and controlled by Depositor, but such assignee shall be subject to such Section 7.

7. CLEARMEADOW INVESTMENTS, LLC agrees that in the event CLEARMEADOW INVESTMENTS, LLC is in default under any other agreement between it and Societe Generale, New York, Societe Generale, New York will have the right to set-off, counterclaim or withhold payment in respect of any payment due hereunder by Societe Generale, New York against any unpaid indebtedness of CLEARMEADOW INVESTMENTS, LLC under such other agreement.

Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this Confirmation enclosed for that purpose and returning it to us at the address first appearing above.

Yours sincerely,

SOCIETE GENERALE, NEW YORK BRANCH

By: [signature]
Name: Glenn Rosenberg
Title: Vice President

By: [signature]
Name: Liliana Gowdie
Title: Specialist

Confirmed and agreed as of the date first
Above written:

CLEARMEADOW INVESTMENTS, LLC

By: [signature]
Name: MARK HUTTON
Title:

SG

October 15, 2001

| | | | |
|---|---|---|---|
| To: | CLEARMEADOW INVESTMENTS, LLC | From: | Liliana Gowdie / IRD Dept |
| Attn: | Mr. Jason Saffran, Cantley & Sedacca | Tel: | 212-278-7145 |
| Fax: | 214-722-1713 | Fax: | 212-278-7650 |

Re: SG NY Ref # 200101715

## CONFIRMATION FOR CURRENCY LINKED DEPOSIT SWAP

The purpose of this instrument (this "Confirmation") is to confirm the terms and conditions of the Transactions entered into between us on the Trade Date specified below.

The definitions and provisions contained in the 2000 ISDA Definitions as published by the International Swaps and Derivatives Association, Inc. (the "Swap Definitions") and in the 1998 FX and Currency Option Definitions, as published by the International Swaps and Derivatives Association, Inc., the Emerging Markets Traders Association and the Foreign Exchange Committee (the "1998 Definitions," and together with the Swap Definitions, the "Definitions") are incorporated into this Confirmation. In the event of any inconsistency between the Swap Definitions and the 1998 Definitions, the 1998 Definitions will govern. In the event of any inconsistency between the Definitions and this Confirmation, this Confirmation will govern.

1. This Confirmation evidences a complete and binding agreement between you and us as to the terms of the Transactions to which this Confirmation relates. In addition, if we have not already done so, you and we agree to use all reasonable efforts to negotiate, execute and deliver an agreement in the form of the ISDA Master Agreement (Multicurrency-Cross Border), including the Schedule thereto that forms a part thereof (the "ISDA Form"), except that Subparagraph (ii) of Section 2(c) thereof will not apply and with such other modifications as you and we will in good faith agree. Upon the execution by you and us of such an agreement, this Confirmation will supplement, form part of, and be subject to that agreement. All provisions contained in or incorporated by reference in that agreement upon its execution will govern this Confirmation except as expressly modified below. Until you and we execute and deliver that agreement, this Confirmation, together with all other documents referring to the ISDA Form (each a "Confirmation") confirming transactions (each a "Transaction") entered into between us (notwithstanding anything to the contrary in a Confirmation), shall supplement, form a part of, and be subject to, an agreement in the form of the ISDA Form as if you and we had executed an agreement in such form (but without any Schedule except for the election of "law" as the governing law and US Dollars as the Termination Currency) on the Trade Date of the Transactions confirmed hereby. In the event of any inconsistency between the provisions of that agreement and this Confirmation, this Confirmation will prevail for the purpose of these Transactions.

In the event that Depositor shall not have received a complete, duly executed ISDA Form from the Deposit Recipient no later than seven (7) Business Days after the Trade Date, Depositor shall have the right in its discretion, but shall not be required, to terminate any Transaction under this Confirmation.

2. a The following terms form a part of the currency-linked deposit swap Transaction confirmed hereby:



Société Générale
1221 Avenue of the Americas
New York NY 10020
tel 212 278 6000

18-P

DEFENDANT'S EXHIBIT 17

PENGAD-Bayonne, N.J.

| | |
|---|---|
| Reference: | 200101715 |
| Trade Date: | October 15, 2001 |
| Depositor: | Societe Generale, NY |
| Deposit Recipient: | CLEARMEADOW INVESTMENTS, LLC |
| Deposit Amount: | EUR 27,472,520 |
| Deposit Settlement Amount: | EUR 27,472,520 |
| Fixed Deposit Rate: | 3.6650 % |
| Premium Deposit Rate: | EUR 4,347,252 (15.824 % Absolute) |
| Day Count Fraction: | 30/360 |
| Date of Deposit: | October 16, 2001 |
| Maturity Date: | December 14, 2001 |
| Expiration Time: | 10:00 am New York |
| Expiration Date: | December 14, 2001 |
| Settlement Date: | December 18, 2001 |
| Premium: | EUR 2,717,033 |
| Premium Payment Date: | October 16, 2001 |
| Reference Exchange Rate: | USD/JPY |
| Threshold Rate: | USD/JPY 124.67 |

b. Other applicable terms are as follows:

| | |
|---|---|
| Business Day Convention: | Following Banking Day: |
| Calculation Agent. | Societe Generale, New York Branch |
| Address for notice to the Depositor: | Societe Generale , New York Branch<br>1221 Avenue of the Americas<br>New York NY 10020 |

Address for notice to the Deposit Recipient: CLEARMEADOW INVESTMENTS, LLC

2233 South West Street

Wichita, Kansas 67213

c. On the Expiration Date the Deposit Recipient will convert the Euro amount payable pursuant to Section 3.a to United States Dollars at the then spot exchange rate for such currencies in the Spot Market and will pay such Dollars to the Depositor on the Settlement Date at the account specified for the Depositor in the ISDA Master Agreement between the parties.

3. a. On the Maturity Date, the Deposit Recipient shall pay to the Depositor an amount equal to the sum of (i) the Deposit Settlement Amount, plus (ii) the Fixed Yield, plus (iii) the Premium Yield, if any.

b. "Fixed Yield" means interest on the Deposit Amount from the Date of Deposit to the Maturity Date calculated at the Deposit Interest Rate on the basis of the Day Count Fraction.

c. "Premium Yield", if any, means an amount equal to the product of the Premium Deposit Rate (flat) and the Deposit Amount. If, at the Expiration Time on the Expiration Date, the Reference Exchange Rate on the Spot Market is equal to or greater than the Threshold Rate, on the Settlement Date the Deposit Recipient shall pay to the Depositor the Premium Yield.

d. If, at the Expiration Time on the Expiration Date, the Reference Exchange Rate is less than the Threshold Rate: no payment of the Premium Yield shall be due; no other payment or indemnity shall be due by either party to the other as a result of such Reference Exchange Rate; and the Premium shall be retained by the Deposit Recipient.

e. For the purposes of this Section 3:

"Spot Market" means the global spot foreign exchange market between banks (independent of the Calculation Agent) and/or brokers, including spot foreign exchange transactions concluded via electronic dealing systems, and which shall be deemed to be open continuously any week from Monday 5:00 a.m. Sydney time to Friday 6:00 p.m. New York time.

"Depositor Business Day" means any day which is a Banking Day in the place where the Address of the Depositor is located.

4. Each party represents to the other party that (a) except as provided in the ISDA Form, it does not rely on any representation (whether written or oral) whatsoever made by such other party with respect to the Transaction confirmed hereby, (b) it has the knowledge and sophistication to independently appraise and understand the financial, legal and tax terms, conditions and risks of this Transaction, (c) it is not relying on any information or communication (written or oral) from the other party as investment advice or a recommendation, and it acknowledges that the other party has not provided any investment advice or recommendation to enter this Transaction or any assurance as to the expected results of this Transaction, (d) to the

extent necessary it has consulted its own independent legal, financial, tax and other advisors and has determined that this Transaction is appropriate for it and made the decision to enter into this Transaction upon its own judgment and the advice of such advisors, and (c) the other party is not acting as a fiduciary for or adviser to it.

5. CLEARMEADOW INVESTMENTS, LLC represents to Societe Generale that CLEARMEADOW INVESTMENTS, LLC does not receive deposits of monies from third parties and is not engaged in the business of receiving deposits of monies from third parties.

6. Notwithstanding Section 7 of the ISDA Form, this Confirmation, together with the completed ISDA Form, may, pursuant to a duly executed Assignment and Acceptance Agreement in the form of Exhibit A to the Schedule that forms a part of the signed ISDA Form, be assigned by Depositor to a single corporation, limited liability company, partnership or other entity that is majority-owned and controlled by Depositor, but such assignee shall be subject to such Section 7. Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this Confirmation enclosed for that purpose and returning it to us at the address first appearing above.

7. CLEARMEADOW INVESTMENTS, LLC agrees that in the event CLEARMEADOW INVESTMENTS, LLC is in default under any other agreement between it and Societe Generale, New York, Societe Generale, New York will have the right to set-off, counterclaim or withhold payment in respect of any payment due hereunder by Societe Generale, New York against any unpaid indebtedness of CLEARMEADOW INVESTMENTS, LLC under such other agreement.

Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this Confirmation enclosed for that purpose and returning it to us at the address first appearing above.

Yours sincerely,

SOCIETE GENERALE, NEW YORK BRANCH

By: [signature]
Name: Glenn Rosenberg
Title: Vice President

By: [signature]
Name: Liliana Gowdie
Title: Specialist

Confirmed and agreed as of the date first
Above written:

CLEARMEADOW INVESTMENTS, LLC

By: [signature]
Name:
Title:

**CLEARMEADOW INVESTMENTS, LLC**
2233 S. West Street
Wichita, Kansas 67213

10/15, 2001

**VIA TELECOPY (214) 740-7780**

Mr. Craig Brubaker
Deutsche Banc Alex Brown
200 Crescent Court
Suite 500
Dallas, Texas 75201

Re: CLEARMEADOW INVESTMENTS, LLC
Acct # [redacted]

Dear Mr. Brubaker:

This letter constitutes your authorization to transfer the necessary funds to complete the purchase of the market linked deposits in the notional amount of US $25,000,000 and to also pay the premiums totaling US $2,500,000 associated therewith from the above-referenced account to Societe Generale, New York ABA.

Please contact me if you have any questions regarding this matter.

Very truly yours,

Mark E. Hutton, Manager

19-P

DEFENDANT'S EXHIBIT 18

PENGAD-Bayonne, N. J.



95

**CLEARMEADOW INVESTMENTS, LLC**
2233 S. West Street
Wichita, Kansas 67213

10/10, 2001

**VIA TELECOPY (214) 740-7780**

Mr. Craig Brubaker
Deutsche Banc Alex Brown
200 Crescent Court
Suite 500
Dallas, Texas 75201

Re: Account No. [redacted]

Dear Mr. Brubaker:

Please use this letter as your authorization to wire transfer the sum of Seven Thousand Five Hundred Dollars ($7,500.00) to the account of CF Advisors XXXVII, LLC at Deutsche Bank Alex. Brown as follows:

ALLFIRST
BALTIMORE, MARYLAND
ABA [redacted]
ACCOUNT NAME: DEUTSCHE BANK ALEX. BROWN
ACCOUNT # [redacted]
FOR FURTHER CREDIT TO ACCOUNT # [redacted]
ACCOUNT TITLE: CF Advisors XXXVII, LLC

Thank you for your prompt attention to this matter.

Sincerely,

CLEARMEADOW INVESTMENTS, LLC

By: Mark E. Hutton, Manager

21-P

DEFENDANT'S EXHIBIT 19

PENGAD-Bayonne, N. J.



9

**CLEARMEADOW INVESTMENTS, LLC**
2233 S. West Street
Wichita, Kansas 67213

December 18, 2001

**VIA TELECOPY (214) 740-7780**

Mr. Craig Brubaker
Deutsche Banc Alex Brown
200 Crescent Court
Suite 500
Dallas, Texas 75201

Re: Account No. [redacted]

Dear Mr. Brubaker:

Please use this letter as your authorization to wire transfer the sum of Two Thousand Five Hundred Dollars ($2,500.00) to the account of CF Advisors XXXVII, LLC at Deutsche Bank Alex. Brown as follows:

ALLFIRST
BALTIMORE, MARYLAND
ABA [redacted]
ACCOUNT NAME: DEUTSCHE BANK ALEX. BROWN
ACCOUNT # [redacted]
FOR FURTHER CREDIT TO ACCOUNT # [redacted]
ACCOUNT TITLE: CF Advisors XXXVII, LLC

Thank you for your prompt attention to this matter.

Sincerely,

**CLEARMEADOW CAPITAL CORP.**

Mark E. Hutton

By: Mark E. Hutton, President

**20-P**

DEFENDANT'S EXHIBIT 20

PENGAD-Bayonne, N. J.



96