29265243126033

Form **1065** Department of the Treasury Internal Revenue Service

# U.S. Return of Partnership Income

**2001**

► See separate instructions.

IRS use only — Do not write or staple in this space.

**For calendar year 2001, or tax year beginning , 2001, and ending , 20 .** OMB No.1545-0099

| | | | |
|---|---|---|---|
| A Principal Business Activity<br>INVESTING | Use the IRS label. Otherwise, print or type. | CLEARMEADOW INVESTMENTS, LLC<br>2233 S WEST STREET<br>WICHITA, KS 67213 | D Employer Identification Number<br>48-1251013 |
| B Principal Product or Service<br>INVESTMENTS | | | E Date Business Started<br>10/09/2001 |
| C Business Code Number<br>523900 | | | F Total Assets (see instrs)<br>$ |

G Check applicable boxes: (1) [X] Initial return (2) [X] Final return (3) [ ] Name change (4) [ ] Address change (5) [ ] Amended return

H Check accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ►

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► 2

**Caution:** *Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

**INCOME**

| | | | |
|---|---|---|---|
| 1a Gross receipts or sales | 1a | | |
| b Less returns and allowances | 1b | | 1c |
| 2 Cost of goods sold (Schedule A, line 8) | | | 2 |
| 3 Gross profit. Subtract line 2 from line 1c | | | 3 |
| 4 Ordinary income (loss) from other partnerships, estates, and trusts *(attach schedule)* | | | 4 |
| 5 Net farm profit (loss) *(attach Schedule F (Form 1040))* | | | 5 |
| 6 Net gain (loss) from Form 4797, Part II, line 18 | | | 6 |
| 7 Other income (loss) *(attach schedule)* | | | 7 |
| 8 **Total income (loss)**. Combine lines 3 through 7 | | | 8 |

**DEDUCTIONS** (SEE INSTRUCTIONS FOR LIMITATIONS)

| | | | |
|---|---|---|---|
| 9 Salaries and wages (other than to partners) (less employment credits) | | | 9 |
| 10 Guaranteed payments to partners | | | 10 |
| 11 Repairs and maintenance | | | 11 |
| 12 Bad debts | | | 12 |
| 13 Rent | | | 13 |
| 14 Taxes and licenses | | | 14 |
| 15 Interest | | | 15 |
| 16a Depreciation (if required, attach Form 4562) | 16a | | |
| b Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c |
| 17 Depletion **(Do not deduct oil and gas depletion.)** | | | 17 |
| 18 Retirement plans, etc. | | | 18 |
| 19 Employee benefit programs | | | 19 |
| 20 Other deductions *(attach schedule)* | | | 20 |
| 21 **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 |
| 22 **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | | 22 |

RECEIVED 1081 AUG 2 9 2002 IRS-OSC OGDEN, UT

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

► [signature] Signature of General Partner or Limited Liability Company Member ► 8/24/02 Date

May the IRS discuss this return with the preparer shown below (see instrs)? [X] Yes [ ] No

**Paid Preparer's Use Only**

Preparer's Signature: Scott R. Hewitt Date: 8.22.02 Check if self-employed ► [ ]

Firm's Name (or yours if self-employed), Address, and ZIP Code ► HANNEMAN & HEWITT, PA, 229 E. WILLIAM, STE 310, WICHITA, KS 67202

EIN

Phone No

97

DEFENDANT'S EXHIBIT 27

## Schedule A Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional Section 263A costs *(attach schedule)* | 4 | |
| 5 | Other costs *(attach schedule)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a Check all methods used for valuing closing inventory:

(i) ☐ Cost as described in Regulations Section 1.471-3

(ii) ☐ Lower of cost or market as described in Regulations Section 1.471-4

(iii) ☐ Other (specify method used and attach explanation) ►

b Check this box if there was a writedown of 'subnormal' goods as described in Regulations Section 1.471-2(c) ► ☐

c Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ► ☐

d Do the rules of Section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No

If 'Yes', attach explanation.

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☐ Domestic general partnership b ☐ Domestic limited partnership<br>c ☒ Domestic limited liability company d ☐ Domestic limited liability partnership<br>e ☐ Foreign partnership f ☐ Other ► | | |
| 2 | Are any partners in this partnership also partnerships? | X | |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations Sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of Sections 6221 through 6233? If 'Yes,' see **Designation of Tax Matters Partner** below | | X |
| 5 | Does this partnership meet **all three** of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000; **and**<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If 'Yes,' the partnership may have to file Forms 8804, 8805 and 8813. See instructions. | | X |
| 7 | Is this partnership a publicly traded partnership as defined in Section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2001, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If 'Yes,' enter the name of the foreign country. ► | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520. See instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If 'Yes,' you may elect to adjust the basis of the partnership's assets under Section 754 by attaching the statement described in the instructions under **Elections Made by the Partnership** | X | |
| 12 | Enter the number of Forms 8865 attached to this return ► 0 | | |

### Designation of Tax Matters Partner (see instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of Designated TMP ► CLEARMEADOW CAPITAL CORP

Identifying Number of TMP ► 48-1251040

Address of Designated TMP ► 2233 S WEST STREET
WICHITA, KS 67213

98

Form **1065** (2001) CLEARMEADOW INVESTMENTS, LLC 48-1251013 Page **3**

**Schedule K** **Partners' Shares of Income, Credits, Deductions, etc**

| | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | |
| | 2 Net income (loss) from rental real estate activities *(attach Form 8825)* | 2 | |
| | 3a Gross income from other rental activities — 3a | | |
| | b Expenses from other rental activities *(attach sch)* — 3b | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 Portfolio income (loss): a Interest income | 4a | 450,163. |
| | b Ordinary dividends | 4b | 1,016. |
| | c Royalty income | 4c | |
| | d Net short-term capital gain (loss) *(attach Schedule D (Form 1065))* | 4d | |
| | e (1) Net long-term capital gain (loss) *(attach Schedule D (Form 1065))* | 4e (1) | |
| | (2) 28% rate gain (loss) ► (3) Qualified 5-year gain ► | | |
| | f Other portfolio income (loss) *(attach schedule)* SEE STATEMENT 1 | 4f | 1,039. |
| | 5 Guaranteed payments to partners | 5 | 10,000. |
| | 6 Net Section 1231 gain (loss) (other than due to casualty or theft) *(attach Form 4797)* | 6 | |
| | 7 Other income (loss) | 7 | |
| Deductions | 8 Charitable contributions *(attach schedule)* | 8 | |
| | 9 Section 179 expense deduction *(attach Form 4562)* | 9 | |
| | 10 Deductions related to portfolio income (itemize) SEE STATEMENT 2 | 10 | 10,040. |
| | 11 Other deductions | 11 | |
| Credits | 12a Low-income housing credit: | | |
| | (1) From partnerships to which Section 42(j)(5) applies | 12a (1) | |
| | (2) Other than on line 12a(1) | 12a (2) | |
| | b Qualified rehabilitation expenditures related to rental real estate activities *(attach Form 3468)* | 12b | |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d Credits related to other rental activities | 12d | |
| | 13 Other credits | 13 | |
| Investment Interest | 14a Interest expense on investment debts | 14a | 446,863. |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 14b (1) | 451,179. |
| | (2) Investment expenses included on line 10 above | 14b (2) | 10,040. |
| Self-Employment | 15a Net earnings (loss) from self-employment | 15a | 10,000. |
| | b Gross farming or fishing income | 15b | |
| | c Gross nonfarm income | 15c | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b Adjusted gain or loss | 16b | |
| | c Depletion (other than oil and gas) | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d (1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d (2) | |
| | e Other adjmnts & tax pref items | 16e | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ► | | |
| | b Gross income from all sources | 17b | |
| | c Gross income sourced at partner level | 17c | |
| | d Foreign gross income sourced at partnership level: | | |
| | (1) Passive ► (2) Listed categories *(attach sch)* ► (3) General limitation ► | 17d (3) | |
| | e Deductions allocated and apportioned at partner level: | | |
| | (1) Interest expense ► (2) Other ► | 17e (2) | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | (1) Passive ► (2) Listed categories *(attach sch)* ► (3) General limitation ► | 17f (3) | |
| | g Total foreign taxes (check one): ► ☐ Paid ☐ Accrued | 17g | |
| | h Reduction in taxes available for credit *(attach schedule)* | 17h | |
| Other | 18 Section 59(e)(2) expenditures: a Type ► b Amount ► | 18b | |
| | 19 Tax-exempt interest income | 19 | |
| | 20 Other tax-exempt income | 20 | |
| | 21 Nondeductible expenses | 21 | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 284,315. |
| | 23 Distributions of property other than money | 23 | 2,501,000. |
| | 24 Other items and amounts required to be reported separately to partners *(attach schedule)* | | |

BAA Form **1065** (2001)

Form **1065** (2001) CLEARMEADOW INVESTMENTS, LLC 48-1251013 Page **4**

## Analysis of Net Income (Loss)

| | | | |
|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b | 1 | 5,315. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | -4,685. | | | 10,000. | | |

## Schedule L — Balance Sheets per Books (Not required if question 5 on Schedule B is answered 'Yes.')

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets *(attach schedule)* | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments *(attach schedule)* | | | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets *(attach schedule)* | | | | |
| 14 **Total** assets | | | | 0. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities *(attach sch)* | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities *(attach schedule)* | | | | |
| 21 Partners' capital accounts | | | | 0. |
| 22 **Total** liabilities and capital | | | | 0. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books with Income (Loss) per Return
(Not required if question 5 on Schedule B is answered 'Yes.')

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -4,685. | 6 Income recorded on books this year not included on Schedule K, lines 1 though 7 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | | |
| 3 Guaranteed payments (other than health insurance) | 10,000. | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): a Depreciation $ | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): a Depreciation $ b Travel and entertainment $ | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | 5,315. | 9 Income (loss) (Analysis of net income (loss), line 1). Subtract line 8 from line 5 | 5,315. |

## Schedule M-2 — Analysis of Partners' Capital Accounts (Not required if question 5 on Schedule B is answered 'Yes.')

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 0. | 6 Distributions: a Cash | 284,315. |
| 2 Capital contributed during year | 2,790,000. | b Property | 2,501,000. |
| 3 Net income (loss) per books | -4,685. | 7 Other decreases (itemize): | |
| 4 Other increases (itemize): | | | |
| | | 8 Add lines 6 and 7 | 2,785,315. |
| 5 Add lines 1 through 4 | 2,785,315. | 9 Balance at end of year. Subtract line 8 from line 5 | 0. |

PTPA0134L 01/01/02 Form **1065** (2001)

Supplemental Information

## LINE 25
## SUPPLEMENTAL INFORMATION

FEDERAL INCOME TAX WITHHELD ON INVESTMENT ACCOUNT $ 38

SEE STATEMENT A FOR INFORMATION ON LINE 23 - DISTRIBUTION OF PROPERTY OTHER THAN MONEY

CLEARMEADOW INVESTMENTS, LLC 48-1251013

STATEMENT 1
FORM 1065, SCHEDULE K, LINE 4F
OTHER PORTFOLIO INCOME (LOSS)

| | | |
|---|---|---|
| SEE STATEMENT 1(A) | $ | 1,039. |
| TOTAL | $ | 1,039. |

STATEMENT 2
FORM 1065, SCHEDULE K, LINE 10
DEDUCTIONS RELATED TO PORTFOLIO INCOME

| | | |
|---|---|---|
| INVESTMENT FEES | $ | 10,000. |
| WIRE FEES | | 40. |
| TOTAL | $ | 10,040. |

**2001** **FEDERAL SUPPLEMENTAL INFORMATION** **PAGE 1**

**CLEARMEADOW INVESTMENTS, LLC** **48-1251013**

STATEMENT 1(A)
FORM 1065, SCHEDULE K, LINE 4F, OTHER PORTFOLIO INCOME (LOSS)

| | DATE ACQUIRED | DATE SOLD | COST | PROCEEDS | NET GAIN/LOSS |
|---|---|---|---|---|---|
| CHF CALL | 10/22/01 | 10/29/01 | 2,500 | 3,122 | 622 |
| JPY PUT | 11/07/01 | 11/16/01 | 2,500 | 3,315 | 815 |
| CAD CALL | 11/21/01 | 12/06/01 | 2,500 | EXPIRED | (2,500) |
| GBP CALL | 11/21/01 | 12/06/01 | 2,500 | 4,602 | 2,102 |
| IRC SECTION 988 GAIN/(LOSS) | | | 10,000 | 11,039 | 1,039 |

STATEMENT A
SCHEDULE K-1 - DISTRIBUTIONS OF PROPERTY OTHER THAN MONEY

OPEN SECURITIES

| | UNITS HELD | COST BASIS OF PROPERTY DISTRIBUTION | FMV OF PROPERTY DISTRIBUTION |
|---|---|---|---|
| CAD CURRENCY | 1487.51 | $ 2,501,000 | $ 1,000 |

## ELECTION TO AMORTIZE START-UP EXPENDITURES

PURSUANT TO IRC SECTION 195(B), THE TAXPAYER HEREBY ELECTS TO AMORTIZE START-UP EXPENDITURES OVER THE AMORTIZATION PERIOD STATED BELOW, BEGINNING THE MONTH IN WHICH THE ACTIVE TRADE OR BUSINESS BEGAN.

AMORTIZATION PERIOD (MONTHS): 60
DATE BUSINESS BEGAN:
DESCRIPTION OF EXPENDITURE:
DATE PAID OR INCURRED:
AMOUNT: $0.

## ELECTION TO AMORTIZE ORGANIZATIONAL EXPENDITURES

PURSUANT TO IRC SECTION 709, THE TAXPAYER HEREBY ELECTS TO AMORTIZE ORGANIZATIONAL EXPENDITURES OVER THE AMORTIZATION PERIOD STATED BELOW, BEGINNING THE MONTH IN WHICH THE TAXPAYER'S BUSINESS BEGAN.

AMORTIZATION PERIOD (MONTHS): 60
DATE BUSINESS BEGAN:
DESCRIPTION OF EXPENDITURE:
DATE PAID OR INCURRED:
AMOUNT: $0.

Form **8800** (Rev September 2000)
Department of the Treasury
Internal Revenue Service

# Application for Additional Extension of Time to File U.S. Return for a Partnership, REMIC, or for Certain Trusts

► File a separate application for each return.

OMB No. 1545-1057

**Please type or print.**

**File the original and one copy by the due date for filing the return for which an extension is requested. See instructions.**

Name: CLEARMEADOW INVESTMENTS, LLC

Employer Identification Number: 48-1251013

Number, Street, and Room or Suite Number. If a P.O. Box, See Instructions.
2233 S WEST STREET

City or Town, State, and ZIP Code. If a Foreign Address, Enter City, Province or State, and Country. Follow the Country's Practice for Entering the Postal Code.
WICHITA, KS 67213

1 I request an additional extension of time until 10/15, 2002, to file (check only one):
☐ Form 1041 ☐ Form 1041-QFT ☒ Form 1065 ☐ Form 1065-B ☐ Form 1066

2 If the entity does not have an office or place of business in the United States, check this box ► ☐

3a For calendar year 20 01, or other tax year beginning ________, 20 __, and ending ________, 20 __

b If this tax year is for less than 12 months, check reason: ☐ Initial return ☐ Final return ☐ Change in accounting period

4 Explain why the entity needs an extension. All entities filing this form must give an adequate explanation.
TAXPAYER RESPECTFULLY REQUESTS ADDITIONAL TIME TO GATHER INFORMATION NECESSARY TO FILE A COMPLETE AND ACCURATE TAX RETURN.

5 Has the entity filed Form 8736 to request an extension of time to file for this tax year? ☒ Yes ☐ No
If you checked 'No,' we will grant an extension only for undue hardship. Fully explain the hardship on line 4.

## Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and that I am authorized to prepare this form.

Signature ► Scott R Hewitt Title ► CPA Date ► 7-15-02

**File original and one copy. The IRS will show below whether or not your application is approved and will return the copy.**

**Notice to Applicant — To Be Completed by the IRS.**

☐ We **Have** approved this application. Please attach this form to the entity's return.

☐ We **Have Not** approved this application.
However, we have granted a 10-day grace period to ________. This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to the entity's return.

☐ We **Have Not** approved this application. After considering the reasons stated in item 4 above, we cannot grant this request for an extension of time to file. We are not granting a 10-day grace period.

☐ We cannot consider this application because it was filed after the due date of the return for which an extension was requested.

☐ Other: ________

________ By: ________ ________
Director Date

If you want a copy of this form is to be returned to an address other than that shown above, please enter the address to which the copy should be sent.

**Please Type or Print**

Name: HANNEMAN & HEWITT, PA

Number, Street, and Room or Suite Number (If a P.O. box, see instructions.)
229 E. WILLIAM, STE 310

City or Town, State, and ZIP Code. If a Foreign Address, Enter City, Province or State, and Country. Follow the Country's Practice for Entering the Postal Code.
WICHITA, KS, 67202

105

Form **8736** (Rev October 2000)
Department of the Treasury Internal Revenue Service

# Application for Automatic Extension of Time to File U.S. Return for a Partnership, REMIC, or for Certain Trusts

► **File a separate application for each return.**

OMB No. 1545-1054

**Please type or print.**

**File by the due date for filing the return for which an extension is requested. See instructions.**

Name: Clearmeadow Investments, LLC

Employer Identification Number: 48-1251013

Number, Street, and Room or Suite No. If a P.O. Box, See Instructions.: 2233 S West Street

City or town, state and ZIP code. If a Foreign Address, Enter City, Province or State, and Country. Follow the country's practice for entering the postal code.: Wichita, KS 67213

1 I request an automatic **3-month** extension of time to file (check only one):
☐ Form 1041 ☐ Form 1041-QFT ☒ Form 1065 ☐ Form 1065-B ☐ Form 1066

2 If the entity does not have an office or place of business in the United States, check this box . . . . . ► ☐

3a For calendar year 2001, or other tax year beginning ________, _____, and ending ________, _____.
b If this tax year is for less than 12 months, check reason:
☐ Initial return ☐ Final return ☐ Change in accounting period

4 If this extension is requested for Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066, enter the following amounts:

a Tentative total tax from Form 1041, Form 1041-QFT, Form 1065-B, or Form 1066 (see instructions). . . . . $ N/A

b Refundable credits and estimated tax payments, including any prior year overpayment allowed as a credit, from Form 1041, Form 1041-QFT, or Form 1065-B (see instructions). REMICs, enter -0-. . . . . $ N/A

c **Balance due.** Subtract line 4b from line 4a. If zero or less, enter -0-. Enclose payment, if any, with Form 8736 (see instructions) . . . . . ► $ N/A

**Caution:** *Interest will be charged on any tax not paid by the regular due date of Forms 1041, 1041-QFT, 1065-B, and 1066 from the due date until the tax is paid.*

**BAA For Paperwork Reduction Act Notice, see separate instructions.** Form **8736** (Rev 10-2000)

2926524512603 2956524446906

Schedule K-1 (Form 1065)

Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, Etc

For calendar year 2001 or tax year beginning , 2001, and ending , 20

OMB No. 1545-0099

**2001**

Partner's identifying number ► 62-1871495

Partner's Name, Address, and ZIP Code

CF ADVISORS XXXVII, LLC
10 BAY STREET
WESTPORT, CT 06880

Partnership's identifying number ► 48-1251013

Partnership's Name, Address, and ZIP Code

CLEARMEADOW INVESTMENTS, LLC
2233 S WEST STREET
WICHITA, KS 67213

A This partner is a ☐ general partner ☐ limited partner ☒ limited liability company member

B What type of entity is this partner? ► PARTNERSHIP

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's % of: (i) Before change or termination (ii) End of year

| | (i) | (ii) |
|---|---|---|
| Profit sharing | % | % |
| Loss sharing | % | % |
| Ownership of capital | % | % |

E IRS Center where partnership filed return: OGDEN

F Partner's share of liabilities:

Nonrecourse $

Qualified nonrecourse financing $

Other $

G Tax shelter registration number ►

H Check here if this partnership is a publicly traded partnership as defined in Section 469(k)(2) ☐

I Check applicable boxes: (1) ☒ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0. | 2,500. | | ( 2,500.) | 0. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Schedule B, Part I, line 1 |
| | b Ordinary dividends | 4b | | Schedule B, Part II, line 5 |
| | c Royalties | 4c | | Schedule E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Schedule D, line 5, column (f) |
| | e (1) Net long-term capital gain (loss) | 4e(1) | | Schedule D, line 12, column (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Schedule D, line 12, column (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch D, line 29 |
| | f Other portfolio income (loss) *(attach schedule)* | 4f | | Enter on applicable ln of your return |
| | 5 Guaranteed payments to partner | 5 | 10,000. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net Section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) *(attach schedule)* | 7 | | Enter on applicable ln of your return |
| Deductions | 8 Charitable contributions (see instructions) *(attach schedule)* | 8 | | Schedule A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income *(attach schedule)* | 10 | | |
| | 11 Other deductions *(attach schedule)* | 11 | | |
| Credits | 12a Low-income housing credit: | | | |
| | (1) From Section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

BAA For Paperwork Reduction Act Notice, see instructions for Form 1065. Schedule K-1 (Form 1065) 2001

PTPA0312L 01/01/02

PARTNER 2

Schedule K-1 (Form 1065) 2001 CLEARMEADOW INVESTMENTS, LLC 48-1251013 Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Investment Interest | 14a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| Self-employment | 15a Net earnings (loss) from self-employment | 15a | 10,000. | Schedule SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments & tax preference items *(attach sch)* | 16e | | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ► | | | |
| | b Gross income from all sources | 17b | | Form 1116, Part I |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories *(attach schedule)* | 17d(2) | | |
| | (3) General limitation | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories *(attach schedule)* | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ► ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit *(attach schedule)* | 17h | | Form 1116, line 12. |
| Other | 18a Section 59(e)(2) expenditures: a Type ► | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 2,500. | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | Form 8611, line 8 |
| | a From Section 42(j)(5) partnerships | 24a | | |
| | b Other than on line 24a | 24b | | |
| Supplemental Information | 25 Supplemental information required to be reported separately to each partner *(attach additional schedules if more space is needed)*: | | | |





PARTNER 2: CF ADVISORS XXXVII, LLC 62-1871495

29 5692446907

**Schedule K-1 (Form 1065)**
Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, Etc

For calendar year 2001 or tax year beginning , 2001, and ending , 20

OMB No. 1545-0099
**2001**

**Partner's identifying number** ► 48-1251040
Partner's Name, Address, and ZIP Code
CLEARMEADOW CAPITAL CORP
2233 S WEST STREET
WICHITA, KS 67213

**Partnership's identifying number** ► 48-1251013
Partnership's Name, Address, and ZIP Code
CLEARMEADOW INVESTMENTS, LLC
2233 S WEST STREET
WICHITA, KS 67213

A This partner is a ☐ general partner ☐ limited partner ☒ limited liability company member
B What type of entity is this partner? ► S CORPORATION
C Is this partner a ☒ domestic or a ☐ foreign partner?
D Enter partner's % of: (i) Before change or termination (ii) End of year
Profit sharing ____ % ____ %
Loss sharing ____ % ____ %
Ownership of capital ____ % ____ %
E IRS Center where partnership filed return: OGDEN

F Partner's share of liabilities:
Nonrecourse $____
Qualified nonrecourse financing $____
Other $____
G Tax shelter registration number ► ____
H Check here if this partnership is a publicly traded partnership as defined in Section 469(k)(2) ☐
I Check applicable boxes: (1) ☒ Final K-1 (2) ☐ Amended K-1

**J Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0. | 2,787,500. | -4,685. | ( 2,782,815.) | 0. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 450,163. | Schedule B, Part I, line 1 |
| | b Ordinary dividends | 4b | 1,016. | Schedule B, Part II, line 5 |
| | c Royalties | 4c | | Schedule E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Schedule D, line 5, column (f) |
| | e (1) Net long-term capital gain (loss) | 4e(1) | | Schedule D, line 12, column (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Schedule D, line 12, column (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch D, line 29 |
| | f Other portfolio income (loss) *(attach schedule)* SEE LINE 25 | 4f | 1,039. | Enter on applicable ln of your return |
| | 5 Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net Section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) *(attach schedule)* | 7 | | Enter on applicable ln of your return |
| Deductions | 8 Charitable contributions (see instructions) *(attach schedule)* | 8 | | Schedule A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income *(attach schedule)* SEE LINE 25 | 10 | 10,040. | |
| | 11 Other deductions *(attach schedule)* | 11 | | |
| Credits | 12a Low-income housing credit: | | | |
| | (1) From Section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

**BAA For Paperwork Reduction Act Notice, see instructions for Form 1065.** Schedule K-1 (Form 1065) 2001

PTPA0312L 01/01/02

PARTNER 1

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Investment Interest | 14a Interest expense on investment debts | 14a | 446,863. | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 451,179. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | 10,040. | |
| Self-employment | 15a Net earnings (loss) from self-employment | 15a | | Schedule SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments & tax preference items *(attach sch)* | 16e | | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ► | | | |
| | b Gross income from all sources | 17b | | Form 1116, Part I |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories *(attach schedule)* | 17d(2) | | |
| | (3) General limitation | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories *(attach schedule)* | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ► ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit *(attach schedule)* | 17h | | Form 1116, line 12. |
| Other | 18a Section 59(e)(2) expenditures: a Type ► | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 281,815. | |
| | 23 Distributions of property other than money | 23 | 2,501,000. | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From Section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner *(attach additional schedules if more space is needed)*:

**LINE 4F**
**OTHER PORTFOLIO INCOME**

| | |
|---|---|
| SEE STATEMENT 1(A) | $ 1,039. |
| TOTAL | $ 1,039. |

**LINE 10**
**DEDUCTIONS RELATED TO PORTFOLIO INCOME**

| | |
|---|---|
| INVESTMENT FEES | $ 10,000. |
| WIRE FEES | 40. |
| TOTAL | $ 10,040. |

110



PARTNER 1: CLEARMEADOW CAPITAL CORP 48-1251040