0922124316044-2

# Form 1040 — U.S. Individual Income Tax Return 2001

Department of the Treasury — Internal Revenue Service

(99) IRS use only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2001, or other tax year beginning , 2001, ending , 20

OMB No. 1545-0074

**Label** (See instructions.)

**Use the IRS label.** Otherwise, please print or type.

| Your First Name | MI | Last Name | Your Social Security Number |
|---|---|---|---|
| MARK | E. | HUTTON | [redacted] |
| **If a Joint Return, Spouse's First Name** | **MI** | **Last Name** | **Spouse's Social Security Number** |
| MARY | S. | HUTTON | [redacted] |

Home Address (number and street). If You Have a P.O. Box, See Instructions. Apartment No.

7118 CLEAR MEADOW CT

City, Town or Post Office. If You Have a Foreign Address, See Instructions. State ZIP Code

WICHITA, KS 67205

**Important!** You **must** enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)

**Note:** Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You: ☐ Yes ☒ No Spouse: ☐ Yes ☒ No

## Filing Status

Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's SSN above & full name here ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See instructions.)

## Exemptions

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a — No. of boxes checked on 6a and 6b: 2

b ☒ **Spouse**

c **Dependents:**

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see instructions.

No. of your children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see instrs)

Dependents on 6c not entered above

d Total number of exemptions claimed — Add numbers entered on lines above ▶ 2

## Income

**Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.**

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use **Form 1040-V.**

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 144,666. |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | 54,832. |
| b | **Tax-exempt** interest. **Do not** include on line 8a — 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 4,865. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | 34,620. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | -600. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions — 15a — b Taxable amount (see instrs) | 15b | |
| 16a | Total pensions & annuities — 16a — b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -97,745. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a — b Taxable amount (see instrs) | 20b | |
| 21 | Other income | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 140,638. |

RECEIVED
INTERNAL REVENUE SERVICE
AUG 28 2002
Kansas City, MO 64999
No 908

## Adjusted Gross Income

| Line | Description | | Amount | | |
|---|---|---|---|---|---|
| 23 | IRA deduction (see instructions) | 23 | | | |
| 24 | Student loan interest deduction (see instructions) | 24 | | | |
| 25 | Archer MSA deduction. Attach Form 8853 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | | | |
| 28 | Self-employed health insurance deduction (see instructions) | 28 | | | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | Add lines 23 through 31a | | | 32 | 0. |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | | 33 | 140,638. |

DEFENDANT'S EXHIBIT 29
PENGAD-Bayonne, N.J.

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** Form **1040** (2001)

FDIA0112L 12/10/01

Form 1040 (2001) MARK E. AND MARY S. HUTTON [redacted] Page 2

## Tax and Credits

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | | | 34 | 140,638. |
| 35a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ► | 35a | | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ► | 35b ☐ | | | |
| 36 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | | 36 | 147,738. |
| 37 | Subtract line 36 from line 34 | | | 37 | -7,100. |
| 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet in the instructions | | | 38 | 5,800. |
| 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | | 39 | 0. |
| 40 | Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | | | 40 | 0. |
| 41 | Alternative minimum tax (see instructions). Attach Form 6251 | | | 41 | |
| 42 | Add lines 40 and 41 ► | | | 42 | 0. |
| 43 | Foreign tax credit. Attach Form 1116 if required | 43 | | | |
| 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | | | |
| 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | | | |
| 46 | Education credits. Attach Form 8863 | 46 | | | |
| 47 | Rate reduction credit. See the worksheet | 47 | | | |
| 48 | Child tax credit (see instructions) | 48 | | | |
| 49 | Adoption credit. Attach Form 8839 | 49 | | | |
| 50 | Other credits from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 50 | | | |
| 51 | Add lines 43 through 50. These are your total credits | | | 51 | |
| 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ► | | | 52 | 0. |

**Standard Deduction for –**
- People who checked any box on line 35a or 35b **or** who can be claimed as a dependent, see instructions.
- All others:

Single: $4,550

Head of household, $6,650

Married filing jointly or Qualifying widow(er), $7,600

Married filing separately, $3,800

## Other Taxes

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 53 | Self-employment tax. Attach Schedule SE | | | 53 | |
| 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | | 54 | |
| 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | | | 55 | |
| 56 | Advance earned income credit payments from Form(s) W-2 | | | 56 | |
| 57 | Household employment taxes. Attach Schedule H | | | 57 | |
| 58 | Add lines 52-57. This is your total tax ► | | | 58 | 0. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 59 | Federal income tax withheld from Forms W-2 and 1099 | 59 | 31,269. | | |
| 60 | 2001 estimated tax payments and amount applied from 2000 return | 60 | | | |
| 61a | Earned income credit (EIC) | 61a | | | |
| b | Nontaxable earned income 61b | | | | |
| 62 | Excess social security and RRTA tax withheld (see instrs) | 62 | | | |
| 63 | Additional child tax credit. Attach Form 8812 | 63 | | | |
| 64 | Amount paid with request for extension to file (see instructions) | 64 | 2,000. | | |
| 65 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 65 | | | |
| 66 | Add lines 59, 60, 61a, and 62 through 65. These are your total payments ► | | | 66 | 33,269. |

FDIA0112L 12/10/01

## Refund

Direct deposit? See instructions and fill in 68b, 68c, and 68d.

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid | | | 67 | 33,269. |
| 68a | Amount of line 67 you want refunded to you ► | | | 68a | 33,269. |
| ► b | Routing number ______ ► c Type: ☐ Checking ☐ Savings | | | | |
| ► d | Account number ______ | | | | |
| 69 | Amount of line 67 you want applied to your 2002 estimated tax ► | 69 | | | |

## Amount You Owe

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 70 | Amount you owe. Subtract line 66 from line 58. For details on how to pay, see instructions ► | | | 70 | |
| 71 | Estimated tax penalty. Also include on line 70 | 71 | | | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete the following. ☐ No

Designee's Name ► PREPARER Phone No. ► Personal Identification Number (PIN) ►

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your Signature | Date | Your Occupation | Daytime Phone Number |
|---|---|---|---|
| ► Mark E. Hutton | 8/24/02 | CONTRACTOR | (316) 942-8855 |
| **Spouse's Signature. If a Joint Return, Both Must Sign.** | **Date** | **Spouse's Occupation** | |
| ► Mary S. Hutton | 8/24/02 | HOMEMAKER | |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's Signature ► | Scott R. Hewitt | Date 8-22-02 Check if self-employed ☐ | Preparer's SSN or PTIN P00024411 |
| Firm's Name (or yours if self-employed), Address, and ZIP Code ► | HANNEMAN & HEWITT, PA<br>229 E. WILLIAM, STE 310<br>WICHITA, KS 67202 | EIN<br>Phone No. | 48-1207973<br>(316) 269-4500 |

Form **1040** (2001)

Form **2688**

Department of the Treasury
Internal Revenue Service

# Application for Additional Extension of Time to File U.S. Individual Income Tax Return

► See instructions.
► You must complete all items that apply to you.

OMB No. 1545-0066

**2001**

| Please type or print. File by the due date for filing your return. | Your First Name / MI / Last Name | Your Social Security Number |
|---|---|---|
| | MARK E. HUTTON | [redacted] |
| | If a Joint Return, Spouse's First Name / MI / Last Name | Spouse's Social Security Number |
| | MARY S. HUTTON | [redacted] |
| Home Address (number and street) | 7118 CLEAR MEADOW CT | |
| City, Town or Post Office / State / ZIP Code | WICHITA, KS 67205 | |

**Please fill in the Return Label at the bottom of this page.**

1 I request an extension of time until 10/15/2002, to file Form 1040EZ, Form 1040A, Form 1040, Form 1040NR-EZ, or Form 1040NR for the calendar year 2001, or other tax year ending ________________.

2 Explain why you need an extension. You must give an adequate explanation ► TAXPAYER RESPECTFULLY REQUESTS ADDITIONAL TIME TO GATHER INFORMATION NECESSARY TO FILE A COMPLETE AND ACCURATE TAX RETURN.

3 Have you filed Form 4868 to request an automatic extension of time to file for this tax year? [X] Yes [ ] No

If you checked 'No,' we will grant your extension only for undue hardship. Fully explain the hardship in item 2. Attach any information you have that helps explain the hardship.

**If you expect to file a gift or generation-skipping transfer (GST) tax return, complete line 4.**

4 If you or your spouse plan to file a gift or GST tax return (Form 709 or 709-A) for 2001, generally due by April 15, 2002, see the instructions and check here — Yourself ► [ ] Spouse ► [ ]

## Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and, if prepared by someone other than the taxpayer, that I am authorized to prepare this form.

Signature of Taxpayer ► ____________ Date ► ________

Signature of Spouse ► ____________ Date ► ________

(if filing jointly, both must sign even if only one had income)

Signature of Preparer Other Than Taxpayer ► Scott R. Hewitt CPA Date ► 8-15-02

Please fill in the **Return Label** below with your name, address, and social security number. The IRS will complete the **Notice to Applicant** and return it to you. If you want it sent to another address or to an agent acting for you, enter the other address and add the agent's name.

**(Do not detach)**

**Notice to Applicant To Be Completed by the IRS**

[ ] We **have** approved your application.

[ ] We **have not** approved your application.
However, we have granted a 10-day grace period to ________________. This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return.

[ ] We **have not** approved your application. After considering the information you provided in item 2 above, we cannot grant your request for an extension of time to file. We are not granting a 10-day grace period.

[ ] We cannot consider your application because it was filed after the due date of your return.

[ ] Other ________________

Director ____________ Date ________

**Return Label (Please type or print)**

| Taxpayer's Name (and agent's name, if applicable). If a joint return, also give spouse's name. | Taxpayer's Social Security Number |
|---|---|
| MARK E. HUTTON<br>MARY S. HUTTON<br>HANNEMAN & HEWITT, PA | [redacted] |
| Number and Street (include suite, room, or apt no.) or P.O. Box Number | Spouse's Social Security Number |
| 229 E. WILLIAM, STE 310 | [redacted] |
| City, Town or Post Office / State / ZIP Code | Agents: Always include taxpayer's name on return label. |
| WICHITA, KS 67202 | |

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions. FDIA3401L 12/10/01 Form 2688 (2001)

Form **4868**

Department of the Treasury
Internal Revenue Service (99)

# Application for Automatic Extension of Time to File U.S. Individual Income Tax Return

OMB No. 1545-0188

**2001**

For Calendar year 2001, or other tax year beginning , 2001, ending , 20 .

## Part I Identification

1 Your Name(s) (see instructions)

MARK E. HUTTON
MARY S. HUTTON

Address (see instructions)

7118 CLEAR MEADOW CT

City, Town or Post Office State ZIP Code

WICHITA, KS 67205

2 Your Social Security Number [redacted]

3 Spouse's Social Security Number [redacted]

## Part II Complete Only if Filing Gift/GST Tax Return

**Caution:** *Only for gift/GST tax extension! Checking box(es) may result in correspondence if Form 709 or 709-A is not filed.*

This form also extends the time for filing a gift or generation-skipping transfer (GST) tax return if you file a calendar (not fiscal) year income tax return. Enter your gift or GST tax payment(s) in Part IV and:

Check this box ▸ ☐ if you are requesting a **Gift or GST tax** return extension.

Check this box ▸ ☐ if your spouse is requesting a **Gift or GST tax** return extension.

## Part III Individual Income Tax

| | | |
|---|---|---|
| 4 | Estimate of total tax liability for 2001 | $ 33,269. |
| 5 | Total 2001 payments | 31,269. |
| 6 | **Balance due.** Subtract 5 from 4 | 2,000. |

## Part IV Gift/GST Tax – If you are **not filing** a gift or GST tax return, go to Part V now. See the instructions.

| | | |
|---|---|---|
| 7 | Your gift or GST tax payment | $ |
| 8 | **Your spouse's** gift/GST tax payment | |

## Part V Total

| | | |
|---|---|---|
| 9 | **Total liability.** Add lines 6, 7, and 8 | $ 2,000. |
| 10 | Amount you are paying ▸ | 2,000. |

**Confirmation Number**

If you file electronically, you will receive a confirmation number telling you that your Form 4868 has been accepted. Enter the confirmation number here and keep it for your records ▸

**BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Form **4868** (2001)

▲ Detach Here ▲

MAKE YOUR CHECK PAYABLE TO THE "UNITED STATES TREASURY"
AND MAIL FORM 4868 WITH YOUR PAYMENT TO:

INTERNAL REVENUE SERVICE
P.O. BOX 970028
ST. LOUIS, MO 63197-0028

FDIA4601L 11/15/01

**Schedule A (Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Itemized Deductions

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2001**

07

Name(s) Shown on Form 1040: MARK E. AND MARY S. HUTTON

Your Social Security Number: [redacted]

| Section | Line | Description | Amount | Total |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | 1: 269. | |
| | 2 | Enter amount from Form 1040, line 34 — 2: 140,638. | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3: 10,548. | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4: 0. |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes | 5: 7,274. | |
| | 6 | Real estate taxes (see instructions) | 6: 7,993. | |
| | 7 | Personal property taxes | 7: 443. | |
| | 8 | Other taxes. List type and amount ► SEDGWICK CO - SPECIAL ASSES 474. | 8: 474. | |
| | 9 | Add lines 5 through 8 | | 9: 16,184. |
| **Interest You Paid** (See instructions.) | 10 | Home mtg interest and points reported to you on Form 1098 | 10: 47,511. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11: | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12: | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13: | |
| | 14 | Add lines 10 through 13 | | 14: 47,511. |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15: 81,399. | |
| If you made a gift and got a benefit for it, see instructions. | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 16: | |
| | 17 | Carryover from prior year | 17: | |
| | 18 | Add lines 15 through 17 DISALLOWED CONTRIBUTIONS -11,080. | | 18: 70,319. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 19: 0. |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See instructions.) ► MARY RT CONTINUE ED CLASS 160.; UNION & PROFESSIONAL DUES 40. | 20: 200. | |
| | 21 | Tax preparation fees | 21: | |
| (See instructions for expenses to deduct here.) | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► SEE STATEMENT 1 | 22: 16,568. | |
| | 23 | Add lines 20 through 22 | 23: 16,768. | |
| | 24 | Enter amount from Form 1040, line 34 — 24: 140,638. | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25: 2,813. | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26: 13,955. |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► | | 27: 0. |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $132,950 (over $66,475 if MFS)? REDUCTION -231. | | |
| | | ☐ **No.** Your deduction is not limited. Add the amts in the far right col for lines 4 through 27. Also, enter this amt on Form 1040, line 36. | | 28: 147,738. |
| | | ☒ **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | |

**Schedule E** (Form 1040)

Department of the Treasury Internal Revenue Service (99)

# Supplemental Income and Loss

**(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc)**

► **Attach to Form 1040 or Form 1041.**
► **See instructions for Schedule E (Form 1040).**

OMB No. 1545-0074

**2001**

13

Name(s) Shown on Return: MARK E. AND MARY S. HUTTON

Your Social Security Number: [redacted]

## Part I Income or Loss from Rental Real Estate and Royalties

**Note:** If you are in the business of renting personal property, use **Schedule C** or **C-EZ**. Report farm rental income or loss from **Form 4835** on page 2, line 39.

| | 1 Show the kind and location of each **rental real estate property:** |
|---|---|
| A | RENTAL BUILDING<br>WICHITA, KS |
| B | |
| C | |

2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days, or
- 10% of the total days rented at fair rental value?

(See instructions.)

| | Yes | No |
|---|---|---|
| A | | X |
| B | | |
| C | | |

| | Line | Properties A | Properties B | Properties C | Line | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| **Income:** | | | | | | |
| 3 Rents received | 3 | 64,560. | | | 3 | 64,560. |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel (see instructions) | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc (see instructions) | 12 | 26,754. | | | 12 | 26,754. |
| 13 Other interest | 13 | 1,385. | | | | |
| 14 Repairs | 14 | | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | | | | | |
| 17 Utilities | 17 | | | | | |
| 18 Other (list) ► | | | | | | |
| AMORTIZATION | 18 | 373. | | | | |
| 19 Add lines 5 through 18 | 19 | 28,512. | | | 19 | 28,512. |
| 20 Depreciation expense or depletion (see instructions) | 20 | 15,826. | | | 20 | 15,826. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 44,338. | | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file **Form 6198** | 22 | 20,222. | | | | |
| 23 Deductible rental real estate loss. **Caution:** Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file **Form 8582**. Real estate professionals must complete line 42 on page 2 | 23 | | | | | |
| 24 **Income**. Add positive amounts shown on line 22. **Do not** include any losses | | | | | 24 | 20,222. |
| 25 **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | |
| 26 **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 | | | | | 26 | 20,222. |

**BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule **E** (Form 1040) 2001

FDIZ2301L 02/05/02

Name(s) Shown on Return. Do Not Enter Name and Social Security Number if Shown on Page 1.

MARK E. AND MARY S. HUTTON

Your Social Security Number: [redacted]

**Note**: *If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.*

## Part II Income or Loss from Partnerships and S Corporations

**Note:** *If you report a loss from an at-risk activity, you* **must** *check either column* **(e)** *or* **(f)** *on line 27 to describe your investment in the activity. See instructions. If you check column* **(f)***, you must attach* **Form 6198.**

| 27 | (a) Name | (b) Enter P for partnership; S for S Corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment at Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SEE STATEMENT 2 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss: (g) Passive loss allowed (attach **Form 8582** if required) | (h) Passive income from **Schedule K-1** | Nonpassive Income and Loss: (i) Nonpassive loss from **Schedule K-1** | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
|---|---|---|---|---|---|
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | | | | 921,885. |
| b Totals | 23,536. | | 1,004,040. | 12,895. | |

| | | |
|---|---|---|
| 29 Add columns (h) and (k) of line 28a | 29 | 921,885. |
| 30 Add columns (g), (i), and (j) of line 28b | 30 | -1,040,471. |
| 31 Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | -118,586. |

## Part III Income or Loss from Estates and Trusts

| 32 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | MARK E HUTTON IRREVOCABLE TRUST | 48-1111703 |
| B | | |

| | Passive Income and Loss: (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | Nonpassive Income and Loss: (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
|---|---|---|---|---|
| A | | | | 619. |
| B | | | | |
| 33a Totals | | | | 619. |
| b Totals | | | | |

| | | |
|---|---|---|
| 34 Add columns (d) and (f) of line 33a | 34 | 619. |
| 35 Add columns (c) and (e) of line 33b | 35 | |
| 36 Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | 619. |

## Part IV Income or Loss from Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 37 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q**, line 1b | (e) Income from **Schedules Q**, line 3b |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| 38 Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | |
|---|---|---|
| 39 Net farm rental income or (loss) from **Form 4835**. Also, complete line 41 below | 39 | |
| 40 **Total** income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 | 40 | -97,745. |

| | | |
|---|---|---|
| 41 **Reconciliation of Farming and Fishing Income:** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see instructions) | 41 | |
| 42 **Reconciliation for Real Estate Professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | |

MARK E. AND MARY S. HUTTON [redacted]

STATEMENT 1
SCHEDULE A, LINE 22
OTHER EXPENSES

| | | |
|---|---|---|
| CLRMDW CAP CORP PRTFL DED | $ | 4,384. |
| INVESTMENT EXP. FROM K-1 | | 10,040. |
| MARK HUTTON IRREVOCABLE T | | 30. |
| PRUDENTIAL - INVEST FEES | | 2,099. |
| SAFE DEPOSIT BOX RENTAL | | 15. |
| TOTAL | $ | 16,568. |

2001

# FEDERAL STATEMENTS



[redacted]

MARK E. AND MARY S. HUTTON

## STATEMENT 2
## SCHEDULE E, PAGE 2
## PART II - INCOME OR LOSS FROM PARTNERSHIPS AND S CORPORATIONS

| NAME | TYPE | X IF FOREIGN | EMPLOYER I.D. NO. | ALL INVEST. AT RISK | SOME INVEST. AT RISK | PTP | PASSIVE LOSS FROM FORM 8582 | PASSIVE INC. FROM SCH. K-1 | NONPASSIVE LOSS FROM SCH. K-1 | SECTION 179 DEDUCTION | NONPASSIVE INCOME FROM K-1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EQUIPLEASE L.C. | P | | 48-1196542 | X | | | $ 15,700. | | | | |
| VERACOM, LLC | P | | 48-1197718 | X | | | 5,105. | | | | |
| VERACOM, LLC | P | | 48-1197718 | X | | | 1,528. | | | | |
| PHD INVESTMENTS | P | | 48-1226545 | X | | | 6. | | | | |
| INSITE MEDICAL PARTNERS LLC | P | | 48-1242687 | X | | | 1,197. | | | | |
| HUTTON CONSTRUCTION | S | | 48-1111703 | X | | | | | | $ 12,895. | $ 921,885. |
| | S | | 48-1111703 | X | | | | | $ 1,004,040. | | |
| CLEARMEADOW CAPITAL CORP | S | | 48-1251040 | | | | | | | | |
| | | | | | | TOTAL | $ 23,536. | $ 0. | $ 1,004,040. | $ 12,895. | $ 921,885. |

MARK E. AND MARY S. HUTTON [redacted]

SCHEDULE A

INVESTMENT INTEREST EXPENSE, FORM 4952, LINE 1

| | |
|---|---|
| CLEARMEADOW CAPITAL CORPORATION INVESTMENT INTEREST EXPENSE | $ 446,863 |
| RECHARACTERIZED IRC SEC 988 INTEREST EXPENSE | (446,863) |
| | --------- |
| NET INVESTMENT INTEREST EXPENSE | $ -0- |
| | ========= |