# U.S. District Court
## District of Kansas (Kansas City)
## CIVIL DOCKET FOR CASE #: 2:07-cv-02041-JTM-KMH

Hutton et al v. Deutsche Bank AG et al
Assigned to: District Judge J. Thomas Marten
Referred to: Magistrate Judge Karen M. Humphreys
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 01/23/2007
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Mark Hutton**

represented by **Francis J. Casey Flynn**
Jeffrey J. Lowe, PC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
314-678-3400
Fax: 314-678-3401
Email: casey@jefflowepc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey J. Lowe**
Jeffrey J. Lowe, PC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
314-878-3400
Fax: 314-678-3401
Email: jeff@jefflowepc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Gorny**
Bartimus, Frickleton, Robertson, & Gorny, P.C. - Leawood
11150 Overbrook Drive, Suite 200
Leawood, KS 66211
913-266-2300
Fax: 913-266-2366
Email: steve@bflawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clear Meadow Investment LLC**

represented by **Francis J. Casey Flynn**
(See above for address)

PENGAD-Bayonne, N. J. DEFENDANT'S EXHIBIT 36

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey J. Lowe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Gorny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Deutsche Bank AG** represented by **Benjamin Sokoly**
Dewey Ballantine
1301 Avenue of the Americas
New York, NY 10019-6092
212-259-6926
Fax: 212-259-6333
Email: bsokoly@deweyballantine.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J. Aikin**
Shook, Hardy & Bacon L.L.P. --
Kansas City/Grand
2555 Grand Boulevard
Kansas City, MO 64108-2616
816-474-6550
Fax: 816-421-5547
Email: caikin@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence M. Hill**
Dewey Ballantine
1301 Avenue of the Americas
New York, NY 10019-6092
212-259-8330
Fax: 212-259-6333
Email: lhill@deweyballantine.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth C. Farber**
Dewey Ballantine
1301 Avenue of the Americas
New York, NY 10019-6092
212-259-7227
Fax: 212-259-6333
Email: sfarber@deweyballantine.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley D. Davis**
Shook, Hardy & Bacon L.L.P. --
Kansas City/Grand
2555 Grand Boulevard
Kansas City, MO 64108-2616
816-474-6550
Fax: 816-421-5547
Email: sddavis@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank Securities Inc**
*doing business as*
Deutsche Bank Alex Brown, a Division of Deutsche Bank Securities Inc

represented by

**Benjamin Sokoly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J. Aikin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence M. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth C. Farber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley D. Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Clarion Capital, LLC**

**Defendant**

**Clarion Capital Corporation**

**Defendant**

**Clarion Capital Holdings, LLC**

**Defendant**

**Clarion Capital Partners, LLC** represented by **Michael A. Williams**
Lathrop & Gage, LC - KC
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108
816-292-2000
Fax: 816-292-2001
Email: mwilliams@lathropgage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CF Advisors XXXVII, LLC**

**Defendant**

**Daniel Brooks, Jr**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2007 | 1 | COMPLAINT with trial location of Kansas City, filed by Mark Hutton, Clear Meadow Investment LLC.(jb) (Entered: 01/23/2007) |
| 01/23/2007 | | FILING FEE PAID: in the amount of $350.00, receipt number 6587 (jb) (Entered: 01/23/2007) |
| 01/23/2007 | | Summons Issued as to Clarion Capital Corporation, Clarion Capital Holdings, LLC, Clarion Capital Partners, LLC, CF Advisors XXXVII, LLC, Daniel Brooks, Jr, Deutsche Bank AG, Deutsche Bank Securities Inc, Clarion Capital, LLC. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (jb) (Entered: 01/23/2007) |
| 03/12/2007 | 2 | Unopposed MOTION for Extension of Time to File Answer *to Plaintiffs' Class Action Complaint* by Defendants Deutsche Bank AG, Deutsche Bank Securities Inc (Aikin, Christopher) (Entered: 03/12/2007) |
| 03/13/2007 | 3 | ORDER granting 2 Unopposed Motion for Extension of Time to Answer: Deutsche Bank AG and Deutsche Bank Securities Inc. answer due 4/11/2007. Signed by Magistrate Judge Karen M. Humphreys on 3/12/07. (vs) (Entered: 03/13/2007) |

| | | |
|---|---|---|
| 04/06/2007 | 4 | MOTION for attorney Seth C. Farber to appear pro hac vice by Defendants Deutsche Bank AG, Deutsche Bank Securities Inc (Attachments: # 1 Affidavit In Support of Motion For Leave to Appear Pro Hac Vice) (Aikin, Christopher) (Entered: 04/06/2007) |
| 04/06/2007 | 5 | MOTION for attorney Lawrence M. Hill to appear pro hac vice by Defendants Deutsche Bank AG, Deutsche Bank Securities Inc (Attachments: # 1 Affidavit In Support of Motion for Leave to Appear Pro Hac Vice) (Aikin, Christopher) (Entered: 04/06/2007) |
| 04/06/2007 | 6 | MOTION for attorney Benjamin Sokoly to appear pro hac vice by Defendants Deutsche Bank AG, Deutsche Bank Securities Inc (Attachments: # 1 Affidavit In Support of Motion For Leave to Appear Pro Hac Vice) (Aikin, Christopher) (Entered: 04/06/2007) |
| 04/09/2007 | | PRO HAC VICE FEE PAID: on 4/9/07 re: 5 MOTION for attorney Lawrence M. Hill to appear pro hac vice, 6 MOTION for attorney Benjamin Sokoly to appear pro hac vice, 4 MOTION for attorney Seth C. Farber to appear pro hac vice in the amount of $150.00 Receipt Number 1007652 (THIS IS A TEXT ONLY ENTRY-NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (jb) (Entered: 04/09/2007) |
| 04/10/2007 | 7 | ORDER granting 4 Motion to Appear Pro Hac Vice Seth C. Farber for Deutsche Bank AG and Deutsche Bank Securities Inc. If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/forms/index.php. Signed by Magistrate Judge Karen M. Humphreys on 4/10/07. (vs) (Entered: 04/10/2007) |
| 04/10/2007 | 8 | ORDER granting 5 Motion to Appear Pro Hac Vice Lawrence M. Hill for Deutsche Bank AG and Deutsche Bank Securities Inc. If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/forms/index.php. Signed by Magistrate Judge Karen M. Humphreys on 4/10/07. (vs) (Entered: 04/10/2007) |
| 04/10/2007 | 9 | ORDER granting 6 Motion to Appear Pro Hac Vice Benjamin Sokoly for Deutsche Bank AG and Deutsche Bank Securities Inc. If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/forms/index.php. Signed by Magistrate Judge Karen M. Humphreys on 4/10/07. (vs) (Entered: 04/10/2007) |

| | | |
|---|---|---|
| 04/11/2007 | 10 | MOTION to Dismiss *Plaintiffs' Class Action Complaint* by Defendants Deutsche Bank AG, Deutsche Bank Securities Inc (Aikin, Christopher) (Entered: 04/11/2007) |
| 04/11/2007 | 11 | MEMORANDUM IN SUPPORT of 10 MOTION to Dismiss *Plaintiffs' Class Action Complaint* by Defendants Deutsche Bank AG, Deutsche Bank Securities Inc (Attachments: # 1 Attachment 1/Index of Exhibits# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7)(Aikin, Christopher) (Entered: 04/11/2007) |
| 05/10/2007 | 12 | MOTION for Extension of Time to File Memorandum in Opposition as to 10 MOTION to Dismiss *Plaintiffs' Class Action Complaint* by Plaintiff Mark Hutton (Gorny, Stephen) (Entered: 05/10/2007) |
| 05/11/2007 | 13 | RESPONSE by Defendants Deutsche Bank AG, Deutsche Bank Securities Inc re 12 MOTION for Extension of Time to File Memorandum in Opposition as to 10 MOTION to Dismiss *Plaintiffs' Class Action Complaint* (Aikin, Christopher) (Entered: 05/11/2007) |
| 05/14/2007 | 14 | MOTION for Extension of Time to File Answer re 1 Complaint by Defendant Clarion Capital Partners, LLC (Williams, Michael) (Entered: 05/14/2007) |
| 05/15/2007 | 15 | ORDER granting 14 Unopposed Motion for Extension of Time to Answer: Clarion Capital Partners, LLC answer due 6/5/2007. Signed by Magistrate Judge Karen M. Humphreys on 5/15/07. (vs) (Entered: 05/15/2007) |
| 05/19/2007 | 16 | ORDER granting 12 plaintiff Hutton's Motion for Extension of Time to File memorandum in Opposition to 10 MOTION to Dismiss Plaintiffs' Class Action Complaint. Plaintiff Hutton's response is due on or before June 10, 2007. Entered by Judge J. Thomas Marten on 5-19-07.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Marten, J. Thomas) (Entered: 05/19/2007) |
| 06/04/2007 | 17 | MOTION to Dismiss *(Motion to Dismiss Plaintiffs' Class Action Complaint, or in the Alternative, for a More Definite Statement)* by Defendant Clarion Capital Partners, LLC (Williams, Michael) (Entered: 06/04/2007) |
| 06/04/2007 | 18 | MEMORANDUM IN SUPPORT of 17 MOTION to Dismiss *(Motion to Dismiss Plaintiffs' Class Action Complaint, or in the Alternative, for a More Definite Statement)* by Defendant Clarion Capital Partners, LLC(Williams, Michael) (Entered: 06/04/2007) |
| 06/11/2007 | 19 | MOTION for attorney Jeffrey Lowe to appear pro hac vice ( Pro hac vice fee $50, Credit Card Receipt Number 974569.) by Plaintiff Mark Hutton (Gorny, Stephen) (Entered: 06/11/2007) |
| 06/11/2007 | 20 | MOTION for attorney Francis Flynn to appear pro hac vice ( Pro hac vice fee $50, Credit Card Receipt Number 974580.) by Plaintiff Mark Hutton (Gorny, Stephen) (Entered: 06/11/2007) |

| | | |
|---|---|---|
| 06/11/2007 | 21 | MOTION to Amend Complaint re 1 Complaint by Plaintiff Mark Hutton (Gorny, Stephen) (Entered: 06/11/2007) |
| 06/11/2007 | 22 | AMENDED MOTION to Amend Complaint re 1 Complaint by Plaintiff Mark Hutton (Attachments: # 1 Exhibit Amended Complaint) (Gorny, Stephen) Modified on 6/12/2007 (rm, ). (Entered: 06/11/2007) |
| 06/12/2007 | 23 | ORDER granting 19 Plaintiffs' Motion to Appear Pro Hac Vice. Attorney Jeffrey J. Lowe added as counsel for Plaintiffs Mark Hutton and Clear Meadow Investment LLC. If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/forms/index.php. Signed by Magistrate Judge Karen M. Humphreys on 6/12/07. (sj) (Entered: 06/12/2007) |
| 06/12/2007 | 24 | ORDER granting 20 Plaintiffs' Motion to Appear Pro Hac Vice. Attorney Francis J. (Casey) Flynn added as counsel for plaintiffs Mark Hutton and Clear Meadow Investment LLC. If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/forms/index.php. Signed by Magistrate Judge Karen M. Humphreys on 6/12/07. (sj) (Entered: 06/12/2007) |
| 06/15/2007 | 25 | Electronic Filing Registration Form of Francis "Casey" Flynn re motion for leave to appear pro hac vice 20 by Plaintiff Mark Hutton(Gorny, Stephen) (Entered: 06/15/2007) |
| 06/15/2007 | 26 | Electronic Filing Registration Form of Jeff Lowe re motion for leave to appear pro hac vice 19 by Plaintiff Mark Hutton(Gorny, Stephen) (Entered: 06/15/2007) |
| 07/03/2007 | 27 | ORDER granting 22 Plaintiffs' uncontested Motion to Amend Complaint. Plaintiffs shall file their amended complaint on or before 7/13/2007 and take the necessary steps to promptly serve defendants, including Societe Generale, with the amended complaint. Signed by Magistrate Judge Karen M. Humphreys on 7/3/07. (sj) (Entered: 07/03/2007) |

## PACER Service Center

### Transaction Receipt

07/09/2007 11:20:54

| | | | |
|---|---|---|---|
| **PACER Login:** | dj0038 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-02041-JTM-KMH |