**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

**MICHAEL LING, ET AL.,** :

**Plaintiffs,** :

**- against -** : **04 CV 4566 (HB)**

**DEUTSCHE BANK, AG, ET AL.,** : **<u>OPINION & ORDER</u>**

**Defendants.** :

---------------------------------------------------------x

**Hon. HAROLD BAER, JR., District Judge:**

This civil action has been brought before this Court on several Defendants' motions to dismiss Plaintiffs' Second Amended Class Action Complaint ("Complaint"). For the reasons set forth below, Plaintiffs' Complaint is dismissed without prejudice and with leave to file a Third Amended Complaint.

## I. BACKGROUND

Plaintiffs brought this case against Defendants alleging that the Plaintiffs were defrauded through the marketing and sale of tax advice. The facts below are drawn from the allegations in the Second Amended Class Complaint and are presumed to be true for purposes of this motion to dismiss.

The tax strategy at the source of this lawsuit involved the purchase and sale of options of foreign currency where the option positions were transferred into a limited liability company (LLC), which is treated like a partnership for tax purposes. As a result, the taxpayer would claim that the basis of the taxpayer's partnership interest was increased by the cost of the purchased options, but was not reduced by the taxpayer's obligation with regard to the options written. These transactions were referred to as Market-Linked Deposits ("MLDs") or FX Contracts. The Internal Revenue Service ("IRS") published Notice 2000-44 on August 11, 2000 entitled "Tax Avoidance Using Artificially High


369A

PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT
38

Basis." This notice made clear that any tax strategy that created an artificially high basis, with no economic substance or business purpose other than to avoid taxes, was illegal. Generally, Plaintiffs contend that the Defendants knew or should have known that as a result of this Notice, that the tax strategy engaged here would also be verboten.

The MLD tax strategy is alleged to be a variation on the strategy denounced in the IRS Notice 2000-44. Plaintiffs initiated this strategy in the summer of 2001. The transaction worked as follows: First the individual Plaintiffs would each open accounts with Deutsche Bank and deposit an amount of cash for the purpose of purchasing long and short MLD positions. The LLC included the Individual Plaintiffs and another entity created solely for the MLD transaction (made up of the Clarion Defendants).[1] The Defendant banks formed an LLC on behalf of the individual Plaintiffs and an S Corporation to complete the transaction. LLCs and S Corporations are treated like partnerships for tax purposes and income is taxed at the shareholder level rather than at the corporate level. Only corporations with a limited number of shareholders can elect S Corporation status under Subchapter S of the Internal Revenue Code.

Second, the individual Plaintiffs would each enter into MLD or FX Contract with Deutsche Bank or Societe Generale to purchase and sell a long and a short MLD position in almost identical amounts with different (but narrow) strike prices, each to expire in 60-90 days. The long MLD included an identical deposit to the deposit included in the short MLD position. The cost of the long MLD position was largely, if not entirely, offset by the amount received by the individual Plaintiffs for the short MLD position. Both long and short positions would be contributed to the LLC formed for the purpose of creating the basis necessary for the transaction to have the desired capital loss. The individual Plaintiffs' basis would be increased by the amount paid for the long MLD position but it would not be decreased by the short MLD position. The expectation was that these options would expire "out of the money" thus creating a capital loss which could then be setoff against capital gains on the participants' tax return as spelled out below. The tax strategy worked so that

[1] The Clarion Defendants include Clarion Global Derivatives LXXXV, LLC, Clarion Global Derivatives XXXV, LLC, Clarion Global Derivatives V, LLC, Clarion Capital, LLC, Clarion Capital Corporation, Clarion Capital Holdings, LLC, Clarion Capital Partners, LLC, Clarion Forex Advisors, XXXV, LLC, Daniel Brooks, Jr., Clarion Global Derivatives XV, LLC, Clarion Global Advisors X, LLC, Clarion Global Advisors V, LLC.

the individual Plaintiffs would also make a capital contribution that consisted of "cash or other capital assets" to the LLC, although it does not specify what is meant by "capital assets." Complaint at ¶ 240(d). "If cash was contributed, it would then be used to purchase capital or ordinary assets (depending on whether a capital or ordinary loss was being "created")." Id.

Plaintiffs contend that all of the class members entered into similarly structured MLDs and that they did so during the Class Period. The only structural difference appears to be that not all of the individual Plaintiffs used S Corporations in the transaction. In most cases, and as expected, the options expired "out of the money" meaning there would be no advantage to exercising the option because it would cause a loss not a gain. In the Complaint, Plaintiffs allege that they were defrauded through the marketing and sale of this tax advice, which the Defendants knew or should have known the IRS would find to have lacked the economic substance necessary for the transaction to work. Plaintiffs also allege that the Defendants charged excessive and unconscionable fees for the transactions and advice, improperly agreed to split fees between lawyers and non-lawyers, and failed to disclose that the opinion letters about the feasibility of the strategy received from various law firms were not "independent" but were actually part of the group promoting the transactions.

Plaintiffs suit alleges that Defendants violated the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962, and are liable for treble damages and other relief arising from breach of contract and the duty of good faith and fair dealing, fraud, negligent misrepresentation, breach of fiduciary duty, "unethical, excessive, and illegal fees," and unjust enrichment. Complaint at §XVII. Defendants have filed seven separate motions to dismiss. For purposes of this opinion, the Court has considered these motions collectively. Because Plaintiffs' RICO claims cannot be maintained if they could be pled as securities fraud claims pursuant to the Private Securities Litigation Act ("PSLRA") for the reasons discussed below, the Court only addresses the RICO allegations.

ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/07

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHAEL LING, et al. | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| v. | § | NO. 04 CV 04566 (HB) |
| | § | |
| | § | |
| CANTLEY & SEDACCA, L.L.P., et al. | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER APPROVING PROPOSED NOTICE AND PROOF OF CLAIM**

Upon consideration of Class Counsel's proposed Notice and Proof of Claim which were submitted to the Court by a letter dated January 16, 2007, and to which no objection has been made, the Court is of the opinion that same should be **APPROVED.**

**IT IS THEREFORE ORDERED** that the attached Notice and Proof of Claim are **APPROVED.**

**IT IS FURTHER ORDERED** that the settlement funds shall be distributed to the qualifying Class Members according to the attached Notice and Proof of Claim.

**DATED:** Feb 2, **2007.**

**HONORABLE HAROLD BAER, JR.**
**UNITED STATES DISTRICT JUDGE**



PENGAD-Bayonne, N. J.
DEFENDANT'S EXHIBIT 39

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHAEL LING, et al. | § | |
| PLAINTIFFS, | § | |
| | § | |
| v. | § | NO. 04 CV 04566 (HB) |
| | § | |
| | § | |
| CANTLEY & SEDACCA, L.L.P., et al. | § | |
| | § | |
| DEFENDANTS. | § | |

NOTICE

TO: ALL PERSONS WHO, FROM JANUARY 1, 1999, THROUGH DECEMBER 31, 2003, INCLUSIVE, EITHER (1) CONSULTED WITH, RELIED UPON, OR RECEIVED ORAL OR WRITTEN OPINIONS OR ADVICE, INCLUDING THE PREPARATION OF LEGAL OR TRANSACTION DOCUMENTS, FROM CANTLEY & SEDACCA, L.L.P., EDWARD SEDACCA OR ANY OTHER CANTLEY & SEDACCA, L.L.P. ATTORNEY CONCERNING CERTAIN TAX STRATEGIES NOW SUBJECT TO INTERNAL REVENUE SERVICE CRITICISM AND WHO IN WHOLE OR IN PART IMPLEMENTED, DIRECTLY OR INDIRECTLY, ANY ONE OR MORE OF SUCH TAX STRATEGIES OR (2) FILED WITH A PERSON DESCRIBED IN (1) A JOINT TAX RETURN FOR THE YEAR(S) IN WHICH SUCH TAX STRATEGY WAS IMPLEMENTED, AND (3) THE LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS, AND ASSIGNS OF ALL PERSONS DESCRIBED IN (1) AND (2). THE "CLASS" INCLUDES, WITHOUT LIMITATION, THE INDIVIDUALS, PARTNERSHIPS, LIMITED LIABILITY COMPANIES, TRUSTS, CORPORATIONS AND OTHER LEGAL ENTITIES THAT CANTLEY & SEDECCA, L.L.P. OR EDWARD SEDECCA OR ANY OTHER CANTLEY & SEDACC, L.L.P. ATTORNEY ADVISED CONCERNING, THAT WERE FORMED IN CONNECTION WITH, OR THAT ENGAGED OR WERE UTILIZED IN ANY ONE OR MORE OF THE TAX STRATEGIES.

YOU ARE HEREBY NOTIFIED that the United States District Court for the Southern District of New York, in *Michael Ling, et al. on their own behalf and on behalf of all others similarly situated v. Deutsche Bank, AG, et al.*, Case No. 04-CV-04566 signed the final Order regarding the Settlement on ____________________, and the Settlement is now final.

The Settlement is for an aggregate amount of $4,599,000.00. The Court determined that attorneys fees were $781,830.00 and expenses were $77,782.50, which leaves $3,739,387.50 for distribution to Class Members. If you wish to participate in this Settlement, please complete and return the attached proof of claim form within 30 days. You qualify for distribution if you either (i) filed a qualified amended return or (ii) were audited by the IRS or a state taxing authority and were adversely affected as a result.

The distribution to Class Member will be based on the size of the tax strategy entered into by the Class Member. Specifically, each Class Member's percentage of the total distribution will be calculated by dividing the size of the respective Class Member's tax strategy by the aggregate sum of all of the tax strategies entered into by all of the Class Members. This percentage will be multiplied by $3,739,387.50 (total distribution to the Class) to calculate the Class Member's actual distribution.

Cantley and Sedacca's counsel has provided a spreadsheet which sets forth the size of each Class Member's tax strategy and that amount has been filled in on the attached claim form. If you dispute the size of the tax strategy set forth in the attached proof of claim, please fill in the amount that you believe to be the actual size of the tax strategy and return the proof of claim with supporting documentation.

Counsel for the Class:

David R. Deary
ddeary@dmdclegal.com
W. Ralph Canada, Jr.
rcanada@dmdclegal.com
Jeven R. Sloan
jsloan@dmdclegal.com
J. Dylan Snapp
dsnapp@dmdclegal.com
Deary Montgomery DeFeo & Canada, L.L.P.
Chateau Plaza, Suite 1565
2515 McKinney Avenue
Dallas, Texas 75201
(800) 497-6444 (toll free)
(214) 360-9622
(214) 739-3879(fax)

Counsel for Cantley & Sedacca:

Stephen C. Rasch
Thompson & Knight L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (fax)

You may contact your own lawyer or Counsel for the Class about this Settlement. **PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE. ALSO DO NOT CONTACT CANTLEY & SEDACCA OR ITS COUNSEL REGARDING THIS NOTICE.**

DATED: JANUARY ____, 2007

**PROOF OF CLAIM**

**Name:** ______________________________

**Address:** ______________________________

______________________________

______________________________

Size of the tax strategy (ie., loss generated or basis created according to Cantley & Sedacca records): $______________________

If you dispute the size provided above, please indicate the amount that you believe is correct (and provide copies of supporting documents, such as a tax return or transactional documents): $______________________

Did you file a qualified amended return with the IRS?

_____Yes _____No

If yes, please attach a copy.

Were you audited by the IRS or a state taxing authority as a result of the tax strategy?

_____Yes _____No

If yes, please attach copies of supporting documents evidencing the audit and the result thereof (such as a closing agreement).

Before me personally appeared, __________________, being first duly sworn upon his oath and states that the facts contained in the foregoing instrument are true and correct to the best of his knowledge, information and belief.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this _____ day of ____________, 2007.

______________________________
NOTARY PUBLIC

My Commission Expires:

______________________

Representative Exchange Rates for Selected Currencies for December 2001

| Currency | 3-Dec-01 | 4-Dec-01 | 5-Dec-01 | 6-Dec-01 | 7-Dec-01 | 10-Dec-01 | 11-Dec-01 | 12-Dec-01 | 13-Dec-01 | 14-Dec-01 | 17-Dec-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Euro(1) | 0.8925 | 0.8902 | 0.8919 | 0.8889 | 0.8911 | 0.885 | 0.8908 | 0.8938 | 0.8975 | 0.9016 | 0.9049 |
| Japanese Yen | 123.7 | 124.25 | 124.2 | 124.7 | 124.93 | 125.75 | 125.95 | 125.88 | 126.1 | 127.35 | 127.8 |
| U.K. Pound Sterling(1 | 1.4212 | 1.4234 | 1.4228 | 1.4158 | 1.4269 | 1.4304 | 1.4327 | 1.4424 | 1.4451 | 1.4521 | 1.458 |
| U.S. Dollar | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Argentine Peso | 0.9995 | 0.9995 | 0.9995 | 0.9995 | 0.9995 | 0.9995 | 0.9995 | 0.9995 | 0.9995 | 0.9995 | 0.9995 |
| Australian Dollar(1) | 0.5216 | 0.516 | 0.5147 | 0.517 | NA | 0.5158 | 0.5147 | 0.5188 | 0.5195 | 0.518 | 0.5179 |
| Bahrain Dinar | 0.376 | 0.376 | 0.376 | 0.376 | 0.376 | 0.376 | 0.376 | 0.376 | 0.376 | 0.376 | 0.376 |
| Botswana Pula(1) | 0.1523 | 0.1523 | 0.14875 | 0.1471 | 0.148 | 0.1468 | 0.1469 | 0.14635 | 0.1444 | 0.13915 | 0.14105 |
| Brazilian Real | 2.5279 | 2.4664 | 2.4281 | 2.4298 | 2.4427 | 2.3997 | 2.3571 | 2.3409 | 2.3543 | 2.3839 | 2.3832 |
| Brunei Dollar | 1.8335 | 1.8362 | 1.8367 | 1.8324 | 1.8306 | 1.8327 | 1.8302 | 1.8309 | 1.8313 | 1.832 | NA |
| Canadian Dollar | 1.576 | 1.5723 | 1.5714 | 1.5767 | 1.5724 | 1.5783 | 1.5778 | 1.5654 | 1.5677 | 1.5633 | 1.5646 |
| Chilean Peso | 543.3 | 543.48 | 543.55 | 544.02 | 544.02 | 544.51 | 544.34 | 544.34 | 543.96 | 543.99 | 543.88 |
| Chinese Yuan | 8.277 | 8.2771 | 8.2772 | 8.2773 | 8.2772 | 8.277 | 8.2768 | 8.2768 | 8.2767 | 8.2768 | 8.2769 |
| Colombian Peso | NA | 2,304.13 | 2,314.76 | 2,315.36 | 2,314.89 | 2,310.90 | 2,308.41 | 2,306.56 | 2,307.12 | 2,312.00 | 2,318.67 |
| Cyprus Pound(1) | 1.55655 | 1.5502 | 1.554 | 1.5418 | 1.5514 | 1.545 | 1.5508 | 1.55515 | 1.56165 | 1.56635 | 1.5773 |
| Czech Koruna | 37.069 | 37.137 | 37.024 | 37.156 | 36.96 | 37.074 | 36.841 | 36.608 | 36.331 | 36.191 | 35.569 |
| Danish Krone | 8.3322 | 8.3535 | 8.3463 | 8.3873 | 8.3456 | 8.372 | 8.3426 | 8.3332 | 8.2979 | 8.2613 | 8.2161 |
| Hungarian Forint | 280.58 | 280.04 | 279.18 | 280.43 | 279.22 | 281.52 | 279.97 | 276 | 275.66 | 273.08 | 271.49 |
| Icelandic Krona | 106.74 | 107.3 | 108.31 | NA | NA | 107.91 | 107 | 106.02 | 103.99 | NA | NA |
| Indian Rupee | 47.93 | 47.94 | 47.91 | 47.91 | 47.84 | 47.82 | 47.82 | 47.81 | 47.88 | 47.87 | NA |
| Indonesian Rupiah | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Iranian Rial | 1,751.23 | 1,753.54 | 1,752.93 | 1,757.29 | 1,753.67 | 1,755.64 | 1,750.98 | 1,748.66 | 1,751.20 | 1,749.02 | 1,750.42 |
| Israeli New Sheqel | 4.241 | 4.251 | 4.236 | 4.224 | 4.225 | 4.22 | 4.223 | 4.223 | 4.229 | 4.237 | 4.232 |
| Kazakhstani Tenge | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Korean Won | 1,269.70 | 1,272.40 | 1,271.90 | 1,271.00 | 1,268.40 | 1,273.30 | 1,280.40 | 1,280.10 | 1,274.40 | 1,274.00 | 1,281.10 |
| Kuwaiti Dinar | 0.30627 | 0.30643 | 0.30643 | 0.30666 | NA | 0.3065 | 0.3065 | 0.30627 | 0.30627 | NA | NA |
| Libyan Dinar(2) | 0.81699 | 0.81699 | 0.81699 | 0.81699 | 0.81699 | 0.81699 | 0.81699 | 0.81699 | 0.81699 | 0.81699 | 0.81699 |
| Malaysian Ringgit | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 |
| Maltese Lira(1) | 2.2112 | 2.2102 | 2.212 | 2.2057 | 2.2159 | 2.2057 | 2.2141 | 2.2222 | NA | 2.2367 | 2.237 |
| Mauritian Rupee | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Mexican Peso | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Nepalese Rupee | 76.475 | 76.475 | NA | 76.475 | 76.475 | NA | 76.475 | 76.475 | 76.475 | 76.475 | 76.475 |
| New Zealand Dollar(1 | 0.41675 | 0.41295 | 0.41305 | 0.41575 | 0.41645 | 0.41535 | NA | 0.41875 | 0.42025 | 0.41795 | 0.41845 |
| Norwegian Krone | 8.9653 | 8.9491 | 8.9696 | 8.9729 | 8.9519 | 9.0277 | 8.9829 | 8.9578 | 8.9398 | NA | 8.8816 |
| Rial Omani | 0.3845 | 0.3845 | 0.3845 | 0.3845 | 0.3845 | 0.3845 | 0.3845 | 0.3845 | 0.3845 | 0.3845 | 0.3845 |
| Pakistani Rupee | 60.86385 | 60.86385 | 60.86385 | 60.86385 | 60.86385 | 60.86385 | 60.86385 | 60.86385 | 60.86385 | 60.86385 | 60.86385 |
| Polish Zloty | 4.0485 | 4.0208 | 4.0334 | 4.0792 | 4.0482 | 4.0847 | 4.0717 | 4.0523 | 4.0312 | 4.0227 | 3.9893 |
| Qatar Riyal | 3.64 | 3.64 | 3.64 | 3.64 | 3.64 | 3.64 | 3.64 | 3.64 | 3.64 | 3.64 | 3.64 |
| Russian Ruble | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Saudi Arabian Riyal | 3.75 | 3.75 | 3.75 | 3.75 | 3.75 | 3.75 | 3.75 | 3.75 | 3.75 | 3.75 | 3.75 |
| Singapore Dollar | 1.8335 | 1.8362 | 1.8367 | 1.8324 | 1.8306 | 1.8327 | 1.8302 | 1.8309 | 1.8313 | 1.832 | NA |
| Slovak Koruna | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| South African Rand | 10.4515 | 10.3935 | 10.7865 | 11.0985 | 10.9265 | 11.1035 | 11.0915 | 11.1785 | 11.4565 | 12.2865 | NA |
| Sri Lanka Rupee | 93.2004 | 93.2742 | 93.2255 | NA | 93.2 | NA | 93.2049 | NA | 93.1224 | 93.09 | NA |
| Swedish Krona | 10.7225 | 10.685 | 10.5775 | 10.5525 | 10.475 | 10.505 | 10.5 | 10.485 | 10.4525 | 10.465 | 10.525 |
| Swiss Franc | 1.65 | 1.6525 | NA | 1.6617 | 1.6597 | 1.6644 | 1.6611 | 1.649 | 1.6427 | 1.6328 | 1.6293 |
| Thai Baht | 43.978 | 44.035 | NA | 43.853 | 43.801 | NA | 43.803 | 43.744 | 43.691 | NA | 43.802 |
| Trinidad And Tobago | 6.222 | 6.2121 | 6.2081 | 6.2348 | 6.2236 | 6.2394 | 6.2436 | 6.2277 | 6.2493 | 6.2596 | NA |
| U.A.E. Dirham | 3.6725 | 3.6725 | 3.6725 | 3.6725 | 3.6725 | 3.6725 | 3.6725 | 3.6725 | 3.6725 | 3.6725 | 3.6725 |
| Venezuelan Bolivar | 747 | NA | 748 | 748.5 | 749.5 | 749.5 | 749.5 | 750 | 750.75 | 751.5 | 752.25 |

DEFENDANT'S EXHIBIT 40

PENGAD-Bayonne, N. J.

Representative Exchange Rates for Selected Currencies for December 2001 Continued

| Currency | 18-Dec-01 | 19-Dec-01 | 20-Dec-01 | 21-Dec-01 | 24-Dec-01 | 25-Dec-01 | 26-Dec-01 | 27-Dec-01 | 28-Dec-01 | 31-Dec-01 |
|---|---|---|---|---|---|---|---|---|---|---|
| Euro(1) | 0.9012 | 0.8983 | 0.8973 | 0.8943 | 0.8798 | NA | NA | 0.8823 | 0.8813 | NA |
| Japanese Yen | 128.25 | 128.2 | 128.7 | 129.35 | NA | 130.8 | 130.8 | 131.3 | 131.8 | NA |
| U.K. Pound Sterling(1 | 1.4547 | 1.4473 | 1.4447 | 1.449 | 1.4336 | NA | NA | 1.4465 | 1.4489 | 1.4504 |
| U.S. Dollar | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Argentine Peso | 0.9995 | 0.9995 | 0.9995 | 0.9995 | 0.9995 | 0.9995 | 0.9995 | 0.9995 | 0.9995 | 0.9995 |
| Australian Dollar(1) | 0.5178 | 0.5147 | 0.5101 | 0.5066 | 0.5091 | NA | NA | 0.508 | 0.5076 | NA |
| Bahrain Dinar | 0.376 | 0.376 | 0.376 | 0.376 | 0.376 | 0.376 | 0.376 | 0.376 | 0.376 | 0.376 |
| Botswana Pula(1) | 0.13925 | 0.13785 | 0.13275 | 0.1374 | NA | NA | 0.1434 | 0.1431 | 0.1442 | NA |
| Brazilian Real | 2.3572 | 2.3422 | 2.2922 | 2.3194 | NA | NA | 2.337 | 2.3137 | 2.3207 | 2.3196 |
| Brunei Dollar | 1.839 | 1.8361 | 1.8347 | 1.8426 | 1.837 | NA | 1.8435 | 1.8503 | 1.85 | 1.851 |
| Canadian Dollar | 1.573 | 1.5742 | 1.5775 | 1.5846 | 1.5935 | NA | NA | 1.595 | 1.5956 | 1.5926 |
| Chilean Peso | 544.22 | 544.54 | 544.64 | 545.2 | 546.46 | NA | 546.61 | 546.7 | 546.71 | NA |
| Chinese Yuan | 8.2768 | 8.2767 | 8.2766 | 8.2767 | NA | NA | 8.2766 | 8.2767 | 8.2768 | NA |
| Colombian Peso | 2,310.58 | 2,306.82 | 2,307.10 | 2,306.88 | 2,303.15 | NA | 2,297.59 | 2,297.17 | 2,301.33 | NA |
| Cyprus Pound(1) | 1.56695 | 1.55715 | 1.55905 | 1.56015 | NA | NA | NA | 1.53535 | 1.53445 | NA |
| Czech Koruna | 34.836 | 35.536 | 35.932 | 36.162 | NA | NA | 36.162 | 36.468 | 36.259 | 36.259 |
| Danish Krone | 8.2411 | 8.2768 | 8.2863 | 8.2951 | NA | NA | NA | 8.4248 | 8.429 | 8.4095 |
| Hungarian Forint | 271.35 | 273.78 | 274.84 | 274.66 | NA | NA | NA | 278.32 | 279.03 | NA |
| Icelandic Krona | 101.78 | 101.79 | 101.47 | 101.52 | NA | NA | NA | 101.97 | 103.63 | NA |
| Indian Rupee | 47.81 | 47.79 | 47.78 | 47.83 | NA | NA | NA | 48.13 | 48.34 | 48.18 |
| Indonesian Rupiah | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Iranian Rial | 1,755.79 | 1,756.65 | 1,753.18 | 1,756.68 | 1,763.41 | 1,763.41 | 1,763.90 | 1,752.13 | 1,750.52 | 1,750.95 |
| Israeli New Sheqel | 4.237 | 4.26 | 4.272 | 4.323 | NA | NA | 4.373 | 4.371 | 4.385 | 4.416 |
| Kazakhstani Tenge | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Korean Won | 1,292.50 | 1,292.70 | 1,291.40 | NA | 1,311.00 | NA | 1,308.00 | 1,317.60 | NA | 1,326.10 |
| Kuwaiti Dinar | NA | 0.30627 | 0.30655 | NA | 0.30698 | 0.30736 | NA | 0.30736 | NA | NA |
| Libyan Dinar(2) | 0.81699 | 0.81699 | 0.81699 | 0.81699 | 0.81699 | 0.81699 | 0.81699 | 0.81699 | 0.81699 | 0.81699 |
| Malaysian Ringgit | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 | 3.8 |
| Maltese Lira(1) | 2.2332 | 2.2296 | 2.2267 | 2.2234 | 2.1994 | NA | NA | 2.2081 | 2.2052 | 2.2121 |
| Mauritian Rupee | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Mexican Peso | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Nepalese Rupee | 76.475 | 76.475 | 76.475 | 76.475 | 76.475 | NA | NA | 76.475 | 76.475 | NA |
| New Zealand Dollar(1 | 0.41675 | 0.41685 | 0.41515 | 0.41035 | NA | NA | NA | 0.41525 | 0.4161 | 0.41535 |
| Norwegian Krone | 8.8698 | 8.884 | 8.8978 | 8.931 | 9.0071 | NA | NA | 9.023 | 9.0225 | 9.0116 |
| Rial Omani | 0.3845 | 0.3845 | 0.3845 | 0.3845 | 0.3845 | 0.3845 | 0.3845 | 0.3845 | 0.3845 | 0.3845 |
| Pakistani Rupee | 60.86385 | 60.86385 | 60.86385 | 60.86385 | 60.86385 | NA | 60.86385 | 60.86385 | 60.86385 | 60.86385 |
| Polish Zloty | 3.9557 | 3.9887 | 3.972 | 3.9692 | 3.9888 | NA | NA | 3.992 | 3.9601 | 3.9863 |
| Qatar Riyal | 3.64 | 3.64 | 3.64 | 3.64 | 3.64 | 3.64 | 3.64 | 3.64 | 3.64 | 3.64 |
| Russian Ruble | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Saudi Arabian Riyal | 3.75 | 3.75 | 3.75 | 3.75 | 3.75 | 3.75 | 3.75 | 3.75 | 3.75 | 3.75 |
| Singapore Dollar | 1.839 | 1.8361 | 1.8347 | 1.8426 | 1.837 | NA | 1.8435 | 1.8503 | 1.85 | 1.851 |
| Slovak Koruna | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| South African Rand | 12.2545 | 12.5665 | 13.5445 | 12.4515 | 12.2065 | NA | NA | 11.9355 | 11.8515 | 12.1265 |
| Sri Lanka Rupee | 93.0825 | 93.0556 | 93.0247 | 93.0548 | 93.0694 | NA | 93.0654 | 93.0568 | 93.1023 | 93.1587 |
| Swedish Krona | 10.4575 | 10.5125 | 10.5325 | 10.5125 | NA | NA | NA | 10.7325 | 10.6675 | NA |
| Swiss Franc | 1.6349 | 1.6449 | 1.6346 | 1.6387 | 1.6719 | NA | NA | 1.683 | 1.6773 | NA |
| Thai Baht | 43.869 | 43.82 | 43.858 | 43.94 | 43.936 | 44.01 | 44.042 | 44.169 | 44.227 | NA |
| Trinidad And Tobago | 6.256 | 6.2389 | 6.26 | 6.2543 | 6.2241 | NA | NA | 6.2445 | 6.2363 | 6.2427 |
| U.A.E. Dirham | 3.6725 | 3.6725 | 3.6725 | 3.6725 | 3.6725 | 3.6725 | 3.6725 | 3.6725 | 3.6725 | 3.6725 |
| Venezuelan Bolivar | 752.25 | 754.25 | 755.25 | 755.755 | 755.75 | NA | 756.75 | 762.5 | 766.5 | 757.5 |

Notes:
These representative exchange rates, which are reported to the Fund by the issuing central bank, are expressed in terms of currency units per U.S. dollar, except for those indicated by
(1) which are in terms of U.S. dollars per currency unit, and those indicated by
(2) which are expressed in terms of currency units per SDR.