| | |
|---|---|
| **Internal Revenue Service** | **Department of the Treasury** |

Refer Reply to:
Lloyd Nelson

Group:
1314

Person to Contact:
Lloyd Nelson

Date:   MAY 2 0 2004

Employee Identification Number:
41-03467

Mark E & Mary S Hutton
7118 Clear Meadow Ct
Wichita, KS  67205-1058

Contact Telephone Number:
763-549-1010 x229

Dear Taxpayers,

On May 5, 2004, the Internal Revenue Service issued Announcement 2004-46 which provides taxpayers an opportunity to resolve their tax liabilities associated with transactions described in Notice 2000-44 ("Son of Boss"). We have enclosed a copy of Announcement 2004-46, which provides details on the settlement initiative. We have also enclosed a Notice of Election form to elect participation in the settlement.

To elect to participate, you must send written notice to the IRS on or before June 21, 2004. Complete the enclosed form and return it to the addresses indicated on the form. Please note in Section 4 that the election is prepared under penalties of perjury.

After reviewing your election, we will notify you of your eligibility to participate. If you are eligible to participate, we will ask you to provide additional information and documentation relating to the Son of Boss transaction. You must submit the additional information within 60 days of the date we mail the notification of eligibility to you. Settlement under this initiative will be pursuant to a Form 906, *Closing Agreement on Final Determination Covering Specific Matters*.

You can find more information about Announcement 2004-46, including frequently asked questions on our web site at http://www.irs.gov.

Please call us at the contact number provided at the top of this letter if you have questions.

Sincerely yours,

*Robin Keenan*

Robin Keenan for Lloyd Nelson
Revenue Agent

Enclosures (2)

374

EXHIBIT
1

605.1

Letter 3874 (5-2004)
Catalog Number 38460W

| Form **13582**<br>(May 2004) | Department of the Treasury - Internal Revenue Service<br># Notice of Election to Participate in<br>Announcement 2004-46 Settlement Initiative |
|---|---|

**NOTE:** Failure to provide *all the information required under Announcement 2004-46* for the Notice of Election by June 21, 2004, will make a taxpayer ineligible for the settlement.

## Section I.                                       Taxpayer Data

I elect to participate in the settlement initiative as described in Announcement 2004-46 and as contained in Internal Revenue Bulletin 2004-21 dated May 24, 2004.

1. Taxpayer name(s)
   MARK E. HUTTON,
   MARY S. HUTTON

   RECEIVED
   INDUSTRY HEAD...RS
   RETAILERS FOOD & PH...CEUTICALS
   JUN 22 2004
   INTERNAL REVENUE SERVICE

2. Taxpayer(s) identification number (EIN or SSN)
   [redacted]

3. Address (Street, City, State, ZIP code)
   7118 CLEARMEADOW CT.
   WICHITA, KS. 67205

4. Daytime telephone number
   316-721-1571

5. FAX number
   816-942-8081

6. Taxpayer currently is under Examination
   ☐ Yes (Please complete items 8 and 9.)   ☒ No

7. TEFRA partnership in which taxpayer is (was) a partner currently is under examination
   ☐ Yes (Please complete items 10 and 11.)   ☒ No

8. Name and address (Street, City, State, ZIP code) of examining revenue agent for taxpayer
   ROBIN KEENAN OR LOYD NELSON*
   *(SENT LTR 3874)

9. Daytime telephone number
   763-549-1010

10. Name and address (Street, City, State, ZIP code) of examining revenue agent for TEFRA partnership
    N/A

11. Daytime telephone number
    (   )

12. Taxpayer received a Statutory Notice of Deficiency    ☐ Yes   ☒ No

13. TEFRA partnership received a Notice of Final Partnership Administrative Adjustment    ☐ Yes   ☒ No

14. Taxpayer has a Power of Attorney (POA)    ☒ Yes (Please attach a copy.)   ☐ No

**NOTE:** For partners in TEFRA entities, the Power of Attorney *must include* the following statement.

"The acts authorized by the Power of Attorney include representation for the purposes of Subchapter C of Chapter 63 of the Internal Revenue Code."

## Section II.                                     Related Entities

Please provide the name and TIN of all entities known to the taxpayer that directly or indirectly were parties in the Notice 2000-44 transaction.

| | Name | TIN |
|---|---|---|
| 1. | CLEARMEADOW INVESTMENTS, LLC | 48-1257013 |
| 2. | CLEARMEADOW CAPITAL CORP. | 48-1251040 |
| 3. | | |

**EXHIBIT 2**

Catalog No. 38462S    Sheet 1 of 2    www.irs.gov

## Section II. Related Entities — continued

If any names in Section II (Sheet 1 of 2) are TEFRA entities, please provide the name, address, and daytime telephone numbers of the Tax Matters Partner (TMP).

| | TMP name | Telephone number |
|---|---|---|
| 1. | CLEAR MEADOW CAPITAL CORPORATION | 316-942-8855 |

Address (Street, City, State, ZIP code)
2233 S. WEST ST. CT.
WICHITA, KS 67213

| | TMP name | Telephone number |
|---|---|---|
| 2. | | ( ) |

Address (Street, City, State, ZIP code)

| | TMP name | Telephone number |
|---|---|---|
| 3. | | ( ) |

Address (Street, City, State, ZIP code)

## Section III.          Penalties

1. I qualify for the following penalty. (Check only one.)   ☐ 0%   ☐ 10%   ☒ 20%

2. I ☒ did (Please complete Section IV.)   ☐ did not   directly or indirectly claim tax benefits in any other listed transaction, regardless of when the transaction was listed or when the benefits were claimed.

## Section IV.    Listed transactions where tax benefits were claimed, either directly or indirectly

NOTICE 2003-81 TRANSACTION

**Taxpayer Attestation**

Under penalties of perjury, I declare that I have examined this statement, and to the best of my knowledge and belief, they are true, correct, and complete.

Signature of Taxpayer: [signed]   Date: 6/21/04

Signature of Taxpayer: Mari S. Hutton   Date: 6-21-04

### Instructions

1. Send your completed Form 13582 to:

   Internal Revenue Service
   ATTN: Announcement 2004-46
   1901 Butterfield Road, Ste. 310
   Downers Grove, IL 60515

2. If you are under examination or if any TEFRA partnership in which you are a partner is under examination, please send a copy of this Notice of Election to the examining revenue agent.

**PRIORITY MAIL** — UNITED STATES POSTAL SERVICE®

CONSTRUCTION CORPORATION
Wichita, KS 67213

CERTIFIED MAIL™

7002 3150 0000 3744 45[__]

Internal Revenue Service
ATTN: Announcement 2004-46
1901 Butterfield Road, Ste. 310
Downers Grove, IL 60515

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
WICHITA, KS
67276
JUN 21 '04
AMOUNT
$7.90
0001342O-08

60515

| | |
|---|---|
| **Internal Revenue Service**<br>**6040 Earle Brown Drive**<br>Room 200 EG1315LN<br>Brooklyn Center, MN 55430 | **Department of the Treasury**<br>Refer Reply to:<br>  EG: 1315: LN<br>Group:<br>  Area 9, Territory 1, 1314 |

Date: July 21, 2004

Person to Contact:
  Lloyd Nelson

**Mark E. & Mary S. Hutton**
7118 Clear Meadow Ct
Wichita, KS 67205

Employee Identification Number:
  41-03467
Contact Telephone Number:
  763-549-1010 x 229

Dear Mr. & Mrs. Hutton:

This letter is to acknowledge receipt of your Form 13582, *Notice of Election to Participate in Announcement 2004-46 Settlement Initiative*. In accordance with Section 4 of Announcement 2004-46, you are required to provide the IRS with all of the information and documentation requested below **within 60 days from the date of this letter.**

- A completed Form 13586, *Additional Information and Documentation for Announcement 2004-46 Settlement Initiative --- 60-Day Response* (enclosed). If more than one year is involved, prepare a Form 13586 *for each year* you derived a benefit from a Notice 2000-44 (or a substantially similar) transaction. This requirement also applies to any year for which the statute of limitation for assessment is closed.

- A completed Form 13586-A, *Announcement 2004-46 Settlement Initiative Declaration*. Once you complete Form 13586, transfer the information to the appropriate lines on Form 13586-A. *If more than one year is involved, summarize the Forms 13586 and transfer the sum to the appropriate lines provided on Form 13586-A. Form 13586-A must be signed under penalties of perjury.*

- Promotional materials in your possession that you have not previously provided to the IRS.

- All applicable Schedules K-1.

- Verification of fees paid or accrued directly by taxpayer.

*If you are not currently under examination by the IRS*, provide the following documents for each year in which you derived a tax benefit from the transactions.

- A complete copy of each applicable tax return
- All related returns (e.g., Forms 1041, 1120S, 1065)
- Any amended returns filed

We have provided a self-addressed envelope for your convenience. In addition, Forms 13586 and 13586-A are available and can be filled in electronically at www.irs.gov. If you have any questions, please call the contact person listed above.

Sincerely yours,

Lloyd Nelson
Internal Revenue Agent

Enclosures (3)
Form 13586
Form 13586-A
Envelope


EXHIBIT 3

Letter 3873 (5-2004)
Catalog Number 38459V

378

# Examining Officer's Activity Record

| | |
|---|---|
| **Examining Officer** | **Date assigned/Opened** |
| Candace Fisher | |

**Taxpayer** *(use the preprinted label if possible)*
Name: Hutton, Mark E. and Mary S.
Address: 7118 Clearmeadow Ct.
Wichita, KS 67205

**Taxpayer's Representative**
Name: Anthony S. Gasaway
Address:

Phone: 314-324-8465 cell
FAX:   314-961-3912

Does this case meet Taxpayer Advocate Case Criteria?     YES     NO

Business Name
Address

Phone – Residence
Business  942-8855
FAX

Representative has:     Power of Attorney     TP's Authorization

## Contacts and Activities

| Date | LOC | CONT | Time on Activity | Remarks, Notes, Actions Taken |
|---|---|---|---|---|
| 11/15/2004 | | | | Case reassigned. Prior Agent retired. Per notes in file he sent L3873, 13586, 13586-A and ZL937 on 7/21/2004. No workpapers, activity record, etc. On 10/19/04, RA Nelson called POA to check status of 60 day letter. |

CONT = Contact Codes:   T = Taxpayer   R = Representative   O = Other
LOC = Location of Activity:   1. Telephone   2. T/P's Office   3. Rep's Office   4. Correspondence   5. Other (expla
Form **9984** (Rev. 8-2001)   Catalog Number 92068W   publish.no.irs.gov   Department of the Treasury – **Internal Reve**

**EXHIBIT 3A**

378A                                                                                    Workpaper#:

| | |
|---|---|
| **Internal Revenue Service**<br>6040 Earle Brown Drive<br>Room 200 Stop 1315LN<br>Brooklyn Center, MN 55430 | **Department of the Treasury** |

Date: July 21, 2004

**Taxpayer Identification Number**:

Anthony S. Gasaway
100 S 4th St, Suite 700
St. Louis, MO 63119

**Person to Contact/ID Number**:
Lloyd Nelson / 41-03467

**Contact Telephone Number**:
763-549-1010 ext 229

Dear Mr. Gasaway:

We are sending you the enclosed material under the provisions of your power of attorney or other authorization on file with us. For your convenience, we have listed the name of the taxpayer to whom this material relates.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

Lloyd Nelson
Internal Revenue Agent

Enclosures:
[x] Letter(s)
[ ] Report(s)
[x] Form 13586 & Form    13586-A
Taxpayer's Name:    Mark & Mary Hutton

Letter 937 (8-2000)
Cat. No. 30760X

**EXHIBIT**
4

605-4

379

| | |
|---|---|
| **Internal Revenue Service** | **Department of the Treasury** |

Refer Reply to:
S:C:9:WIC:7

Group:
1557

Date: December 22, 2004

Person to Contact:
Martie TenEyck

Employee Number:
48-00250

Mark E. & Mary S. Hutton
7118 Clear Meadow Ct.
Wichita, KS 67205

Contact Telephone Number:
316-352-7336

Dear Mr. & Mrs. Hutton:

We did not receive an election from you to participate in the Son of Boss Settlement Initiative, per Announcement 2004-46. In this regard, we will make every attempt to expedite the closure of your case.

Enclosed you will find a request for information that we will need to ensure that we have all documents and information pertaining to your case. Please provide the requested information within 14 days from the date of this letter. Once we receive the information, we will provide you with Form 4549-A, *Income Tax Examination Changes* (Audit Report) which will show the tax deficiency, any applicable penalties, and interest you owe. If you wish to agree to the determination, you will sign and return Form 870 (Waiver).

Your immediate attention to this matter will be greatly appreciated. If you have any questions, please contact me at the number above.

Sincerely,

Martie TenEyck
Revenue Agent #48-00250

Enclosure (2)
Information Document Requests #1 & #2

380


EXHIBIT 5

Letter 3907 (7-2004)
Catalog Number 38741S



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Date: January 21, 2005

Mark E. & Mary S. Hutton
7118 Clear Meadow Court
Wichita, KS 67205

Taxpayer Identification Number:

Consent Form Number:
   872-I
Kind of Tax:
   Income and any related partnership items
Tax Year(s) Ended:
   Dec. 31, 2001; Dec. 31, 2002
Person to contact/ID Number:
   Martie TenEyck  48-00250
Contact Telephone Number:
   316-352-7336

Dear Mr. & Mrs. Hutton,

The statute of limitation period allowed by law for assessing additional tax on your federal tax return(s) will expire soon. We are requesting your consent to extend the statute of limitation period for the federal tax period(s) indicated above.

We have enclosed Form(s) 872-I used to extend the statute of limitation period. Please sign and return all forms in the enclosed envelope within 7 days from the date of this letter. Upon acceptance, we will return a signed copy for your records.

Before signing this form, it is important that you understand your rights concerning consents. Some of these rights are:

1) You have the right to refuse to extend the statute of limitation period.

2) You have the right to request that the extension be limited to particular issues held open for further examination or appeal.

3) You have the right to request the limitation period be limited to a specific date.

Please refer to the enclosed Publication *1035, Extending the Tax Assessment Period,* for a more detailed explanation of your rights and options. It may be considered that you have cooperated with the Internal Revenue Service, for purposes of determining who has the burden of proof in any court proceeding, even if you do not sign the consent form.

Please note however that should you decline to execute the consent Form 872-I and/or we do not receive the executed consent within 7 days from the date of this letter, we will not be bound by the terms of the Announcement 2004-46 settlement initiative and will proceed with issuance of a Statutory Notice of Deficiency.

EXHIBIT
6

As required by law, we send separate consent forms to each individual filing a joint return and each individual must sign a consent form. You may each sign your individual copies of the consent or you may both sign one set together.

If you have questions concerning the enclosed form or your rights when extending the statute of limitations, please call me at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

                                                Sincerely,

                                                Martie TenEyck
                                                Revenue Agent
                                                48-00250

Enclosure:

Consent Form
Envelope
Publication 1035


Cc: Anthony Gasaway, Power of Attorney

| Form **872-I** (Rev. July 2003) | Department of the Treasury-Internal Revenue Service **Consent to Extend the Time to Assess Tax As Well As Tax Attributable to Items of a Partnership** | In reply refer to: 4557WIC Taxpayer Identification Number ▓▓▓▓▓ |
|---|---|---|

Mark E. Hutton and Mary S. Hutton
*(Name(s))*

taxpayer(s) of  7118 Clear Meadow Court, Wichita, Kansas 67205
*(Number, Street, City or Town, State, ZIP Code)*

and the Commissioner of Internal Revenue consent and agree to the following:

(1) The amount of any Federal _____ Income _____ tax due on any return(s) made by or
*(Kind of tax)*

for the above taxpayer(s) for the period(s) ended  December 31, 2001 and December 31, 2002

may be assessed at any time on or before _____ December 31, 2006 _____ . However, if
*(Expiration date)*

a notice of deficiency in tax for any such period(s) is sent to the taxpayer(s) on or before that date, then the time for assessing the tax will be further extended by the number of days the assessment was previously prohibited, plus 60 days.

(2) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 months after this agreement ends.

'Without otherwise limiting the applicability of this agreement, this agreement also extends the period of limitations for assessing any tax (including additions to tax and interest) attributable to any partnership items (see section 6231 (a)(3)), affected items (see section 6231(a)(5)), computational adjustments (see section 6231(a)(6)), and partnership items converted to nonpartnership items (see section 6231(b)). This agreement extends the period for filing a petition for adjustment under section 6228(b) but only if a timely request for administrative adjustment is filed under section 6227. For partnership items which have converted to nonpartnership items, this agreement extends the period for filing a suit for refund or credit under section 6532, but only if a timely claim for refund is filed for such items. In accordance with paragraph (1) above, an assessment attributable to a partnership shall not terminate this agreement for other partnerships or for items not attributable to a partnership. Similarly, an assessment not attributable to a partnership shall not terminate this agreement for items attributable to a partnership.'

**MAKING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.**

YOUR SIGNATURE HERE ➤ _____    _____
*(Date signed)*

SPOUSE'S SIGNATURE ➤ _____    _____
*(Date signed)*

TAXPAYER'S REPRESENTATIVE
SIGN HERE ➤ _____    _____
*(Date signed)*

CORPORATE NAME ➤ _____

CORPORATE OFFICER(S) SIGN HERE ➤ _____  _____  _____
                                    *(Title)*        *(Date signed)*

➤ _____  _____  _____
 *(Title)*        *(Date signed)*

INTERNAL REVENUE SERVICE SIGNATURE AND TITLE

Faris R. Fink                         Director, Area 9, SB/SE Compliance
*(Division Executive Name - see instructions)*    *(Division Executive Title - see instructions)*

BY _____    _____
*(Authorized Official Signature and Title - see instructions)*    *(Date signed)*

(Signature instructions are on the back of this form)    www.irs.gov    Catalog Number 31733A    Form **872-I** (Rev. 7-2003)

605.12

| | |
|---|---|
| **Internal Revenue Service** | **Department of the Treasury** |

Refer Reply to:
  Stop 4557-WIC, MT

Group:
  1557

Person to Contact:
  Martie TenEyck

Date: 2/7/05

Employee Identification Number:
  48-00250

Contact Telephone Number:
  316-352-7336

Mark E. & Mary S. Hutton
7118 Clear Meadow Ct.
Wichita, KS 67205

Dear Mr. & Mrs. Hutton:

We received your election to participate in the settlement initiative under Announcement 2004-46 and have determined that you are not eligible to participate in this initiative for the following reason:

- ☐ You do not meet the eligibility requirements of Section 3 of Announcement 2004-46.

- ☒ You did not comply with the Required Procedures for Electing Participants under Section 4 of Announcement 2004-46.

- ☐ You failed to provide the following information:

If you have any questions, please contact Martie TenEyck at the number provided above.

                Sincerely,

                David C. Wright
                Group Manager

Cc: Tony Gasaway, Power of Attorney


EXHIBIT 7

Letter 3869 (5-2004)
Catalog Number 38461H

**Internal Revenue Service**  
271 W. 3rd St., Ste 5000  
Stop 4557-WIC, mt  
Wichita, KS 67202

**Department of the Treasury**

**Date:** March 24, 2005

| | |
|---|---|
| **Taxpayer TIN:** | ██████ |
| **Tax Form:** | 1040 |
| **Tax Period(s):** | 2001 |
| **Person to Contact:** | Martie TenEyck |
| **Employee ID:** | 48-00250 |
| **Telephone Number:** | 316-352-7336 |
| **Fax Number:** | 316-352-7255 |

Hutton, Mark E. & Mary S.  
7118 Clearmeadow Ct.  
Wichita, KS  67205

Dear Mr. & Mrs. Hutton:

On 3/16/05, I received a call from a Mr. Rick Happle, who said he worked with Tony Gasaway, your Power of Attorney. Mr. Happle stated that Mr. Gasaway wanted to set up an appointment to meet with me on April 8, 2005 at 8:30 am. He said that he would confirm the date with Mr. Gasaway and call me back to confirm the appointment. I did not hear back from Mr. Happle. I have called Mr. Gasaway on March 17th and March 23rd and left messages for him to call me. Mr. Gasaway has not returned my phone calls.

As shown on the next two pages, I have tried numerous times to reach Mr. Gasaway and he has only returned my phone calls on occasion.

Thus, I am writing to you to set up an appointment for you and Mr. Gasaway to meet with me on Friday, April 8, 2005 at 8:30 am at the Internal Revenue Service, 271 W. 3rd St. N., Wichita, Kansas. At this time, please provide all the information requested on Document Requests #1 and #2. Please call me by April 1, 2005 to confirm this appointment.

Thank you. I look forward to meeting you on April 8, 2005.

Sincerely yours,

Martie TenEyck  
Internal Revenue Agent

Encl: Letter 907

Cc: Anthony Gasaway, Power of Attorney

Rev. 05/2004


EXHIBIT 8

Summary of Correspondence:

On December 22, 2004, I issued Document Request # 1 and Document Request #2 to you with a response date of January 5, 2005.

On January 3, 2005, Mr. Gasaway called me requesting additional time to provide the requested information. We agreed upon January 12, 2005 as the date to provide this information.

On January 13, 2005, I called Mr. Gasaway and left a message for him to call me.

On January 18, 2005, I received a letter from Mr. Gasaway, dated January 12, 2005, requesting additional time to provide the requested information. Mr. Gasaway stated "... I am diligently gathering the records and will be able to produce them by February 28, 2005..."

I called Mr. Gasaway on January 21, 2005 and left a message for him to call me. I was going to advise him that this request for additional time was granted. Due to the impending expiration of the Statute of Limitations on the 2001 tax year, I mailed you a Form 872-I, extending the Statute until December 31, 2006.

Mr. Gasaway called me back on January 24, 2005, he said he was in an airport and could not talk, but would call me back on January 25th.

On January 27, 2005, as Mr. Gasaway had not called me back as he had stated he would, I called and once again left a message for him to call me.

I called and left another message on January 28, 2005.

On February 3, 2005, Mr. Gasaway called while I was out of the office.

I returned Mr. Gasaway's call on February 7th and left another message. Mr. Gasaway returned my call that evening after I had left work for the day requesting an appointment.

I returned Mr. Gasaway's call on February 8, 2005 and left a message.

I called again and left messages on February 9th and 10th.

Mr. Gasaway returned my call on the 10th and stated that he believed the Form 872-I would be signed. I requested a copy of the Hutton Construction, Form 1120S for 2003. Mr. Gasaway stated that he would confirm the signing of the F872-I and see about providing the Form 1120S. He also stated that he would have the information requested on Document Request #1 and Document Request #2 to me by February 28, 2005.

On February 16, 2005, Mr. Gasaway called and left a message that you would agree to extending the statute of limitations 6 months rather than 12 months. I called Mr. Gasaway back and left a message.

On February 22, 2005, I called Mr. Gasaway and left a message for him to call me. I mailed you a new Form 872-I, extending the statute to April 15, 2006. This was an extension of 7 ½ months.

On March 2, 2005, I called Mr. Gasaway and left a message as I did not receive the information requested that was due February 28, 2005, as agreed.

I called Mr. Gasaway again on March 3rd and left a message. I was out of the office from March 4th-7th.

On March 4, 2005, I received a FAX from Mr. Gasaway stating that I had tried to extend the statute of limitations by 18 months. The Form 872-I that I mailed to you on February 22nd, extended the statute of limitations to April 15, 2006, which is an extension of 7 ½ months. He also stated that you were only willing to extend the statute to December 31, 2005. This is an extension of 4 months.

The March 4th FAX also stated "Based solely upon the delay caused by the summons conferences, I have agreed to extend the statute of limitations by six months. At this point, I anticipate at least a partial response to your requests in March 2005."

I called Mr. Gasaway on March 8, 2005 and left a message for him to call me.

On 3/16/05, I received a call from a Mr. Rick Happle, who said he worked with Tony Gasaway, your Power of Attorney. Mr. Happle stated that Mr. Gasaway wanted to set up an appointment to meet with me on April 8, 2005 at 8:30 am. He said that he would confirm the date with Mr. Gasaway and call me back to confirm the appointment. I did not hear back from Mr. Happle. I have called Mr. Gasaway on March 17th and March 23rd and left messages for him to call me. To date, Mr. Gasaway has not returned my phone calls.

Rev. 05/2004

387

3

005-46