**Internal Revenue Service**
271 W. 3rd St., Ste 5000
Stop 4557-WIC, mt
Wichita, KS 67202

**Department of the Treasury**

**Date: March 24, 2005**

**Taxpayer Identification Number:**
[redacted]

**Person to Contact/ID Number:**
Martie TenEyck /48-00250

**Contact Telephone Number:**
316-352-7336

Anthony S. Gasaway
41 S. Old Orchard, Ste B
St. Louis, MO 63119

Dear Mr. Gasaway,

We are sending you the enclosed material under the provisions of your power of attorney or other authorization on file with us. For your convenience, we have listed the name of the taxpayer to whom this material relates.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

Martie TenEyck
Internal Revenue Agent

Enclosures:
[X] Letter(s)
[ ] Report(s)
[X] Other
Taxpayer's Name: Hutton, Mark E. & Mary S.

EXHIBIT
tabbies
9

Letter 937 (8-2000)
Cat. No. 30760X



605-5

**Internal Revenue Service**
271 W. 3rd St., Ste 5000
Stop 4557-WIC, mt
Wichita, KS 67202

**Department of the Treasury**

**Date:** March 29, 2005

**Taxpayer TIN:** [redacted]
**Tax Form:** 1040
**Tax Period(s):** 2001

**Person to Contact:** Martie TenEyck
**Employee ID:** 48-00250

**Telephone Number:** 316-352-7336
**Fax Number:** 316-352-7255

Mark E. & Mary S. Hutton
7118 Clearmeadow Ct.
Wichita, KS 67205

Dear Mr. & Mrs. Hutton:

At the request of your Power of Attorney, Tony Gasaway, through a phone call with Rick Happle on March 29th, I have changed our appointment date from April 8th to April 12th. The new appointment is as follows:

**Appointment Information**

**Location:** Internal Revenue Service
271 W. 3rd St. N.
Wichita, Kansas

**Date:** Tuesday, April 12, 2005
**Time:** 8:30 am

At this time, please provide all the information requested on Document Request #1 and Document Request #2.

Thank you.

Sincerely,

Martie TenEyck
Internal Revenue Agent

EXHIBIT
tabbies
10

Cc: Anthony Gasaway, Power of Attorney



Rev. 05/2004



605-5

**Internal Revenue Service**
271 W. 3rd St., Ste 5000
Stop 4557-WIC, mt
Wichita, KS 67202

**Department of the Treasury**

**Date: March 29, 2005**

**Taxpayer Identification Number:**
[redacted]

**Person to Contact/ID Number:**
Martie TenEyck /48-00250

**Contact Telephone Number:**
316-352-7336

Anthony S. Gasaway
41 S. Old Orchard, Ste B
St. Louis, MO 63119

Dear Mr. Gasaway,

We are sending you the enclosed material under the provisions of your power of attorney or other authorization on file with us. For your convenience, we have listed the name of the taxpayer to whom this material relates.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

Martie TenEyck
Internal Revenue Agent

Enclosures:
[X] Letter(s)
[ ] Report(s)
[ ] Other
Taxpayer's Name: Hutton, Mark E. & Mary S.

EXHIBIT
tabbies
11

Letter 937 (8-2000)
Cat. No. 30760X



605-53

**Anthony S. Gasaway**
*Attorney at Law*
*Tax Controversy and Litigation*

41 South Old Orchard
Suite B
Webster Groves, Missouri
USA 63119

Phone: 314-961-3812
Fax: 314-918-7120
Cellular 314-324-8465
Email: tonyg@gasawaytaxlaw.com

RECEIVED
APR 1 1 2005
IRS

April 11, 2005 VIA Fax

Internal Revenue Service
Attn: Martie TenEyck
271 W. 3rd St. Ste 5000
Wichita, KS 67202

Re: Request For Consents and IDR Responses

Dear Ms. TenEyck:

I am in receipt of your letters dated March 24, 2005 and March 29, 2005 to set an appointment in this case. Unfortunately, when Mr. Happel rescheduled the meeting for April 12, 2005, he was unaware that my wife has jury duty during this week, requiring my presence in St. Louis for family matters. Consequently, I suggest that the meeting either occur in St. Louis this Friday or in Wichita next week. Please advise of you availability.

Also, I request that you discontinue the practice of contacting my client directly for no reason other than to complain of my allegedly infrequent communications with you. As the attachment to your March 24th letter states, I have communicated with you via telephone or letter on no fewer than nine (9) occasions from January 3, 2005 through March 16, 2005. I intend on cooperating in this matter. However, such inappropriate communications by you hinders such approach.

Attached hereto is a signed Form 872-I extending the statute of limitations for 2001 to December 31, 2005.

Sincerely

Anthony S. Gasaway

EXHIBIT 12



605-5

| Form **872-I** (Rev. February 2005) | Department of the Treasury-Internal Revenue Service **Consent to Extend the Time to Assess Tax As Well As Tax Attributable to Items of a Partnership** | In reply refer to: 4557-WIC<br>Taxpayer Identification Number<br>[redacted] |
|---|---|---|

Mark E. Hutton and Mary S. Hutton
*(Name(s))*

taxpayer(s) of 7118 Clear Meadow Court, Wichita, Kansas 67205
*(Number, Street, City or Town, State, ZIP Code)*

and the Commissioner of Internal Revenue consent and agree to the following:

(1) The amount of any Federal Income *(Kind of tax)* tax due on any return(s) made by or for the above taxpayer(s) for the period(s) ended December 31, 2001

may be assessed at any time on or before December 31, 2005 *(Expiration date)*. However, if a notice of deficiency in tax for any such period(s) is sent to the taxpayer(s) on or before that date, then the time for assessing the tax will be further extended by the number of days the assessment was previously prohibited, plus 60 days.

(2) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 months after this agreement ends.

Without otherwise limiting the applicability of this agreement, this agreement also extends the period of limitations for assessing any tax (including additions to tax and interest) attributable to any partnership items (see section 6231 (a)(3)), affected items (see section 6231 (a)(5)), computational adjustments (see section 6231(a)(6)), and partnership items converted to nonpartnership items (see section 6231 (b)). This agreement extends the period for filing a petition for adjustment under section 6228(b) but only if a timely request for administrative adjustment is filed under section 6227. For partnership items which have converted to nonpartnership items, this agreement extends the period for filing a suit for refund or credit under section 6532, but only if a timely claim for refund is filed for such items. In accordance with paragraph (1) above, an assessment attributable to a partnership shall not terminate this agreement for other partnerships or for items not attributable to a partnership. Similarly, an assessment not attributable to a partnership shall not terminate this agreement for items attributable to a partnership.

RECEIVED
APR 11 2005
IRS WIC

Not Accepted
Signed by POA
who doesn't have Authority

**Your Rights as a Taxpayer**

You have the right to refuse to extend the period of limitations or limit this extension to a mutually agreed-upon issue(s) or mutually agreed-upon period of time. ***Publication 1035, Extending the Tax Assessment Period,*** provides a more detailed explanation of your rights and the consequences of the choices you may make. If you have not already received a Publication 1035, the publication can be obtained, free of charge, from the IRS official who requested that you sign this consent or from the IRS' web site at www.irs.gov or by calling toll free at 1-800-829-3676. Signing this consent will not deprive you of any appeal rights to which you would otherwise be entitled.

**SIGNING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.**

YOUR SIGNATURE HERE ➔ ............................................ ............ (Date signed)

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

SPOUSE'S SIGNATURE ➔ ............................................ ............ (Date signed)

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

TAXPAYER'S REPRESENTATIVE

SIGN HERE ➔ ............................................ 3/1/05 (Date signed)

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B). In addition, the taxpayer(s) has been made aware of these rights.

CORPORATE NAME ➔ ............................................

CORPORATE OFFICER(S) SIGN HERE

➔ ............................................ (Title) ............ (Date signed)

➔ ............................................ (Title) ............ (Date signed)

I (we) am aware that I (we) have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501 (c)(4)(B)

## INTERNAL REVENUE SERVICE SIGNATURE AND TITLE

Faris R. Fink — (Division Executive Name - see instructions)

Midwest Area Director, SB/SE Compliance — (Division Executive Title - see instructions)

BY ............................................ (Authorized Official Signature and Title - see instructions) ............ (Date signed)

## Instructions

If this consent is for:

- Income tax, self-employment tax, or FICA tax on tips and is made of any year (s) for which a joint return was filed, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of this form.
- Gift tax and the donor and the donor's spouse elected to have gifts to third persons considered as made one-half by each, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of this form.
- Chapter 41, 42, or 43 taxes involving a partnership or is for a partnership return, only one authorized partner need sign.
- Chapter 42 taxes, a separate Form 872 should be completed for each potential disqualified person, entity, or foundation manager that may be involved in a taxable transaction during the related tax year. See Revenue Ruling 75-391, 1975-2C.B 446.

If you are an attorney or agent of the taxpayer(s), you may sign the consent provided the action is specifically authorized by a power of attorney. If the power of attorney was not previously filed, you must include it with this form.

If you are acting as a fiduciary (such as executor, administrator, trustee, etc.) and you sign this consent, attach Form 56, Notice Concerning Fiduciary Relationship, unless it was previously filed.

If the taxpayer is a corporation, sign this consent with the corporate name followed by the signature and title of the officer(s) authorized to sign.

## Instructions for Internal Revenue Service Employees

Complete the Division Executive's name and title depending upon your division.

If you are in:

- the Small Business/Self-Employed Division, enter the name and title for the appropriate division executive for your business unit (e.g., Area Director for your area, Director, Compliance Policy, Director, Compliance Services).
- the Wage and Investment Division, enter the name and title for the appropriate division executive for your business unit (e.g., Area Director for your area; Director, Field Compliance Services)
- the Large and Mid-Size Business Division, enter the name and title of the Director, Field Operations for your Industry
- the Tax Exempt and Government Entities Division, enter the name and title for the appropriate division executive for your business unit (e.g., Director, Exempt Organizations; Director, Employee Plans; Director, Federal, State, and Local Governments; Director, Indian Tribal Governments; Director, Tax Exempt Bonds)
- Appeals, enter the name and title of the appropriate Director, Appeals Operating Unit

The signature and title line will be signed and dated by the appropriate authorized official within your division.

**Internal Revenue Service**
271 W. 3rd St., Ste 5000
Stop 4557-WIC, mt
Wichita, KS 67202

**Department of the Treasury**

Taxpayer: Mark & Mary Hutton
Taxpayer TIN: [redacted]
Tax Form: 1040
Tax Period(s): 2001

**Date:** April 12, 2005

Anthony S. Gasaway
41 S. Old Orchard, Ste B
St. Louis, MO 63119

**Person to Contact:** Martie TenEyck
**Employee ID:** 48-00250
**Telephone Number:** 316-352-7336
**Fax Number:** 316-352-7255

Dear Mr. Gasaway:

I'm sorry that you were not able to make our appointment this morning. Per your request, in your Fax dated 4/11/05, I have tried to call you to reschedule this appointment. I have left messages for you to call me.

I am available to meet with you on Monday, April 18, 2005; Thursday, April 21st; or Monday, April 25th, here in Wichita at our offices. Please call me so that we can schedule an appointment. I can be reached at the above number from 7:00 am to 3:30 pm.

I am not able to accept the Form 872I – Consent to Extend the Time to Assess Tax as well as Tax Attributable to Items of a Partnership, as the Form 2848 – Power of Attorney, you filed to represent the Huttons does not include the ability to discuss TEFRA partnership items. Please have Mr. & Mrs. Hutton sign the Form 872I and return it to me.

In order for you to sign the Form 872I and for me to discuss with you the items that flow from TEFRA partnerships to the Hutton's personal tax returns, I will need an amended Form 2848 to include the following statement: "The acts authorized by this Power of Attorney include the Representation for the purposes of Subchapter C of Chapter 63 of the Internal Revenue Code". This statement should be included on the Form 2848 on line item number 5, "Acts Authorized". I have attached a new Form 2848 with this language included for your convenience.

Thank you.

Sincerely,

Martie TenEyck
Revenue Agent #48-00250

EXHIBIT 13

Encl: Form 2848

Cc: Mark E. & Mary S. Hutton

Rev. 05/2004

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name ______
Telephone ______
Function ______
Date / /

**Part I** **Power of Attorney**
**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Mark E. & Mary S. Hutton**<br>**7118 Clear Meadow Ct.**<br>**Wichita, KS 67205** | [redacted]<br>[redacted] | |
| | Daytime telephone number ( ) | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Anthony S. Gasaway**<br>**41 S. Old Orchard, Suite B**<br>**St. Louis, MO 63119** | CAF No. **4006-04247R**<br>Telephone No. **314-961-3812**<br>Fax No. **314-918-7120**<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| **Income** | **1040** | **2000, 2001, 2002, 2003** |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney:
**The acts authorized by this Power of Attorney include the Representation for the purposes of Subchapter C of Chapter 63 of the Internal Revenue Code**

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ______ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☐

b If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here. . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

Signature — Date — Title (if applicable)

Print Name — ☐☐☐☐☐ PIN Number — Print name of taxpayer from line 1 if other than individual

Signature — Date — Title (if applicable)

Print Name — ☐☐☐☐☐ PIN Number

## Part II Declaration of Representative

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

**a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
**b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
**c** Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
**d** Officer—a bona fide officer of the taxpayer's organization.
**e** Full-Time Employee—a full-time employee of the taxpayer.
**f** Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
**g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
**h** Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter **(a–h)** | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |





605-59

Faxed to Ogden Service Center States

Form **2848** (Rev. March 2004) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name Martin TenEyck
Telephone 316 352-7336
Function SC 9 wic 7
Date 5/11/05

**Part I** **Power of Attorney**
**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| CLEARMEADOW INVESTMENTS LLC<br>2233 S. WEST STREET COURT<br>WICHITA, KS 67213 | : : | 48 : 1251013 |
| | Daytime telephone number ( ) | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| ANTHONY S. GASAWAY<br>41 SOUTH OLD ORCHARD, SUITE B<br>ST. LOUIS MO 63119 | CAF No. 4006-04247 R<br>Telephone No. 314-961-3812<br>Fax No. 314-918-7120<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address<br>RICHARD A. HAPPEL<br>41 SOUTH OLD ORCHARD SUITE B<br>ST LOUIS MO 63119 | CAF No. 0300-97130 R<br>Telephone No. 314-961-3369<br>Fax No. 314-918-7120<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Income | 1065 | 2001, 2002 |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ..............................

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

**For Privacy Act and Paperwork Reduction Notice, see page 4 of the Instructions.** Cat. No. 11980J

EXHIBIT 14

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☐

b If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here. . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] Signature — 5/11/05 Date — Title (if applicable)

Mark E. Hutton Print Name — ☐☐☐☐☐ PIN Number — Print name of taxpayer from line 1 if other than individual

Signature — Date — Title (if applicable)

Print Name — ☐☐☐☐☐ PIN Number

## Part II Declaration of Representative

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

**a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

**b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

**c** Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.

**d** Officer—a bona fide officer of the taxpayer's organization.

**e** Full-Time Employee—a full-time employee of the taxpayer.

**f** Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

**g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).

**h** Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter **(a–h)** | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | MO | [signature] | 5/9/05 |
| b | MO | [signature] | 5/9/05 |
| | | | |

# FACISIMILE COVER SHEET

TO: Martie TenEyck

PHONE: 316-352-7255

Date: June 8, 2005

Pages: 3

Concerns Summons Date of June 13, 2005

Tony Gasaway

EXHIBIT
15



605.85

**Anthony S. Gasaway**

*Attorney at Law*
*Tax Controversy and Litigation*

41 South Old Orchard
Suite B
Webster Groves, Missouri
USA 63119

Phone 314-961-3812
Fax 314-918-7120
Cellular 314-324-8665
Email tonyg@gasawaytaxlaw.com

June 8, 2005

RECEIVED
JUN 08 2005

Ms. Martie TenEyck
271 W. 3d St. Ste 5000
Wichita, KS 67202

Re: IRS Summons Issued to John Livingston

Dear Ms. TenEyck:

I am in receipt the summonses that you issued to Mark and Mary Hutton that seek many of the same documents that were provided to you on May 11, 2005, pursuant to IDR 1. During that conference, my clients produced many documents and objected to the production of documents that concerning transactions that occurred in years prior to the years under examination. To date, the Internal Revenue Service ("Service") has not advised my clients of the relevancy of those requests. For the following reasons my clients will not be producing additional documents on June 13, 2005, but may produce additional documents after they have had sufficient time to review the summons.

***The Summons Seeks Improperly Records Outside The Year Under Examination***

Although the subject summons was issued as part of the federal income tax examination of my clients' tax returns for the year ended December 31, 2001, it seeks improperly documents relating to transactions for six years other than the year under investigation. Such request violates Section 7602 that precludes the examination of books and records that are neither "relevant nor material" to the year under examination.

The subject summons is analogous to that issued in *United States v. Goldman*, 637 F.2d. 664 (9th Cir. 1980), where the lower court denied the Service's request to have the summoned party give testimony and produce books and records pertaining to years prior to those under examination. The Ninth Circuit upheld the denial stating that the Service cannot summons records from a prior year unless it establishes a "realistic expectation" that those records directly impact the tax liabilities under examination. Like the summons in *Goldman*, the subject summons clearly falls without both case law and statutory law. When asked on May 11th how the requests were relevant to the year under investigation, the Service was unable to produce an explanation.

***The Summons Is Unreasonable As To Time***

To the extent that the Service seeks records some of which fall without IDR 1, allowing eight (8) business days to produce documents concerning more than 50 requests

is improper and again violates Section 7606 that require the time of the summons be "reasonable under the circumstances."

Simply by way of example, I note that we have already provided you with the names of persons responsive to requests 1 and 2. Any legal memorandums requested in items 3, 4, 5, 6, and 7 are privileged and, as explained to you on May 11th, there are no brochures, economic projections, etc. As stated on May 11th, all documents relating to item 10 has been provided. Items 11, 12, and 13 are overly broad insofar as they relate to tax years other than 2001 and you have provided no explanation of the relevancy for such years. Until the explanation is received, we are not obligated to produce such documents. For item 14 and 15, relevant brokerage statements and wire transfers were provided. I will address the remaining items in due course as the timeframe for production is insufficient to respond to each.

If you have any questions regarding this letter, please call me at 314-961-3812.

Very truly yours,

Anthony S. Gasaway

ASG:aee



605-97