# In The United States Court of Federal Claims

No. 05-1223 T

(Filed: August 23, 2007)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPTIAL CORP., TAX
MATTERS PARTNER

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On August 22, 2007, defendant filed a memorandum in support of its motion for summary judgment, to which were attached 20 separate Adobe PDF files. That filing is hereby stricken**,** as it does not comply with United States Court of Federal Claims General Order 42A, Part I.4. On or before August 30, 2007, defendant shall refile its memorandum in support of its motion for summary judgment, combining the contents of each Adobe PDF file so as to minimize the total number of attachments filed (while keeping within the 2 megabyte maximum file size requirement). All filing deadlines for all remaining motions and briefs shall be filed in accordance with the timing provisions established by the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge