IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1223 T
(Judge Allegra)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPITAL CORP.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S MOTION FOR LEAVE TO CORRECT SOME ERRORS IN THE ELECTRONIC VERSION OF THE BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant, the United States, asks the Court for leave to correct two errors in the electronic version of the brief in support of the defendant's motion for summary judgment, originally filed on August 22. On August 23, the Court ordered the defendant to re-file the brief with its attachments in fewer files, and the defendant wishes to correct the errors in the new filing. The errors do not appear in the printed version of the documents that we delivered to the Court and mailed to the plaintiff's attorney on August 23.

The errors are these: (1) As filed, the electronic version omits pages 50-54 from the statutory appendix. They contain excerpts from Community Renewal Tax Relief Act of 2000, which the trial attorney scanned, but forgot to add to the filed document. (2) The electronic version shows underlining between the words "Exhibit Number" and "Description" in headings

on pages iii, iv, v, vi, vii, and viii of the brief and on pages i, ii, iii, iv, and v of appendix B. These corrections, if allowed, will make the text of the electronic version identical to the text of the printed version (except that the printed version has a title page for each of two volumes of appendix B and shows initials in the signature block of the brief).

The defendant's trial attorney has discussed this motion with the plaintiff's attorney, who has stated that he will not object to its allowance. As the Court requested in the Special Procedures Order of January 20, 2006, ¶ 3(a), the trial attorney will fax a copy of this motion to chambers.

WHEREFORE the defendant asks the Court to grant this motion.

Respectfully submitted,

s/Robert Stoddart

ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson

August 24, 2007