**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**No. 05-1223 T**
**(Judge Francis M. Allegra)**

**CLEARMEADOW INVESTMENTS, LLC &**
**CLEARMEADOW CAPITAL CORP., TAX MATTERS PARTNER,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA**

**Defendant**

---

PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME
IN WHICH TO FILE A RESPONSE TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT

---

Pursuant to RCFC 6(b) and 6.1, Plaintiff, Clearmeadow Investments, LLC, Clearmeadow Capital Corp., Tax Matters Partner, asks the Court for a thirty (30) day enlargement of time, from September 24, 2007 through October 24, 2007, inclusive, within which to file its response to Defendant's Motion for Summary Judgment. This is the first enlargement Plaintiff has sought for this purpose. The Plaintiff's attorney has discussed this motion with the Defendant's attorney, who stated that he will not object to its allowance.

As good cause for this motion, Plaintiff states the following:

1. Plaintiff's attorney has been unavailable to respond to Defendant's Motion due to Plaintiff's attorney's participation in a District Court proceeding in Kansas City.

2. Plaintiff's attorney has also been unavailable to respond to Defendant's Motion for Summary Judgment due to Plaintiff's attorney's involvement in an administrative resolution of a pending Tax Court matter before the IRS appeals division.

3. This case is factually complex and presents intricate legal issues which require Plaintiff's attorney's full attention, which until now has not been possible due to Plaintiff's attorney's other commitments.

4. Because of Defendant's voluminous proposed findings of fact and summary judgment motion, which requires careful review and response, as required under the RCFC 56, Plaintiff's trial attorney is requesting an enlargement of time for an additional thirty (30) days.

WHEREFORE the Plaintiff requests that the Court grant this motion.

Respectfully submitted,

Date: September 19, 2007

/s/: Thomas C. Pliske
Thomas C. Pliske
Attorney at Law
16 Bridle Spur Court
St. Charles, MO 63303-4400
314-795-7800 telephone
314-872-7374 facsimile