**IN THE UNITED STATES COURT OF FEDERAL CLAIM**

**No. 05-1223 T**
**(Judge Allegra)**

**CLEARMEADOW INVESTMENTS, LLC,**
**CLEARMEADOW CAPITAL CORP.,**
**Tax Matters Partner,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Clearmeadow Investments, LLC, Clearmeadow Capital Corp., Tax Matters Partner, moves the Court to grant judgment in its favor of Plaintiff's Cross Motion for Summary Judgment because there are no genuine issues of material fact, and the Plaintiff is entitled to judgment as a matter of law.

Respectfully Submitted,

Dated: October 24, 2007

/s/ THOMAS C. PLISKE
THOMAS C. PLISKE
Stientjes & Pliske, LLC
1120 Olivette Executive Parkway
Suite 220
St. Louis, MO 63132
Tel: (314) 872-3988
Fax: (314) 872-7374

Attorney for Plaintiff