# AFFIDAVIT

I, Scott Hewitt, CPA, being first duly sworn, hereby state the following under penalty of perjury:

1. I am a certified public accountant "CPA", licensed in the state of Kansas.

2. I practice in the public accounting profession providing such services as the preparation of tax returns and providing tax advice along with other accounting services to my clients.

3. I have been Mark E. Hutton's personal accountant from 1993 to the present, providing such services as personal and business tax advice and preparing his tax returns.

4. I have prepared Mark E. Hutton's annual Form 1040, U.S. Individual Income Tax Returns, since 1994, including those years for which any tax benefits flowed from his investment in the market linked deposit investment.

5. In early 2001, Mark E. Hutton requested my assistance in evaluating an investment in certain foreign currency market linked deposits "MLD" that had been suggested to him by his personal financial adviser, Brian Hanning.

6. Mark Hutton, had participated in a conference call with the law firm of Cantley & Sedacca, LLP to learn about the MLD investment, but wanted my independent advice about the investment and any tax benefits that might be associated with this investment.

7. I subsequently participated in a conference call with Mark and the law firm of Cantley & Sedacca, LLP, concerning the MLD investment and the proper tax treatment of the investment.

8. In the conference call that Mark asked me to participate in, I was able to ask questions in order to satisfy myself as to understanding the tax benefits that might flow from the MLD investment.

9. I discussed the investment with Mark E. Hutton and noted its possibility of a high return but also the risk of a large loss. I informed him that the tax benefits, as I understood them, would provide him some downside protection if he lost on the investment.

10. I was not a promoter of this MLD investment, nor did I receive any compensation from the promoter of this MLD investment, for providing any advice to Mark Hutton.

DEPOSITION EXHIBIT
1- Hewitt

11. I was unaware at the time of providing any advice to Mark Hutton regarding the MLD investment that the MLD investment had been determined by the Internal Revenue Service to be a "Listed Transaction".

12. To my knowledge, Mark Hutton was unaware at the time of the investment in the MLD that it was a listed transaction.

13. After the conference call with Cantley & Sedacca, LLP and Mark Hutton and after reviewing the extensive legal opinion from the law firm of Cantley & Sedacca, I advised Mark Hutton that the tax benefits that may result from the investment appear to be compliant with the law and, if an investor would take that into account in evaluating their overall investment strategy, the investment in the MLD would not be as high risk as it initially appeared.

Further the affiant saith not.

Scott R. Hewitt

Scott R. Hewitt, CPA
Hewitt & Company, PA
205 W. 2nd St.
Wichita, KS 67202
(316)-269-4500

Subscribed and sworn to before me, this 18th day of September, 2006.

[Notary Seal:]

RHONDA R. LEE
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 8-28-07

Rhonda R Lee
Notary Signature

NOTARY PUBLIC
My commission expires: 8-28-07.

**CANTLEY & SEDACCA, LLP**
ATTORNEYS AT LAW
5220 SPRING VALLEY ROAD, SUITE 610
DALLAS, TEXAS 75254
TEL. (972) 233-6175
FAX. (972) 361-0644

JEREMY I. NERENBERG
ASSOCIATE

MIAMI, FL
DALLAS, TX
SAN FRANCISCO, CA

March 1, 2002

**VIA FEDEX**

Amy Klupny
229 E. Williams, #310
Wichita, KS 67202

**Re: Sample Tax Return**

Amy:

Enclosed please find a sample tax return as it relates to the market linked deposit investment strategy. If you have any questions regarding this matter, please feel free to call Ed Sedacca or me. Thank you.

Very Truly Yours,

CANTLEY & SEDACCA, LLP

Jeremy I. Nerenberg

DEPOSITION EXHIBIT
2- Hewitt

Enclosures

SH 00106

CASE # 05-1223

Form **1065** Department of the Treasury Internal Revenue Service

# U.S. Return of Partnership Income

► See separate instructions.

**2001**

IRS use only — Do not write or staple in this space.

For calendar year 2001, or tax year beginning , 2001, and ending , 20 OMB No.1545-0099

| | | | |
|---|---|---|---|
| A Principal Business Activity INVESTMENT | Use the IRS label. Otherwise, print or type. | LLC NAME | D Employer Identification Number |
| B Principal Product or Service INVESTMENTS | | DRAFT | E Date Business Started 9/01/2001 |
| C Business Code Number 523900 | | | F Total Assets (see instrs) $ |

G Check applicable boxes: (1) [X] Initial return (2) [X] Final return (3) [ ] Name change (4) [ ] Address change (5) [ ] Amended return

H Check accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ..... ►

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year. ► 2

**Caution:** *Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| | Line | | | |
|---|---|---|---|---|
| INCOME | 1 a Gross receipts or sales | 1a | | |
| | b Less returns and allowances | 1b | 1c | |
| | 2 Cost of goods sold (Schedule A, line 8) | | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | |
| | 4 Ordinary income (loss) from other partnerships, estates, and trusts *(attach schedule)* | | 4 | |
| | 5 Net farm profit (loss) *(attach Schedule F (Form 1040))* | | 5 | |
| | 6 Net gain (loss) from Form 4797, Part II, line 18 | | 6 | |
| | 7 Other income (loss) *(attach schedule)* | | 7 | |
| | 8 **Total income (loss).** Combine lines 3 through 7 | | 8 | |
| DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS) | 9 Salaries and wages (other than to partners) (less employment credits) | | 9 | |
| | 10 Guaranteed payments to partners | | 10 | |
| | 11 Repairs and maintenance | | 11 | |
| | 12 Bad debts | | 12 | |
| | 13 Rent | | 13 | |
| | 14 Taxes and licenses | | 14 | |
| | 15 Interest | | 15 | |
| | 16a Depreciation (if required, attach Form 4562) | 16a | | |
| | b Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c | |
| | 17 Depletion **(Do not deduct oil and gas depletion.)** | | 17 | |
| | 18 Retirement plans, etc | | 18 | |
| | 19 Employee benefit programs | | 19 | |
| | 20 Other deductions *(attach schedule)* | | 20 | |
| | 21 **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 21 | |
| | 22 **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | 22 | |

DEPOSITION EXHIBIT 3-Hewitt

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

► Signature of General Partner or Limited Liability Company Member ►

May the IRS discuss this return with the preparer shown below (see instrs)? [X] Yes [ ] No

**Paid Preparer's Use Only**

Preparer's Signature

Preparer's SSN or PTIN

Firm's Name (or yours if self-employed), Address, and ZIP Code ►

Phone No.

SH 00131

BAA For Paperwork Reduction Act Notice, see separate instructions. CASE #05-1223

Form 1065 (2001)

DRAFT 1065

Form **1065** (2001) LLC NAME Page **2**

## Schedule A Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional Section 263A costs *(attach schedule)* | 4 | |
| 5 | Other costs *(attach schedule)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a Check all methods used for valuing closing inventory:

- (i) ☐ Cost as described in Regulations Section 1.471-3
- (ii) ☐ Lower of cost or market as described in Regulations Section 1.471-4
- (iii) ☐ Other (specify method used and attach explanation) ►

b Check this box if there was a writedown of 'subnormal' goods as described in Regulations Section 1.471-2(c) ► ☐

c Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ► ☐

d Do the rules of Section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If 'Yes', attach explanation.

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☐ Domestic general partnership b ☐ Domestic limited partnership<br>c ☒ Domestic limited liability company d ☐ Domestic limited liability partnership<br>e ☐ Foreign partnership f ☐ Other ► | | |
| 2 | Are any partners in this partnership also partnerships? | X | |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations Sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of Sections 6221 through 6233? If 'Yes,' see **Designation of Tax Matters Partner** below | | X |
| 5 | Does this partnership meet **all three** of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000; **and**<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If 'Yes,' the partnership may have to file Forms 8804, 8805 and 8813. See instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in Section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2001, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If 'Yes,' enter the name of the foreign country. ► | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520. See instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If 'Yes,' you may elect to adjust the basis of the partnership's assets under Section 754 by attaching the statement described in the instructions under **Elections Made by the Partnership** | X | |
| 12 | Enter the number of Forms 8865 attached to this return ► 0 | | |

### Designation of Tax Matters Partner (see instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

SH 00132

Name of Designated TMP ► S CORP

Identifying Number of TMP ► APPLIED FOR

Address of Designated TMP ►

**CASE # 05-1223** PTPA0112L 12/03/01 Form **1065** (2001)

Form 1065 (2001) LLC NAME Page 3

**Schedule K — Partners' Shares of Income, Credits, Deductions, etc**

| Section | (a) Distributive share items | Line | (b) Total amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | |
| | 2 Net income (loss) from rental real estate activities *(attach Form 8825)* | 2 | |
| | 3a Gross income from other rental activities — 3a | | |
| | b Expenses from other rental activities *(attach sch)* — 3b | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 Portfolio income (loss): a Interest income | 4a | 40,120. |
| | b Ordinary dividends | 4b | 404. |
| | c Royalty income | 4c | |
| | d Net short-term capital gain (loss) *(attach Schedule D (Form 1065))* | 4d | |
| | e (1) Net long-term capital gain (loss) *(attach Schedule D (Form 1065))* | 4e (1) | |
| | (2) 28% rate gain (loss) ► (3) Qualified 5-year gain ► | | |
| | f Other portfolio income (loss) *(attach schedule)* SEE STATEMENT 1 | 4f | 450. |
| | 5 Guaranteed payments to partners | 5 | 7,200. |
| | 6 Net Section 1231 gain (loss) (other than due to casualty or theft) *(attach Form 4797)* | 6 | |
| | 7 Other income (loss) | 7 | |
| Deductions | 8 Charitable contributions *(attach schedule)* | 8 | |
| | 9 Section 179 expense deduction *(attach Form 4562)* | 9 | |
| | 10 Deductions related to portfolio income (itemize) SEE STATEMENT 2 | 10 | 7,250. |
| | 11 Other deductions | 11 | |
| Credits | 12a Low-income housing credit: | | |
| | (1) From partnerships to which Section 42(j)(5) applies | 12a (1) | |
| | (2) Other than on line 12a(1) | 12a (2) | |
| | b Qualified rehabilitation expenditures related to rental real estate activities *(attach Form 3468)* | 12b | |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d Credits related to other rental activities | 12d | |
| | 13 Other credits | 13 | |
| Investment Interest | 14a Interest expense on investment debts | 14a | 38,920. |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 14b (1) | 40524 ~~40,974.~~ |
| | (2) Investment expenses included on line 10 above | 14b (2) | 7,250. |
| Self-Employment | 15a Net earnings (loss) from self-employment | 15a | 7,200. |
| | b Gross farming or fishing income | 15b | |
| | c Gross nonfarm income | 15c | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b Adjusted gain or loss | 16b | |
| | c Depletion (other than oil and gas) | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d (1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d (2) | |
| | e Other adjmnts & tax pref items | 16e | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ► | | |
| | b Gross income from all sources | 17b | |
| | c Gross income sourced at partner level | 17c | |
| | d Foreign gross income sourced at partnership level: | | |
| | (1) Passive ► (2) Listed categories *(attach sch)* ► (3) General limitation ► | 17d (3) | |
| | e Deductions allocated and apportioned at partner level: | | |
| | (1) Interest expense ► (2) Other ► | 17e (2) | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | (1) Passive ► (2) Listed categories *(attach sch)* ► (3) General limitation ► | 17f (3) | |
| | g Total foreign taxes (check one): ► ☐ Paid ☐ Accrued | 17g | |
| | h Reduction in taxes available for credit *(attach schedule)* | 17h | |
| Other | 18 Section 59(e)(2) expenditures: a Type ► b Amount ► | 18b | |
| | 19 Tax-exempt interest income | 19 | |
| | 20 Other tax-exempt income | 20 | |
| | 21 Nondeductible expenses | 21 | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 175,604. |
| | 23 Distributions of property other than money | 23 | 1,801,000. |
| | 24 Other items and amounts required to be reported separately to partners *(attach schedule)* | | |

BAA Form 1065 (2001)

CASE # 05-1223 PTPA0134L 01/01/02 SH 00133

Form **1065** (2001) LLC NAME Page **4**

## Analysis of Net Income (Loss)

1 Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b . . . 1 2,004.

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | -5,196. | | | 7,200. | | |

## Schedule L Balance Sheets per Books (Not required if question 5 on Schedule B is answered 'Yes.')

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets *(attach schedule)* | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments *(attach schedule)* | | | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets *(attach schedule)* | | | | |
| 14 **Total** assets | | | | 0. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities *(attach sch)* | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities *(attach schedule)* | | | | |
| 21 Partners' capital accounts | | | | 0. |
| 22 **Total** liabilities and capital | | | | 0. |

## Schedule M-1 Reconciliation of Income (Loss) per Books with Income (Loss) per Return
(Not required if question 5 on Schedule B is answered 'Yes.')

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -5,196. | 6 Income recorded on books this year not included on Schedule K, lines 1 though 7 (itemize): a Tax-exempt interest . . $ | |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | | |
| 3 Guaranteed payments (other than health insurance) | 7,200. | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): a Depreciation . . . . . $ | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): a Depreciation . . . . . . $ b Travel and entertainment . . . . . $ | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | 2,004. | 9 Income (loss) (Analysis of net income (loss), line 1). Subtract line 8 from line 5 | 2,004. |

SH 00134

## Schedule M-2 Analysis of Partners' Capital Accounts (Not required if question 5 on Schedule B is answered 'Yes.')

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 0. | 6 Distributions: a Cash | 175,604. |
| 2 Capital contributed during year | 1,981,800. | b Property | 1,801,000. |
| 3 Net income (loss) per books | -5,196. | 7 Other decreases (itemize): | |
| 4 Other increases (itemize): | | | |
| | | 8 Add lines 6 and 7 | 1,976,604. |
| 5 Add lines 1 through 4 | 1,976,604. | 9 Balance at end of year. Subtract line 8 from line 5 | 0. |

CASE # 05-1223 PTPA0134L 01/01/02 Form **1065** (2001)

**2001** **FEDERAL STATEMENTS** **PAGE 1**

**CLIENT CAN999** **LLC NAME**

2/28/02 08:33AM

**STATEMENT 1**
**FORM 1065, SCHEDULE K, LINE 4F**
**OTHER PORTFOLIO INCOME (LOSS)**

| | | |
|---|---|---|
| SEE STATEMENT 1 | $ | 450. |
| TOTAL | $ | 450. |

**STATEMENT 2**
**FORM 1065, SCHEDULE K, LINE 10**
**DEDUCTIONS RELATED TO PORTFOLIO INCOME**

| | | |
|---|---|---|
| INVESTMENT FEES | $ | 7,200. |
| WIRE FEES | | 50. |
| TOTAL | $ | 7,250. |

SH 00135

CASE # 05-1223

Supplementary Statements
For Year Ended 12/31/2001

| LLC Name | FEIN |
|---|---|

STATEMENT 1
Form 1065, Schedule K, Line 4f Other Portfolio Income (Loss)

| | Date Acquired | Date Sold | Cost | Proceeds | Net Gain/Loss |
|---|---|---|---|---|---|
| GBP Call | 10/4/2001 | 10/9/2001 | 1,800 | 1,967 | 167 |
| JPY Put | 11/6/2001 | 11/16/2001 | 2,000 | 2,637 | 637 |
| CAD Call | 11/21/2001 | 12/6/2001 | 2,000 | expired | (2,000) |
| GBP Call | 11/21/2001 | 12/6/2001 | 2,000 | 3,646 | 1,646 |
| IRC SECTION 988 GAIN/(LOSS) | | | 7,800 | 8,250 | 450 |

SH 00136

CASE # 05-1223

(6)

2001 **GENERAL ELECTIONS** PAGE 1

CLIENT CAN999 LLC NAME

2/28/02 08:33AM

**ELECTION TO AMORTIZE START-UP EXPENDITURES**

PURSUANT TO IRC SECTION 195(B), THE TAXPAYER HEREBY ELECTS TO AMORTIZE START-UP EXPENDITURES OVER THE AMORTIZATION PERIOD STATED BELOW, BEGINNING THE MONTH IN WHICH THE ACTIVE TRADE OR BUSINESS BEGAN.

AMORTIZATION PERIOD (MONTHS): 60
DATE BUSINESS BEGAN:
DESCRIPTION OF EXPENDITURE:
DATE PAID OR INCURRED:
AMOUNT: $0.

**ELECTION TO AMORTIZE ORGANIZATIONAL EXPENDITURES**

PURSUANT TO IRC SECTION 709, THE TAXPAYER HEREBY ELECTS TO AMORTIZE ORGANIZATIONAL EXPENDITURES OVER THE AMORTIZATION PERIOD STATED BELOW, BEGINNING THE MONTH IN WHICH THE TAXPAYER'S BUSINESS BEGAN.

AMORTIZATION PERIOD (MONTHS): 60
DATE BUSINESS BEGAN:
DESCRIPTION OF EXPENDITURE:
DATE PAID OR INCURRED:
AMOUNT: $0.

SH 00137

CASE # 05-1223

(7)

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, Etc

For calendar year 2001 or tax year beginning , 2001, and ending , 20

OMB No. 1545-0099

**2001**

Partner's identifying number ► APPLIED FOR

Partnership's identifying number ►

Partner's Name, Address, and ZIP Code
S CORP

Partnership's Name, Address, and ZIP Code
LLC NAME

A This partner is a ☐ general partner ☐ limited partner ☒ limited liability company member
B What type of entity is this partner? ► S CORPORATION
C Is this partner a ☒ domestic or a ☐ foreign partner?
D Enter partner's % of: (i) Before change or termination (ii) End of year
Profit sharing ____ % VARIOUS %
Loss sharing ____ % VARIOUS %
Ownership of capital ____ % VARIOUS %
E IRS Center where partnership filed return: PHILADELPHIA

F Partner's share of liabilities:
Nonrecourse $
Qualified nonrecourse financing $
Other $
G Tax shelter registration number ►
H Check here if this partnership is a publicly traded partnership as defined in Section 469(k)(2) ☐
I Check applicable boxes: (1) ☒ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0. | 1,980,000. | -5,196. | ( 1,974,804.) | 0. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | 40,120. | Schedule B, Part I, line 1 |
| | b Ordinary dividends | 4b | 404. | Schedule B, Part II, line 5 |
| | c Royalties | 4c | | Schedule E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Schedule D, line 5, column (f) |
| | e (1) Net long-term capital gain (loss) | 4e(1) | | Schedule D, line 12, column (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Schedule D, line 12, column (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch D, line 29 |
| | f Other portfolio income (loss) (attach schedule) SEE LINE 25 | 4f | 450. | Enter on applicable ln of your return |
| | 5 Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net Section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable ln of your return |
| Deductions | 8 Charitable contributions (see instructions) (attach schedule) | 8 | | Schedule A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) SEE LINE 25 | 10 | 7,250. | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Credits | 12a Low-income housing credit: | | | |
| | (1) From Section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

BAA For Paperwork Reduction Act Notice, see instructions for Form 1065.

Schedule K-1 (Form 1065) 2001

PTPA0312L 01/01/02

PARTNER 1 CASE # 05-1223

SH 00138

8

Schedule K-1 (Form 1065) 2001 LLC NAME Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Investment Interest | 14a Interest expense on investment debts | 14a | 38,920. | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 40,974. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | 7,250. | |
| Self-employment | 15a Net earnings (loss) from self-employment | 15a | | Schedule SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments & tax preference items *(attach sch)* | 16e | | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ► | | | Form 1116, Part I |
| | b Gross income from all sources | 17b | | |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories *(attach schedule)* | 17d(2) | | |
| | (3) General limitation | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories *(attach schedule)* | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ► ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit *(attach schedule)* | 17h | | Form 1116, line 12. |
| Other | 18a Section 59(e)(2) expenditures: a Type ► | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 173,804. | |
| | 23 Distributions of property other than money | 23 | 1,801,000. | |
| | 24 Recapture of low-income housing credit: | | | Form 8611, line 8 |
| | a From Section 42(j)(5) partnerships | 24a | | |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner *(attach additional schedules if more space is needed):*

**LINE 4F**
**OTHER PORTFOLIO INCOME**

SEE STATEMENT 1 ........ $ 450.
TOTAL $ 450.

**LINE 10**
**DEDUCTIONS RELATED TO PORTFOLIO INCOME**

SH 00139

INVESTMENT FEES ........ $ 7,200.
WIRE FEES ........ 50.
TOTAL $ 7,250.

PTPA0312L 01/01/02

Schedule K-1 (Form 1065) 2001

PARTNER 1:CASE #05-1223 IED FOR

(9)

LLC NAME



**LINE 25**
**SUPPLEMENTAL INFORMATION**

SEE STATEMENT A FOR INFORMATION ON LINE 23 - DISTRIBUTION OF PROPERTY OTHER THAN MONEY

Supplemental Information

SH 00140

Supplementary Statements
For Year Ended 12/31/2001

LLC Name FEIN

Partner TIN:

Partner ID: 1

STATEMENT 1
Schedule K-1 - Other Portfolio Income (Loss)

| Description | Amount |
|---|---|
| IRC SECTION 988 GAIN/(LOSS) | 450 |
| Total | 450 |

SH 00141

CASE # 05-1223

11

Supplementary Statements
For Year Ended 12/31/2001

LLC Name FEIN

LLC Name
Partner ID: 1

Partner TIN:

STATEMENT A
Schedule K-1 - Distributions of Property Other than Money

Open Securities:

| | Units Held | Cost Basis of Property Distribution | FMV of Property Distribution |
|---|---|---|---|
| CAD Currency | 1,489.69 | 1,801,000 | 1,000.00 |
| | 1,489.69 | 1,801,000 | 1,000.00 |

SH 00142

CASE # 05-1223

(12)

**Schedule K-1 (Form 1065)**

Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, Etc

For calendar year 2001 or tax year beginning , 2001, and ending , 20

OMB No. 1545-0099

**2001**

Partner's identifying number ► 11-1111111

Partnership's identifying number ►

Partner's Name, Address, and ZIP Code

CLARION

Partnership's Name, Address, and ZIP Code

LLC NAME

A This partner is a ☐ general partner ☐ limited partner ☒ limited liability company member

B What type of entity is this partner? ► PARTNERSHIP

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's % of: (i) Before change or termination (ii) End of year

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | VARIOUS % |
| Loss sharing | % | VARIOUS % |
| Ownership of capital | % | VARIOUS % |

E IRS Center where partnership filed return: PHILADELPHIA

F Partner's share of liabilities:

Nonrecourse $

Qualified nonrecourse financing $

Other $

G Tax shelter registration number ►

H Check here if this partnership is a publicly traded partnership as defined in Section 469(k)(2) ☐

I Check applicable boxes: (1) ☒ Final K-1 (2) ☐ Amended K-1

**J Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0. | 1,800. | | ( 1,800.) | 0. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Schedule B, Part I, line 1 |
| | b Ordinary dividends | 4b | | Schedule B, Part II, line 5 |
| | c Royalties | 4c | | Schedule E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Schedule D, line 5, column (f) |
| | e (1) Net long-term capital gain (loss) | 4e(1) | | Schedule D, line 12, column (f) |
| | (2) 28% rate gain (loss) | 4e(2) | | Schedule D, line 12, column (g) |
| | (3) Qualified 5-year gain | 4e(3) | | Line 4 of worksheet for Sch D, line 29 |
| | f Other portfolio income (loss) *(attach schedule)* | 4f | | Enter on applicable ln of your return |
| | 5 Guaranteed payments to partner | 5 | 7,200. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net Section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) *(attach schedule)* | 7 | | Enter on applicable ln of your return |
| Deductions | 8 Charitable contributions (see instructions) *(attach schedule)* | 8 | | Schedule A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income *(attach schedule)* | 10 | | |
| | 11 Other deductions *(attach schedule)* | 11 | | |
| Credits | 12a Low-income housing credit: | | | |
| | (1) From Section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

**BAA For Paperwork Reduction Act Notice, see instructions for Form 1065.** Schedule K-1 (Form 1065) 2001

SH 00143

PTPA0312L 01/01/02

PARTNER 2 CASE # 05-1223

13

Schedule K-1 (Form 1065) 2001 LLC NAME

Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Investment Interest | 14a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| Self-employment | 15a Net earnings (loss) from self-employment | 15a | 7,200. | Schedule SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments & tax preference items (attach sch) | 16e | | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ► | | | |
| | b Gross income from all sources | 17b | | Form 1116, Part I |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) | 17d(2) | | |
| | (3) General limitation | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ► ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit (attach schedule) | 17h | | Form 1116, line 12. |
| Other | 18a Section 59(e)(2) expenditures: a Type ► | | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 1,800. | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From Section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |
| Supplemental Information | 25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

SH 00144

PTPA0312L 01/01/02

Schedule K-1 (Form 1065) 2001

PARTNER 2: CLARION 11-1111111
CASE # 05-1223

(14)

CANTLEY & SEDACCA, LLP
ATTORNEYS AT LAW
3414 PEACHTREE ROAD, NE, SUITE 105
ATLANTA, GEORGIA 30326
TEL. (404) 442-2108
FAX (770) 234-6686

BECKETT G. CANTLEY
PARTNER

ATLANTA, GA
DALLAS, TX
SAN FRANCISCO, CA

October 5, 2001

Mr. Mark E. Hutton
2233 S. West Street
Wichita, KS 67213

DEPOSITION EXHIBIT
4-Hewitt

**Re: Agreement for Your Legal Services**

Dear Mark:

Our law firm appreciates having the opportunity to provide legal services to you regarding your tax planning. As part of our service to you, it is important that we both understand the scope of our representation and our agreement regarding fees. You have engaged us to review the tax ramifications of a **market link deposit** investment strategy (the "Investment") and to research and review the law supporting the issuance of a legal opinion letter for this Investment (the "Opinion") and to issue an Opinion. Also, we have not been engaged to provide any type of advice regarding investment matters. The Opinion will be based on the relevant facts provided to us by you and by **Deutsche Bank** ("Bank"), certain representations made to us by you and by Bank, and on the state of the law at the time it is rendered. It will express our best professional judgment, applying a "more likely than not" standard, and will not be a guarantee.

The total flat fee for this service is **$150,000** (the "Flat Fee"). We request that you now forward the Flat Fee to our client escrow account. The Flat Fee will be considered earned as of **October 5, 2001** and you agree that we may bill you for the service immediately and place the Flat Fee into our general funds. However, we agree to continue our review of the Investment until the Opinion is issued. If you have paid us the Flat Fee and we have not issued an Opinion by April 15, 2002, we will refund the Flat Fee. Your execution of this Agreement indicates your approval of this arrangement.

The Investment involves a substantial investment of your assets. You have agreed that you shall bear all the economic risk of the Investment. In making the Investment that will be required as a part of the Investment, you have relied solely upon your (and your financial advisor's) independent investigation of all matters or concerns regarding the Investment and the Investment. You (or your financial advisor) possess the knowledge and experience in financial and business matters that ensures your (and your financial advisor's) capability to evaluate the merits and risks of the Investment and you are therefore making an informed decision as to the Investment. To assist us in explaining the Investment to you, we have engaged one or more financial advisors whom we will pay a fee for their assistance to us. We are not financial advisors and have expressed no opinion as to the investment suitability of the Investment. Likewise, any financial advisor engaged by us has not expressed an opinion on the Investment on our behalf. You acknowledge that we have made no guarantee regarding the successful determination of this matter and that all expressions relative thereto are matters of our preliminary opinion based upon our current knowledge of the subject matter.

October 5, 2001
Page 2

We emphasize that any information that you provide us during this representation must be complete and accurate to the best of your knowledge as we will be relying on such information in providing your legal services. We also emphasize that all advice and/or planning is based on the current status of the Internal Revenue Code of 1986, as amended, and related tax laws (the "Tax Law"). We cannot predict with any accuracy any future change in the Tax Law and do not represent that the Tax Law will not result in a need for a change to your planning. This agreement when signed represents the entire agreement of the parties and all of the prior discussions concerning the entire subject matter hereof are merged herein and shall be considered to be a part of this agreement and shall not survive the execution hereof. This agreement cannot be changed verbally and can only be changed by another written agreement that must be signed by an authorized representative of this firm. Please indicate your approval of each of the terms of this engagement and fee agreement by signing below. A copy of this agreement is also enclosed for your files.

As you are aware, investment in the Investment in the manner contemplated by Bank is anticipated to provide you with substantial tax benefits. Because of these benefits, there is a possibility that if your return is reviewed, the IRS will audit your tax return, and that your tax return will be scrutinized. Except as provided in the next paragraph, issuance of the Opinion to you ends our responsibility with regard to your investment and our engagement in this matter. We will have no obligation or responsibility thereafter for advising you of tax law developments. You should understand that your reliance on the Opinion will not absolve you of the need to demonstrate that, in addition to potential tax benefits, you invested in the Investment because you believed, based on your own independent evaluation, that you had a realistic possibility of realizing a reasonable economic profit from your investment without regard to any tax benefits.

We also agree to provide you an audit defense in the event that you alert us that your require our representation in connection with an examination by the Internal Revenue Service of the Investment as reported on your federal income tax return. Such audit defense shall be provided to you at both the audit stage and at the IRS Appeals Office stage (if necessary). Such audit defense shall not include representation at the U.S. Tax Court, U.S. District Court or Court of Claims, although we would be happy to discuss such a defense with you should the need arise. A second nonrefundable flat fee of $25,000 ("Second Fee") will be due upon your alerting us that you require our representation. The Second Fee is limited to representation in connection with the Investment and does not apply to any other items or transactions on your return that may be questioned by the Internal Revenue Service.

Our engagement is to represent you and only you. Our representation does not extend to any affiliate of yours, and you should be aware that we will not be considered to have established an attorney-client relationship with any such affiliate for any purpose.

October 5, 2001
Page 3

Sincerely,

CANTLEY & SEDACCA, LLP

Beckett G. Cantley

APPROVED, AGREED TO AND ACCEPTED:

By: ________________________ Date: 10/5/01
Mark E. Hutton

File 2004
utilizing
NOL c/o OR
NOT

Rob - 314 961 3812
ric - 651 334 1546

2:00 talk on.

10/9 - Mark Org LLC
10/15 LLC acq long & short pos in Jap MLD
2.5 long
10/19 - Mark assigns int to CL Cap - basis in pos in MLD
10/19 CF Advisors buy into LLC - $2500
12/14 Closed position on Jap MLD Net Profit of 3300
12/15 CF assigns LLC int to CD Cap for $2500
12/18 Buys long posit on CAD MLD
LLC becomes disregard entity Prem is 2.5 mil actl cash $1,000.00
12/24 LLC Sells 40% of posit in CAD MLD

How does one get 2.5 mil basis out of $1000 pymt
How should remain 60% of position be presented on balance sheet in 01.

DEPOSITION EXHIBIT
5 - Hewitt

✓ potential contrib up to 4 064 721

establish deduction in both year

SH 0091

get best case scenario in each year

amort Taxpyr inc byal 195 investment amt
15 2000

CASE # 05-1223

Following are the items I was hoping to get some clarification on:

1. On the 1065, the closed MLD transaction generates the interest income and expense. On your workpaper, the short MLD position generates the interest income and the long MLD position generates the interest expense. When I run my numbers through the formulas, my short position generates interest expense and my long position generates interest income. My answer seems to be the result you would expect to get. Why are your results and my results different?

See w/p (30) for correct way to report

2. Mark transferred in cash and the MLD position from the LLC to the S corp. However, the S corp return shows no stock and/or paid in capital. Instead, the transfers were used to increase the accumulated adjustments account. Does the internal revenue code allow this to be done? My S corp experience is that the items transferred in should have been capital stock items. What do you think? Has something to do with [illegible] basis and the fact that the LLC [illegible] LLC that causes

3. Your draft S-Corp return shows the December CAD transaction completely closed by year-end. In my situation, only 40% of the CAD position has been closed by year-end. How is the open position to be presented on the Schedule L and Schedule M-2? 1.5 mil [illegible]

4. On the Schedule K on the LLC, the amount reported on line 14b(1), Investment Income, consisted of interest income, dividends, and the Section 988 gain. On the Schedule K on the S corp, the amount reported on line 11b(1), Investment Income, includes interest income and dividends but does not include the Section 988 net loss. What is the reason for the difference in calculating the two amounts. 988 Loss is portfolio Not investment in LLC [illegible]

5. Mark paid $150,000 in attorney fees to your firm from his personal funds. Our thinking was that we would show the $150,000 as a contribution to the capital of the S Corporation and then deduct the $150,000 over 5 years as an amortizable organization cost. In your opinion, do you think that this is an acceptable treatment of the fees? If not, what would you suggest? 100,000 amort start up flowthrough & misc-investment exp 50,000 just books - legal opinion SEE MEMO FOLLOWING

I appreciate your assistance in answering these questions. Please relay to Ed my wishes for a speedy recovery for his wife.

Thanks,

Amy Clupny

The deemed liquidation of the LLC [illegible]

| Returned your call | Will call again |
|---|---|

Message Ed Sedaca
E-Mail JNERENBERG @ ATT . net
Fax
972-361-0644
Mark Hutton - attorney
Signed

Quill Corporation 1-800-789-1331 #7-92001 Reorder No.

Get Delaware Franchise Tax Reports for Mark

SH 0092

Email ESedaca @ MSN . com

[illegible] Fri - Call Jeremy -

CASE # 05-1223

PREPARED BY DATE
REVIEWED BY WP NO

Ed [illegible] 972 361 0090
972-233-6175 - Jeremy
214-557-1074 cell

1) 10 # for CF advisors - 62-1871495
2) Example shows all positions closed? - Yes on T/R
No on W/P
3) ~~Interest? - Use H & H calc amounts~~
4) Why is there no K-1 for Mark Hudson - He was in & out - No activity to report S Corp taking his contrib.
5) # of Units CAD trans - 1487.51
6) Proceeds used on positions sold - 323 on 40% of [illegible]
7) Attorney Fees - Will amort out to $43.84 ~~7500~~ for 2001 See memo
8) Stmt 1 on S-Corp T/R
How was cost derived
9) How do we show only a portion of the [illegible] was sold. Report only [illegible]
10) Where the stock

1487.51

2,500,000 + Cash
597.98 / 1487.51 = 40.2% 2 500 000

11) How did you arrive at IRC § 988 loss on S Corp
12) Why was portfolio [illegible] in invest unwind on 12/5 but not on 11/20?
13) Why don't WP correspond w/ tax return

SH 0093

CASE # 05-1223

Kraftbilt PO BOX 800 TULSA OK 74101 1-800-331-7290 6004 IVORY PRINTED IN U.S.A.

MEMO

Discussed treatment of attorney fees with Ed Sedacca. He suggested two possible ways to report the fees.

1. On the S-Corporation. The $150,000 would be a contribution to capital with $100,000 of it being start-up costs and $50,000 (which is the amount paid for the legal opinion) being a non-amortizable capital asset. The $100,000 would be amortized over 5 years and would be treated as a flow through item to the 1040, Schedule A, Miscellaneous Deductions subject to the 2% floor. The $50,000 would remain on the books until the S corp is liquidated and would provide additional basis to deduct at liquidation.

2. On the 1040. Alternately, the entire $150,000 could be deducted on the 1040, Sch A, Misc Ded in 2001. In doing this, one must consider the impact of AMT and whether or not the high misc deduction amount would raise a red flag. Ed felt that $150,000 would increase your risk of an audit but not overly much.

3.

**CLEARMEADOW INVESTMENTS, LLC**
2233 S. West Street
Wichita, Kansas 67213

10/15, 2001

**VIA TELECOPY (214) 740-7780**

Mr. Craig Brubaker
Deutsche Banc Alex Brown
200 Crescent Court
Suite 500
Dallas, Texas 75201

Re: CLEARMEADOW INVESTMENTS, LLC
Acct # 223-788843

Dear Mr. Brubaker:

This letter constitutes your authorization to transfer the necessary funds to complete the purchase of the market linked deposits in the notional amount of US $25,000,000 and to also pay the premiums totaling US $2,500,000 associated therewith from the above-referenced account to Societe Generale, New York ABA.

Please contact me if you have any questions regarding this matter.

Very truly yours,

Mark E. Hutton, Manager

DEPOSITION EXHIBIT
6-Hewitt

SH 00116

CASE # 05-1223

DEUTSCHE BANC ALEX. BROWN INC.
P. O. BOX 1776
BALTIMORE MD 21203

CLENDENING/BRUBAKER
INVESTMENT REP # 182
200 CRESCENT COURT SUITE 500
DALLAS TX 75201-6959
(214) 740-7700 (800) 527-3903

# Deutsche Banc Alex. Brown
# Client Statement

CLEARMEADOW INVESTMENTS LLC
ATTN MARK E HUTTON
2233 S WEST STREET
WITCHITA KS 67213

SH 00151

DEPOSITION EXHIBIT
7-Hewitt

CASE # 05-1223

## Portfolio Overview

### Assets

| | Value as of October 31, 2001 | % of total assets |
|---|---|---|
| Cash | $0.00 | 0.0% |
| ıoney funds | 250,065.92 | 100.0 |
| Common stocks | 0.00 | 0.0 |
| Preferred stocks | 0.00 | 0.0 |
| Mutual funds | 0.00 | 0.0 |
| Government debt issues | 0.00 | 0.0 |
| Corporate debt issues | 0.00 | 0.0 |
| Municipal debt issues | 0.00 | 0.0 |
| Certificates of deposit | 0.00 | 0.0 |
| Options | 0.00 | 0.0 |
| Limited partnerships | 0.00 | 0.0 |
| Annuities | 0.00 | 0.0 |
| Other | 0.00 | 0.0 |
| **Total assets** | **$250,065.92** | **100.0%** |

### Liabilities

| | Value as of October 31, 2001 | % of total assets |
|---|---|---|
| ےash debit | $0.00 | 0.0% |
| Margin debit | 0.00 | 0.0 |
| Short options | 0.00 | 0.0 |
| Other short securities | 0.00 | 0.0 |
| **Total liabilities** | **$0.00** | **0.0%** |

| | |
|---|---|
| Net Value of Your Account | $250,065.92 |
| Net Value as of December 31, 2000 | $0.00 |

### Activity

| | This period |
|---|---|
| Net value of your account as of September 30 | $0.00 |
| Net cash activity | 249,942.29 |
| Net securities into/out of account | 0.00 |
| Net return on your portfolio | 123.63 |
| **Net value of your account as of October 31** | **$250,065.92** |

### Income

| | This period | Year to date |
|---|---|---|
| Net income received | $123.63 | $123.63 |
| Current estimated annual income | $5,801.52 | |
| Current estimated annual yield | 2.32% | |

Deutsche Bank

Statement of Account
October 1 to October 31, 2001
Account 223-78884

Page 1 of 6

2237888400-021-00181198 R N

# Cash Summary

## Opening Cash Balance $0.00

## Income Summary

| | This period | Year to date |
|---|---|---|
| Taxable dividends | $123.63 | $123.63 |
| Taxable interest | 0.00 | 0.00 |
| Capital gains distributions received | 0.00 | 0.00 |
| Non-taxable dividends | 0.00 | 0.00 |
| ɔn-taxable interest | 0.00 | 0.00 |
| **ɿet income received** | **$123.63** | **$123.63** |

## Cash Activity

| | This period | Year to date |
|---|---|---|
| Deposits | $287,500.00 | $287,500.00 |
| Withdrawals | 37,520.00 - | 37,520.00 - |
| U.S. tax withheld | 37.71 - | 37.71 - |
| Non-resident tax withheld | 0.00 | 0.00 |
| Foreign taxes withheld | 0.00 | 0.00 |
| Interest charges on cash debit | 0.00 | 0.00 |
| Interest charges on margin debit | 0.00 | 0.00 |
| **Net cash activity** | **$249,942.29** | **$249,942.29** |

## Purchases and Sales

| | This period | Year to date |
|---|---|---|
| Total purchases | $287,585.92 - | $287,585.92 - |
| Total sales | 37,520.00 | 37,520.00 |
| ɿther money fund sales | 0.00 | 0.00 |
| **et purchases/sales(incl. money funds)** | **$250,065.92 -** | **$250,065.92 -** |

## Other Activity

| | This period | Year to date |
|---|---|---|
| Bond redemptions | $0.00 | $0.00 |
| Other activity | 0.00 | 0.00 |
| **Net other activity** | **$0.00** | **$0.00** |

## Closing Cash Balance $0.00

# Portfolio Summary

## Activity

| | This period | Year to date |
|---|---|---|
| Previous net account value | $0.00 | $0.00 |
| Net cash activity | 249,942.29 | 249,942.29 |
| Net securities into/out of account | 0.00 | 0.00 |
| **Adjusted previous account value** | **$249,942.29** | **$249,942.29** |
| Net change in market value | 0.00 | 0.00 |
| Net income received | 123.63 | 123.63 |
| **Net account value as of October 31, 2001** | **$250,065.92** | **$250,065.92** |
| Net return on portfolio | 123.63 | 123.63 |

SH 00152

CASE # 05-1223

SH 00153

# Portfolio Holdings

Prices are provided by an independent pricing service. For current market price quotations, call your Investment Representative.

## Cash and Equivalents

| | Amount | Estimated annual income | Current annual yield |
|---|---|---|---|
| DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.-PRIME SERIES | $250,065.92 | $5,801.52 | 2 32% |
| **Total cash and equivalents** | **$250,065.92** | **$5,801.52** | |

# Portfolio Activity

## Dividends and Interest

| Date | Activity | Description | Amount |
|---|---|---|---|
| 10/23/2001 | Dividend | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.-PRIME SERIES TEFRA TAX WITHHELD | $123.63<br>37.71 - |
| **Total dividends and interest** | | | **$123.63** |

## Purchases and Sales

| Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 10/15/2001 | Purchased | Sweep | 287,500 | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.-PRIME SERIES | $1 | $287,500.00 - |
| 10/16/2001 | Sold | Cash | 27,510 - | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.-PRIME SERIES | 1 | 27,510.00 |
| 10/23/2001 | Fund reinvested | Cash | 85.92 | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.-PRIME SERIES MONTHLY DIVIDEND REINVESTED | 1 | 85.92 - |
| 10/23/2001 | Sold | Cash | 7,500 - | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.-PRIME SERIES | 1 | 7,500.00 |
| 10/24/2001 | Sold | Cash | 2,500 - | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.-PRIME SERIES | 1 | 2,500.00 |

CASE # 05-1223

Deutsche Bank

Statement of Account
October 1 to October 31, 2001
Account 223-78884

2237888400-021-0018L199 R N

)eutsche Banc Alex. Brown

Statement of Account
October 1 to October 31, 2001
Account 223-78884



SH 00154

# Portfolio Activity continued

## Purchases and Sales

| Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 10/25/2001 | Sold | Sweep | 10 - | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- PRIME SERIES | 1 | 10.00 |
| **Net purchases and sales** | | | | | | **$250,065.92 -** |

# Deposits

## )ther Deposits

| Date posted | Description | Amount |
|---|---|---|
| 10/12/2001 | FUNDS RECEIVED COMM WICHITA | $287,500.00 |
| **Total other deposits** | | **$287,500.00** |

# Withdrawals

## Other Withdrawals

| Date posted | Description | Amount |
|---|---|---|
| 10/16/2001 | FUNDS WIRED TO SOCIETE GENERALE NA INC. NEW Y IRD OPERATIONS | $27,500.00 - |
| 10/16/2001 | WIRE FEE | 10.00 - |
| 10/23/2001 | TRF TO CF ADV XXXVII A/O 10/23/01 AS INV ADV PYMT | 7,500.00 - |
| 10/24/2001 | FUNDS WIRED TO BANKERS TRUST COMPANY DEUTSCHE BK LONDON/F | 2,500.00 - |
| 10/24/2001 | WIRE FEE | 10.00 - |
| **Total other withdrawals** | | **$37,520.00 -** |

CASE # 05-1223

# Market Indices

| Equities | Current | December 31, 2000 | Change year to date |
|---|---|---|---|
| Dow Jones Industrial Average | 9,075.14 | 10,786.85 | 15.9%- |
| NASDAQ Composite | 1,690.20 | 2,470.52 | 31.6%- |
| S & P 500 | 1,059.78 | 1,320.28 | 19.7%- |
| MSCI EAFE | 1,108.34 | 1,492.41 | 25.7%- |

| Fixed Income Securities | Current | December 31, 2000 |
|---|---|---|
| Long term treasury bond yield | 4.81% | 5.46% |
| Lehman Brothers Intermediate US Credit Index | 11.33% | 9.46% |

SH 00155

CASE # 05-1223

Deutsche Bank

Statement of Account
October 1 to October 31, 2001
Account 223-78884

2237888400-021-00181200 R N

SH 00156

# Disclosure

Please advise us promptly of any material change in your investment or financial situation.
Your account is with Deutsche Banc Alex. Brown Inc., a registered broker-dealer, referred to herein as Deutsche Banc Alex. Brown. The reporting period for your statement ends on the last day of the month. The dates indicated on purchases and sales are settlement dates. Margin interest charges incurred after the period indicated on this statement will be shown on the next statement. In order to review margin interest charges, you should retain this statement for use in conjunction with the next statement.
Any free credit balances represents funds payable on demand which, although properly accounted for on our books and records, are not segregated and may be used in the conduct of this Firm's business, without payment to you subject to the limitations of 17 CFR Section 240.15c3-3 under the Securities Exchange Act of 1934.
Positions and activity shown on your margin account comprise a combined statement of your margin account and your special memorandum account. The special memorandum account is maintained for you in accordance with Regulation T of the Board of Governors of the Federal Reserve System and is comprised of funds generated by your margin activity and segregated for your future use. A permanent detailed record of the activity in this account is available for inspection at your request. We reserve the right to establish or modify requirements pertaining to the operation of a margin account which may exceed requirements established by the Federal Reserve Board and/or the New York Stock Exchange.
Aggregate commissions which you have paid are not reported separately on this statement of account.
Commissions and charges incurred in connection with the execution of option and other transactions have been included in confirmations of those transactions previously furnished you. A summary of this information will be made available to you upon request.
Orders for your account may be aggregated with other customer orders. In so doing, you may receive an average price for your orders which may be different from the price(s) you may have received had your orders not been aggregated. This practice may also result in your orders being only partially completed
A financial statement on this Firm is available for your personal inspection at our offices, or a copy will be mailed upon your written request.
Information regarding market price, market value, estimated income, dividends and annual yields is based on data obtained from sources we consider to be reliable but is not guaranteed as to accuracy. This information is provided as a convenience to aid in your financial recordkeeping.
Deutsche Banc Alex. Brown money fund yield figures are based on the seven-day period preceding the statement date. Deutsche Asset Management Funds and Deutsche Asset Management Flag Investors Funds estimated yield and income figures are computed based on either dividends for the preceding twelve-month period or the annualized rate of distribution.
Direct participation program securities (e.g. partnerships, limited liability companies, and real estate investment trusts ("REITS") which are not listed on a national securities exchange or on The Nasdaq Stock Market, Inc. are generally illiquid. No formal trading market exists for these securities and their values will be different than the purchase price. Unless otherwise indicated, the values shown herein for such securities have been provided by the management of each program and are updated quarterly. These values represent management's estimate of the investor's interest in the net assets of the program. Therefore, the estimated values shown herein may not necessarily be realized upon sale of the securities
We receive payment for routing for execution some orders in certain listed securities The determination as to where to route orders is based on several factors, subject to the overriding consideration that customers receive best execution. All orders for which we receive payment are exposed to the possibility of price improvement, so that all such orders potentially can be executed at prices superior to the best bid or best offer. Payment is received in the form of rebates, or credits against exchange fees and specialist fees. Details will be furnished upon written request.

Deutsche Banc Alex. Brown Inc. debits $50 from each account transferring to another broker-dealer or financial institution to cover the administrative costs of such transfer.
NASD Regulation, Inc. makes available to investors a brochure regarding its Public Disclosure Program The Public Disclosure hotline number is (800) 289-9999. The NASD Regulation website can be located at www.nasdr.com.
Deutsche Banc Alex. Brown Inc., Member SIPC.
* The current portfolio value excludes unpriced securities.
** Denotes a mutual fund.
*** Denotes a foreign security.

# Money Market Fund 7 Day Average Yields:

| | |
|---|---|
| DB ALEX. BROWN CASH RESERVE PRIME | 2.32% |
| DB ALEX. BROWN CASH RESERVE TREASURY | 2.15% |
| DB ALEX. BROWN CASH RESERVE TAX FREE | 1.59% |

# Your Standing Instructions are:

Purchases: Hold securities in street name
Sales: Credit proceeds to account
Income: Hold in account

**End of Statement**

CASE # 05-1223

PREPARED BY DATE

REVIEWED BY W.P. NO.

National office – Litigate Son of Boss –

Notice 2003-81 Transaction – 2003-81 ← look at this Clay Littlefield ←

Q & A on June 6th –

Penalties – Son of Boss –

Legal Opinion = 2001 – Not defenseable

DEPOSITION EXHIBIT

8-Hewitt

SH 00214

CASE # 05-1223

**AMENDED RETURN**

29265306393118

Form **1065** Department of the Treasury Internal Revenue Service

# U.S. Return of Partnership Income

► See separate instructions.

**2001**

0112 IRS use only — Do not write or staple in this space.

For calendar year 2001, or tax year beginning , 2001, and ending , 20 . OMB No.1545-0099

| | | |
|---|---|---|
| A Principal Business Activity: INVESTING | Use the IRS label. Otherwise, print or type. CLEARMEADOW INVESTMENTS, LLC<br>2233 S WEST STREET<br>WICHITA, KS 67213 | D Employer Identification Number: 48-1251013 |
| B Principal Product or Service: INVESTMENTS | | E Date Business Started: 10/09/2001 |
| C Business Code Number: 523900 | | F Total Assets (see instrs): $ |

G Check applicable boxes: (1) [X] Initial return (2) [X] Final return (3) [ ] Name change (4) [ ] Address change (5) [X] Amended return

H Check accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ►

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► 2

**Caution:** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| | | | |
|---|---|---|---|
| **INCOME** | 1a Gross receipts or sales | 1a | |
| | b Less returns and allowances | 1b | 1c |
| | 2 Cost of goods sold (Schedule A, line 8) | | 2 |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 |
| | 4 Ordinary income (loss) from other partnerships, estates, and trusts *(attach schedule)* | | 4 |
| | 5 Net farm profit (loss) *(attach Schedule F (Form 1040))* | | 5 |
| | 6 Net gain (loss) from Form 4797, Part II, line 18 | | 6 |
| | 7 Other income (loss) *(attach schedule)* | | 7 |
| | 8 **Total income (loss).** Combine lines 3 through 7 | | 8 |
| **DEDUCTIONS** (SEE INSTRUCTIONS FOR LIMITATIONS) | 9 Salaries and wages (other than to partners) (less employment credits) | | 9 |
| | 10 Guaranteed payments to partners | | 10 |
| | 11 Repairs and maintenance | | 11 |
| | 12 Bad debts | | 12 |
| | 13 Rent | | 13 |
| | 14 Taxes and licenses | | 14 |
| | 15 Interest | | 15 |
| | 16a Depreciation (if required, attach Form 4562) | 16a | |
| | b Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c |
| | 17 Depletion **(Do not deduct oil and gas depletion.)** | | 17 |
| | 18 Retirement plans, etc | | 18 |
| | 19 Employee benefit programs | | 19 |
| | 20 Other deductions *(attach schedule)* | | 20 |
| | 21 **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 21 |
| | 22 **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | 22 |

RECEIVED
OCT 24 2004
600 IRS-OSC
OGDEN, UT

DEPOSITION EXHIBIT
9 Hewitt

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

► [signature] Signature of General Partner or Limited Liability Company Member ► 10/21/04 Date

May the IRS discuss this return with the preparer shown below (see instrs)? [X] Yes [ ] No

**Paid Preparer's Use Only**

Preparer's Signature: Scott R. Hewitt Date: 10/21/04 Check if self-employed ► [ ] Preparer's SSN or PTIN: P00024411

Firm's Name (or yours if self-employed), Address, and ZIP Code ► HANNEMAN & HEWITT, PA, 229 E. WILLIAM, STE 310, WICHITA, KS 67202 EIN ► 48-1207973 Phone No. (316) 269-4500

BAA For Paperwork Reduction Act Notice, see separate instructions. PTPA0105L 01/01/02 Form **1065** (2001)

**CLEARMEADOW INVESTMENTS, LLC**
**AMENDED FORM 1065**
**2001**

**FEIN 48-1251013**

EXPLANATION OF CHANGES TO PARTNERSHIP TAX RETURN

TAXPAYER IS AMENDING TAX RETURN TO ELIMINATE INCOME AND LOSS ITEMS RELATED TO A MARKET LINKED DEPOSIT TRANSACTION.

**Bryan S. Hanning**

**From:** Jeremy Nerenberg [jnerenberg@att.net]
**Sent:** Tuesday, December 04, 2001 10:31 AM
**To:** Mark Hutton; Bryan S. Hanning
**Subject:** Re: Lemans strategy

Yes, we'll put down $1,005,000 to be triggered for this year. Next
year,
you can decide how much of the balance to trigger. Thanks.

Best Regards:

Jeremy Nerenberg
Cantley & Sedacca, LLP
Attorneys At Law
5220 Spring Valley Rd., Suite 610
Dallas, TX 75254
214-264-1825 (cell)
972-233-6175 (office)
972-361-0644(fax)
jnerenberg@att.net

Other Offices:
Atlanta, GA
San Francisco, CA

DEPOSITION EXHIBIT
10-Hewitt

Unless otherwise stated herein, the information contained within this
message is not intended to be legal advice and is not to be relied upon
as
such. Furthermore, the information is confidential and privileged,
intended
only for the named addressee. If the recipient is other than the
intended
addressee, any dissemination, distribution or copying of this material
is
strictly prohibited; please destroy this email and contact the sender at
the
above address. Your cooperation would be greatly appreciated.
----- Original Message -----
From: "Mark Hutton" <Mhutton@huttonconstruction.com>
To: <BSHanning@aghlc.com>; <jnerenberg@att.net>
Sent: Friday, November 30, 2001 5:07 PM
Subject: RE: Lemans strategy

Brian / Jeremy

Scott and I met today and figured this out. We would like to take down
$1,005,000 of loss for year 2001. I would think the balance for next
year but if possible I would like to wait until later in 2002 to decide
on this. Is that possible?

-----Original Message-----
From: BSHanning@aghlc.com [mailto:BSHanning@aghlc.com]
Sent: Wednesday, November 28, 2001 11:47 AM
To: Mark Hutton
Cc: yazdog@swbell.net
Subject: Lemans strategy

Mark and Scott,