IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 05-1223 T
(Judge Allegra)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPITAL CORP.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
IN WHICH TO FILE A RESPONSE AND REPLY BRIEF

---

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a 14-day enlargement of time, from November 26 through December 10, 2007, inclusive, within which to file its response to the plaintiff's motion for summary judgment and its reply to the plaintiff's response to the defendant's motion for summary judgment. This is the first enlargement the defendant has sought for this purpose. The defendant's trial attorney discussed this motion with the plaintiff's attorney, who stated that he will not object to its allowance.

As good cause for this motion, the defendant states that it has just finished its responses to the plaintiff's proposed additional findings of uncontroverted fact not raised in defendant's proposed findings of uncontroverted fact and its responses to the plaintiff's proposed findings of uncontroverted fact in support of plaintiff's motion for summary judgment. These responses have required more time than the defendant anticipated.

WHEREFORE the defendant asks the Court to grant this motion.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

s/ David Gustafson

November 15, 2007