IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1223 T
(Judge Allegra)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPITAL CORP.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S PROPOSED ADDITIONAL FACT

Pursuant to RCFC 56(h)(2), the defendant, the United States, proposes the following fact to supplement the proposed findings submitted by the plaintiff. The defendant relies upon the Declaration of Robert Stoddart (Stoddart Decl.) and its exhibits, filed in appendix B of the brief in support of the defendant's motion for summary judgment (Def. App. B).

1. As part of its 2001 U.S. Return of Partnership Income, the Clearmeadow partnership issued a Schedule K-1 to Clearmeadow Capital Corp. on which it reported $2,787,500 of capital contributed during the year. (Stoddart Decl. Ex. 27, Def. App. B at 109.)

Respectfully submitted,

s/Robert Stoddart

ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson

December 10, 2007