**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**No. 05-1223 T**
**(Judge Francis M. Allegra)**

**CLEARMEADOW INVESTMENTS, LLC &**
**CLEARMEADOW CAPITAL CORP., TAX MATTERS PARTNER,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA**

**Defendant**

---

PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME
IN WHICH TO FILE A REPLY TO DEFENDANT'S BRIEF IN RESPONSE TO
PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT AND IN REPLY TO
PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Pursuant to RCFC 6(b) and 6.1, Plaintiff, Clearmeadow Investments, LLC, Clearmeadow Capital Corp., Tax Matters Partner, asks the Court for a thirty (30) day enlargement of time, from December 24, 2007 through January 23, 2008, inclusive, within which to file its Reply to Defendant's Defendants Brief in Response to Plaintiff's Cross Motion for Summary Judgement and in Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. This is the first enlargement Plaintiff has sought for this purpose. The Plaintiff's attorney has discussed this motion with the Defendant's attorney, who stated that he will not object to its allowance.

As good cause for this motion, Plaintiff states the following:

1. Given the upcoming holidays, and Plaintiff's attorney's end of year scheduling conflicts, Plaintiff's attorney is requesting an additional thirty (30) days to adequately Reply to Defendant's Response.

2. Because of Defendant's response to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment require careful review and response, Plaintiff's attorney is requesting an enlargement of time for an additional thirty (30) days.

WHEREFORE the Plaintiff requests that the Court grant this motion.

Respectfully submitted,

Date: December 18, 2007

/s/: Thomas C. Pliske
Thomas C. Pliske
Attorney at Law
16 Bridle Spur Court
St. Charles, MO 63303-4400
314-795-7800 telephone
314-872-7374 facsimile