# In The United States Court of Federal Claims

No. 05-1223 T

(Filed: September 12, 2008)

CLEARMEADOW INVESTMENTS, LLC,
CLEARMEADOW CAPTIAL CORP., TAX
MATTERS PARTNER

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on defendant's motion for summary judgment and plaintiff's cross-motion will be held in this case via telephone on Wednesday, October 29, 2008, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge